1 Russell Davis, 177959
9168576900
2 Pacific Justice Institute
9851 Horn Road, Suite 115,
3 Sacramento, CA 95827
4 Representing: Plaintiff

United States District Court, Northern District of California

Northern District of California - District - Oakland

| | |
|---|---|
| Selina Keene, et al.<br><br>          Plaintiff/Petitioner<br><br>                vs.<br><br>City and County of San Francisco, et al.<br><br>          Defendant/Respondent | Case No. 4:22-cv-01587-JSW<br><br>Proof of Service of:<br><br>   Civil Case Cover Sheet, Complaint, Summons, Order Reassigning Case, Notice of Eligibility for Video Conferencing, General Order 71, Order Setting Case Management Conference, Standing Order for all Judges, Standing Order for JSW Civil, Standing Order for JSW Trial, Standing Order for JSW Depositions, Standing Order for JSW Recusal<br><br>Service on:<br><br>   London Breed, Mayor of San Francisco in her official capacity<br><br>   Hearing Date:<br>   Hearing Time:<br>   Div/Dept: |

PROOF OF SERVICE

OL#17913322

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Russell Davis, 177959<br>Pacific Justice Institute<br>9851 Horn Road, Suite 115,<br>Sacramento, CA 95827<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>9168576900<br><br>Ref. No. or File No. | FOR COURT USE ONLY |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Selina Keene, et al.

DEFENDANT:
City and County of San Francisco, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:22-cv-01587-JSW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

   Civil Case Cover Sheet, Complaint, Summons, Order Reassigning Case, Notice of Eligibility for Video Conferencing, General Order 71, Order Setting Case Management Conference, Standing Order for all Judges, Standing Order for JSW Civil, Standing Order for JSW Trial, Standing Order for JSW Depositions, Standing Order for JSW Recusal

2. Party Served: London Breed, Mayor of San Francisco in her official capacity

3. Person Served: Party in item 2.

   a. Left with: Paola Wilson - Clerk - Person In Charge Of Office

4. Date & Time of Delivery: 03/29/2022    9:41AM

5. Address, City and State: 1390 Market St, 7th Floor
   San Francisco, CA 94102

6. Manner of Service: By leaving the copies with or in the presence of Paola Wilson - Clerk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 73.00

Registered California process server.
County: San Mateo
Registration No.: 521
Edatil P. Carmona
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/01/2022 at Petaluma, California.

Signature: _____

Edatil P. Carmona
OL#: 17913322

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Russell Davis, 177959<br>Pacific Justice Institute<br>9851 Horn Road, Suite 115,<br>Sacramento, CA 95827 | 9168576900 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Selina Keene, et al.

DEFENDANT:
City and County of San Francisco, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:22-cv-01587-JSW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 04/01/2022, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Complaint, Summons, Order Reassigning Case, Notice of Eligibility for Video Conferencing, General Order 71, Order Setting Case Management Conference, Standing Order for all Judges, Standing Order for JSW Civil, Standing Order for JSW Trial, Standing Order for JSW Depositions, Standing Order for JSW Recusal

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma , California, addressed as follows:

London Breed, Mayor of San Francisco in her official capacity

1390 Market St, 7th Floor
San Francisco, CA 94102

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 73.00

Melissa Berry
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/01/2022 at Petaluma, California.

*MBerry*

Melissa Berry

OL#:     17913322