DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
KATE G. KIMBERLIN, State Bar #261017
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3847 (Kimberlin)
Facsimile:    (415) 554-4699
E-Mail:       jim.emery@sfcityatty.org
              kate.kimberlin@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
LONDON BREED, Mayor of San Francisco in her official capacity; and
CAROL ISEN, Human Resources Director, City and County
of San Francisco, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 22-cv-01587-JSW<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**<br><br>Trial Date:    None set. |
|---|---|

Pursuant to Local Civil Rule 6-1(a), the undersigned parties, by and through their counsel of record, hereby stipulate to extend the time for Defendants City and County of San Francisco, London Breed, and Carol Isen (collectively, "the San Francisco defendants") to respond to the Complaint to May 19, 2022. The San Francisco defendants agree that if they respond to the Complaint with a motion to dismiss, they will not file their motion earlier than May 19, 2022.

Dated: April 21, 2022

DAVID CHIU
City Attorney
WAYNE K. SNODGRASS
JAMES M. EMERY
KATE KIMBERLIN
Deputy City Attorneys


By: /s/James M. Emery
JAMES M. EMERY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR LONDON BREED and CAROL ISEN


Dated: April 21, 2022

PACIFIC JUSTICE INSTITUTE
RUSSELL DAVIS
KEVIN T. SNIDER


By: **/s/Russell David
RUSSELL DAVIS
Attorneys for Plaintiffs
SELENA KEENE, MELODY FOUNTILA, and MARK MCCLURE


**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY