DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
KATE G. KIMBERLIN, State Bar #261017
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4628 (Emery)
               (415) 554-3847 (Kimberlin)
Facsimile:     (415) 554-4699
E-Mail:        jim.emery@sfcityatty.org
               kate.kimberlin@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
LONDON BREED, Mayor of San Francisco in her official capacity; and
CAROL ISEN, Human Resources Director, City and County
of San Francisco, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 22-cv-01587-JSW<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Trial Date:     None set. |

**PLEASE TAKE NOTICE** that Deputy City Attorney Kate G. Kimberlin has been assigned as co-counsel to represent Defendants in this action.

In the future, please add Deputy City Attorney Kate G. Kimberlin to all pleadings and communications, including electronic communications, as follows:

>Kate G. Kimberlin
>Deputy City Attorney
>San Francisco City Attorney's Office
>1390 Market Street, 5th Floor
>San Francisco, CA  94102
>Telephone:  (415) 554-3847
>Email:  kate.kimberlin@sfcityatty.org

Dated:  April 21, 2022

>DENNIS J. HERRERA
>City Attorney
>WAYNE K. SNODGRASS
>JAMES M. EMERY
>KATE KIMBERLIN
>Deputy City Attorneys
>
>By: */s/ Kate G Kimberlin*
>    KATE G. KIMBERLIN
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO,
>MAYOR LONDON BREED and CAROL ISEN