1  DAVID CHIU, State Bar #189542
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   JAMES M. EMERY, State Bar #153630
3  KATE G. KIMBERLIN, State Bar #261017
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4628 (Emery)
6                (415) 554-3847 (Kimberlin)
   Facsimile:    (415) 554-4699
7  E-Mail:       jim.emery@sfcityatty.org
                 kate.kimberlin@sfcityatty.org
8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO;
   LONDON BREED, Mayor of San Francisco in her official capacity; and
10 CAROL ISEN, Human Resources Director, City and County
   of San Francisco, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS LONDON BREED AND CAROL ISEN**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Hearing Date:  June 24, 2022<br>Time:          9:00 a.m.<br>Judge:         Hon. Jeffrey S. White<br>Location:      Oakland Courthouse, Courtroom 5 (Remote)<br><br>Date Action Filed:  March 14, 2022<br>Trial Date:         None set |
|---|---|

PROPOSED ORDER
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01601727.docx

1
2  The Motion of Defendants London Breed and Carol Isen ("Individual Defendants") to dismiss
3 all claims against them in the Complaint filed by Plaintiffs Selina Keene, Melody Fountila and Mark
4 McClure (collectively, "Plaintiffs") came on regularly for hearing at 9:00am on June 24, 2022, before
5 Senior District Judge Jeffrey S. White of this Court. After review and consideration of the papers and
6 arguments of Plaintiffs and Defendant, the Court finds good cause to issue the following order:
7      1.   All clams against Mayor Breed are dismissed with prejudice; and
8      2.   All claims against Director Isen dismissed with prejudice.
9
10     **IT IS SO ORDERED.**
11
12 Dated: _____      By: _____
13                                   Senior District Judge Jeffrey S. White
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER                              1                       n:\govlit\li2022\220836\01601747.docx
CASE NO. 22-cv-01587-JSW