```
 1  DAVID CHIU, State Bar #189542
    City Attorney
 2  WAYNE K. SNODGRASS, State Bar #148137
    JAMES M. EMERY, State Bar #153630
 3  KATE G. KIMBERLIN, State Bar #261017
    Deputy City Attorneys
 4  City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-4628 (Emery)
 6                (415) 554-3847 (Kimberlin)
    Facsimile:    (415) 554-4699
 7  E-Mail:       jim.emery@sfcityatty.org
                  kate.kimberlin@sfcityatty.org
 8
    Attorneys for Defendants
 9  CITY AND COUNTY OF SAN FRANCISCO;
    LONDON BREED, Mayor of San Francisco in her official capacity; and
10  CAROL ISEN, Human Resources Director, City and County
    of San Francisco, in her official capacity
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 22-cv-01587-JSW<br><br>**RE-NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS LONDON BREED AND CAROL ISEN**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>New Hearing Date:  July 8, 2022<br>Time:              9:00 a.m.<br>Judge:             Hon. Jeffrey S. White<br>Location:          Oakland Courthouse, Courtroom 5. 2nd Floor (In Person)<br><br>Date Action Filed:  March 14, 2022<br>Trial Date:         None set |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendants London Breed and Carol Isen's Motion to Dismiss is re-noticed for July 8, 2022 at 9:00 a.m., in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California, 94612, or as soon thereafter as the Court is able.

Dated: May 20, 2022

>                       DAVID CHIU
>                       City Attorney
>                       WAYNE K. SNODGRASS
>                       JAMES M. EMERY
>                       KATE G. KIMBERLIN
>                       Deputy City Attorneys
>
>                   By: */s/ Kate G. Kimberlin*
>                       JAMES M. EMERY
>                       KATE G. KIMBERLIN
>
>                       Attorneys for Defendants
>                       CITY AND COUNTY OF SAN FRANCISCO,
>                       MAYOR LONDON BREED and CAROL ISEN