1  DAVID CHIU, State Bar #189542
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   JAMES M. EMERY, State Bar #153630
3  KATE G. KIMBERLIN, State Bar #261017
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4628 (Emery)
6                (415) 554-3847 (Kimberlin)
   Facsimile:    (415) 554-4699
7  E-Mail:       jim.emery@sfcityatty.org
                 kate.kimberlin@sfcityatty.org
8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO;
   LONDON BREED, Mayor of San Francisco in her official capacity; and
10 CAROL ISEN, Human Resources Director, City and County
   of San Francisco, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS LONDON BREED AND CAROL ISEN**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Hearing Date:      July 8, 2022<br>Time:              9:00 a.m.<br>Judge:             Hon. Jeffrey S. White<br>Location:          Oakland Courthouse, Courtroom 5. 2nd Floor (In Person)<br><br>Date Action Filed: March 14, 2022<br>Trial Date:        None set |
|---|---|

The Motion of Defendants London Breed and Carol Isen ("Individual Defendants") to dismiss all claims against them in the Complaint filed by Plaintiffs Selina Keene, Melody Fountila and Mark McClure (collectively, "Plaintiffs") came on regularly for hearing at 9:00am on July 8, 2022, before Senior District Judge Jeffrey S. White of this Court. After review and consideration of the papers and arguments of Plaintiffs and Defendant, the Court finds good cause to issue the following order:

1. All clams against Mayor Breed are dismissed with prejudice; and
2. All claims against Director Isen dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____      By: _____
                                             Senior District Judge Jeffrey S. White