Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 8, 2022<br>Time: 9:00 AM<br>Courtroom: 5 |

NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

-1-

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on Friday, July 8, 2022, at 9:00 AM in Courtroom 5, 2nd Floor of this Court, located at 1301 Clay Street, Oakland, CA 94612, the Plaintiffs herein will move the Court for an order of preliminary injunction.

The grounds for this Motion are that Plaintiffs have suffered irreparable harm because of the City's COVID-19 vaccine mandate, and that the balance of hardships is in their favor.

Dated: May 23, 2022

/s/ Russell Davis
Russell Davis
PACIFIC JUSTICE INSTITUTE

*Attorney for Plaintiffs*