Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100, <br><br> Defendants. | Case No.: 4:22-cv-01587-JSW <br><br> **DECLARATION OF SELINA KEENE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: July 82022 <br> Time: 9:00 AM <br> Courtroom: 5 |

DECLARATION OF SELINA R. KEENE

-1-

## DECLARATION OF SELINA R. KEENE

1. I, Selina R. Keene, have personal knowledge of the facts in this declaration, and if called to testify about them, I would and could do so competently.

2. I was always interested in helping people, especially those in need and under served or under represented. From 1998 to 2004 I worked for the Ella Hill Hutch community center as a construction apprenticeship coordinator. I conducted weekly introductions to construction workshops in order to help place candidates into the various construction related union apprenticeship programs. I also worked with the county redevelopment agency to ensure that hiring was accomplished on an equal opportunity basis. I monitored the work sites to ensure that contractors were in compliance with hiring requirements.

3. I have been employed by the City and County of San Francisco since August 2005.

4. I first worked as an eligibility worker for the family and children's foster care program. My duties included certifying and providing eligible foster parents and foster care providers with monetary and medical benefits to support foster children; whether those children were temporarily placed or long term placed in homes and facilities.

5. In 2007 I began working as a 9704 Employment & Training Specialist III with the human service agency of San Francisco, workforce development division. My duties included assisting clients to obtain employment and training them in techniques to secure job opportunities, which included job search and retention education. My administrative functions included, but were not limited to, creation of resumes, cover letters, thank you letters, and employment aid materials for clients. Those items were utilized to help clients obtain work in the field of their choice and experience. They also included creating case comments and updates utilizing launchpad software and communicating and reporting client status with other support staff. I always considered my work to be a career, not just a job.

6. Due to the COVID-19 outbreak, the human service agency directed staff to shelter in place. On April 7, 2020, while on furlough, I was instructed to pick up my work laptop and

cellular phone from the technology department and to begin working from home. I continued to provide employment services to my workforce development clients from home.

7. I was first notified of the City of San Francisco's vaccine requirement on June 23, 2021. The city sent an updated notice on July 8, 2021, requiring employees to report their vaccine status by July 29, 2021, and to be vaccinated 10 weeks after any vaccine was given final approval by the FDA. On August 23, 2021, the city sent out another update for a return to work and vaccine deadline. The initial vaccination deadline was September 15, 2021, later updated to November 1, 2021.

8. The currently available COVID-19 vaccines were derived from aborted fetal stem cells. I will not take a vaccine derived from murdered children, because I am a Christian. I believe in the sanctity of life. On September 17, 2021, I completed a religious accommodation request to the vaccine mandate. I also responded to many questions asked by the city regarding the sincerity of my beliefs.

9. On October 12, 2021, I submitted that religious accommodation request to the city and received a confirmation of receipt the same day.

10. On October 12, 2021, a Lily Tang from the office of civil rights responded to my accommodation request. She asked me to respond to 14 additional questions. On October 17, I responded to those questions.

11. On October 20, 2021, I received email notification from a Brenden Lim denying my religious accommodation request. There was additional back and forth with the city; however, my religious accommodation request was ultimately denied.

12. On January 3, 2022, I started experiencing symptoms related to COVID-19. My COVID-19 infection was confirmed on 1/6/2022 (home test) and again on 1/17/2022 and 1/25/2022. I have since recovered and now have natural immunity to the disease.

13. On February 16, 2022, I submitted a request for a medical accommodation request to the COVID-19 vaccine mandate.

14. On February 22, 2022, my employer officer Brenden Lim requested additional medical documentation to process my request. On March 8, 2022, I provided the requested additional medical documentation to Mr. Lim to support my medical accommodation request. From March 9 to March 11, 2022, Mr. Lim requested additional clarification regarding my medical accommodation request. I responded and provided the required information. On March 17, 2022, I sent a follow-up email to Mr. Lim requesting the status of my medical accommodation request.

15. On March 21, 2022, I received a dismissal and unpaid leave notification, which included a notice of denial of my medical accommodation request and a separation report terminating my employment due to noncompliance with the COVID-19 vaccine mandate. My termination was directed to complete by April 2, 2022.

16. On March 24, 2022, I emailed Andrea DeLeon, an HSA Employee Relation Analyst, requesting a retirement date of March 29, 2022, to avoid a negative impact of termination. I did not receive a response.

17. On March 29, 2022, I sent a follow-up email to Ms. DeLeon to check the status of my retirement date request for March 29, 2022. I did not receive a response.

18. On March 30, 2022, I contacted the Mayor's assistant to obtain assistance to push her employer to follow up on my retirement date request to ensure my forced retirement was conducted in an expedited manner. Ms. DeLeon finally responded after pressure to complete the retirement process and adjusted the separation report date to March 30, 2022, in order to precede the negative termination date of April 2, 2022.

19. Due to the city's failure to accommodate me, I was forced to retire on March 30, 2022.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 10th day of May 2022, in Antioch, California.

_Selina Keene_
Selina Keene