Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 8, 2022<br>Time: 9:00 AM<br>Courtroom: 5 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

-1-

For good cause shown, the Court grants Plaintiffs' Motion for Preliminary Injunction. Plaintiffs have demonstrated irreparable harm as a result of Defendant CCSF's COVID-19 vaccine mandate, and there is minimal or no cost to Defendants to accommodate them. Additionally, Plaintiffs have shown that the vaccine mandate, as applied to them, is irrational. Plaintiffs have more robust immunity than can be provided by any vaccine and are COVID-19 negative. A COVID-19 negative person cannot transmit a disease they do not have, and given that Plaintiffs are COVID-19 negative, it makes no sense to not allow them to continue working at CCSF. For good cause shown, the Court orders as follows:

That CCSF accommodate Plaintiffs by rehiring them, with back pay, and allowing them to telecommute to work or mandating that Plaintiffs wear PPE at all times while working for CCSF and to test for COVID-19 at least twice per week (or every day if deemed necessary by CCSF).

Dated: _____

JUDGE JEFFREY S. WHITE
U.S. SENIOR DISTRICT JUDGE