Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER RE: EX PARTE APPLICATION TO SHORTEN TIME OF NOTICE FOR MOTION TO ENTER AN ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 23, 2022<br>Time: 9:00 AM<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 5 |

For good cause shown, Plaintiffs' ex parte application to shorten time is granted.

The hearing on Plaintiffs' motion to enter an order on Plaintiffs' motion for preliminary injunction is set for September 30, 2022, at 9:00 a.m. in Courtroom 5.

Dated:

________________________________

Hon. Jeffrey S. White
Senior District Judge
Northern District of California