DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
KATE G. KIMBERLIN, State Bar #261017
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3847 (Kimberlin)
Facsimile:    (415) 554-4699
E-Mail:       jim.emery@sfcityatty.org
              kate.kimberlin@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
LONDON BREED, Mayor of San Francisco in her official capacity; and
CAROL ISEN, Human Resources Director, City and County
of San Francisco, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 22-cv-01587-JSW<br><br>**DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION AND TO SHORTEN TIME OF NOTICE FOR MOTION TO ENTER ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   September 23, 2022<br>Time:           9:00 a.m.<br>Judge:          Hon. Jeffrey S. White<br>Location:       Oakland Courthouse, Courtroom 5, 2nd Floor<br><br>Date Action Filed:   March 14, 2022<br>Trial Date:          None set |
|---|---|

1   Defendant City and County of San Francisco ("City") objects to Plaintiffs' Ex Parte Application to Shorten Time of Notice from Motion to Enter Order on Plaintiff's Motion for Preliminary Injunction (the "Ex Parte Motion"), filed with the Court on September 13, 2022 (Dkt. 28). There is no emergency to warrant shortening of time, and none has been demonstrated via the Ex Parte Motion. Plaintiffs' Motion to Enter Order on Plaintiff's Motion for Preliminary Injunction ("Motion") is also improper because the management of the Court's docket is entirely within the Court's sole discretion.

Counsel for the City are also unavailable on September 23, 2022 for the noticed hearing on the Ex Parte Motion. Counsel for Plaintiffs' did not consult with the City's attorneys before unilaterally selecting a date on which neither of the attorneys for the City are available. (See Accompanying Decl. of Kate Kimberlin).  The City requested Plaintiffs re-notice their motion for a mutually agreeable date, but Plaintiffs did not do so. The City is therefore unavailable for and does not plan to appear at the noticed hearing on the Ex Parte Motion.

Dated:  September 21, 2022

>                          DAVID CHIU
>                          City Attorney
>                          WAYNE K. SNODGRASS
>                          JAMES M. EMERY
>                          KATE G. KIMBERLIN
>                          Deputy City Attorneys
>
>                          By: */s/ Kate G. Kimberlin*
>                          JAMES M. EMERY
>                          KATE G. KIMBERLIN
>
>                          Attorneys for Defendants
>                          CITY AND COUNTY OF SAN FRANCISCO,
>                          MAYOR LONDON BREED and CAROL ISEN