DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
KATE G. KIMBERLIN, State Bar #261017
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4628 (Emery)
              (415) 554-3847 (Kimberlin)
Facsimile:    (415) 554-4699
E-Mail:       jim.emery@sfcityatty.org
              kate.kimberlin@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
LONDON BREED, Mayor of San Francisco in her official capacity; and
CAROL ISEN, Human Resources Director, City and County
of San Francisco, in her official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>     Defendants. | Case No. 22-cv-01587-JSW<br><br>**DECLARATION OF KATE G. KIMBERLIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION AND TO SHORTEN TIME OF NOTICE FOR MOTION TO ENTER ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:    September 23, 2022<br>Time:            9:00 a.m.<br>Judge:           Hon. Jeffrey S. White<br>Location:        Oakland Courthouse,<br>                 Courtroom 5, 2nd Floor<br><br>Date Action Filed:   March 14, 2022<br>Trial Date:          None set |

I, Kate G. Kimberlin, hereby declare:

1.      I am a member of the bar of the state of California and counsel of record for the City and County of San Francisco ("City").  I submit this declaration to support of the City's Opposition to Ex Parte Application and to Shorten Time of Notice for Motion to Enter Order on Plaintiffs' Motion for Preliminary Injunction.  If called as a witness, I could and would testify competently to the matters set forth herein.

2.      On September 12, 2022, Plaintiffs' attorney, Russell Davis, emailed me and my colleague, Jim Emery, stating that he would be filing an ex parte application. The September 12 email did not offer a date for any proposed hearing on the motion, nor did it include a copy of the proposed motion.

3.      On September 13, 2022, I received a copy of the Plaintiffs' ex parte motion when it was electronically filed. I learned at that time that Plaintiffs had noticed their ex parte motion for September 23, 2022.

4.      On September 14, 2022, I emailed Mr. Davis to inform him that neither Mr. Emery nor I would be available on September 23, 2022 due to previously scheduled vacations. Mr. Emery and I are the only counsel of record for the City in this case.

5.      In my September 14, 2022 correspondence, I asked whether Plaintiffs would re-notice the motion for a mutually agreeable date. Plaintiffs did not subsequently seek to re-notice the motion or work with counsel for the City to find an alternate date.

6.      Neither Mr. Emery nor I are available to attend a hearing on September 23, and the City therefore does not plan to appear at the hearing.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed September 21, 2022in San Francisco, California.

_____
KATE G. KIMBERLIN