Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
ksnider@pji.org
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100, <br><br> Defendants. | Case No.: 4:22-cv-01587-JSW <br><br> DECLARATION OF RUSSELL DAVIS IN REBUTTAL TO DEFENDANTS' OPPOSITION TO THE EX PARTE APPLICATION TO SHORTEN TIME <br><br> Date: September 23, 2022 <br> Time: 9:00 a.m. <br> Judge: Jeffrey S. White |

DAVIS DECLARATION IN REBUTTAL TO DEFENDANTS' OPPOSITION TO THE EX PARTE
APPLICATION TO SHORTEN TIME

-1-

# DECLARATION OF RUSSELL DAVIS

1. I am the attorney for Plaintiffs in this matter. I have personal knowledge of the facts in this declaration, and if called to testify about them, I would and could do so competently.

2. I write to correct some obvious mistakes in counsel's opposition declaration.

3. Opposing counsel states there is no emergency requiring shortened time. However, in my declaration in support of shortening time I declared the following:

> My clients are extremely prejudiced by the lack of a ruling in this matter. My clients had not intended to retire for more than five (5) years. As a result of their constructive firing, their retirement benefits are far lower than anticipated. Their mortgage payments and simple items like buying food, paying for gas and electric and water have now become far more of a burden. As a result, they have contemplated having to sell their homes.

If being forced to sell one's home is not an emergency than I simply do not know what is.

4. Opposing counsel claims not to be available on September 23; however, DAVID CHIU (State Bar #189542) and WAYNE K. SNODGRASS (State Bar #148137) are both listed on the moving papers and there is no reason stated why either of them cannot appear.

5. Attached as Exhibit 1 herein is a copy of the full email thread from opposing counsel and I. Opposing counsel plainly states that "we do not plan to contest." Yet here we are. It should be obvious that the ex parte application is procedural only and there can be no prejudice to the Defendants if it remains on calendar. Defendants have plenty of time to contest the substantive motion, which is requested to be heard on September 30, 2022.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 22, 2022, in San Francisco, California.

/s/ Russell Davis
Russell Davis
PACIFIC JUSTICE INSTITUTE
*Attorney for Plaintiffs*

# EXHIBIT 1

## RE: Keene v CCSF, NDCA Case No.4:22-cv-01587-JSW

From: Kimberlin, Kate (CAT) (kate.kimberlin@sfcityatty.org)

To: loanhound@sbcglobal.net

Cc: Jim.Emery@sfcityatty.org

Date: Wednesday, September 14, 2022 at 11:39 AM PDT

Hi Russell,

The email you sent us with ex parte notice didn't include the papers or the date. So, we didn't know the selected date until you filed yesterday. We do not plan to contest, but would also not want to simply no-show if the court wants appearances.

Very truly,

Kate G. Kimberlin
Deputy City Attorney
Office of San Francisco City Attorney David Chiu
1390 Market Street, Fifth Floor
San Francisco, CA 94102
Tel: 415.554.3847

> From: Russell Davis <loanhound@sbcglobal.net>
> Sent: Wednesday, September 14, 2022 11:11 AM
> To: Kimberlin, Kate (CAT) <Kate.Kimberlin@sfcityatty.org>
> Subject: Re: Keene v CCSF, NDCA Case No.4:22-cv-01587-JSW
>
> The dates are on the moving papers. On another point: why would you want to contest this motion?
>
> Russ
>
> On Wednesday, September 14, 2022 at 10:38:10 AM PDT, Kimberlin, Kate (CAT) <kate.kimberlin@sfcityatty.org> wrote:
>
> Dear Russell,

Unfortunately, you did not provide us with the date you planned to bring this motion for hearing. Neither Jim nor I are available on the date selected, September 23. Are you able to re-notice for a mutually agreeable date?

Thank you,

Kate G. Kimberlin
Deputy City Attorney
Office of San Francisco City Attorney David Chiu
1390 Market Street, Fifth Floor
San Francisco, CA 94102
Tel: 415.554.3847

**From:** Russell Davis <loanhound@sbcglobal.net>
**Sent:** Monday, September 12, 2022 6:24 PM
**To:** 'Russell Davis' <rdavis@pji.org>; 'ksnider@pji.org' <ksnider@pji.org>; Emery, Jim (CAT) <Jim.Emery@sfcityatty.org>
**Cc:** Kimberlin, Kate (CAT) <Kate.Kimberlin@sfcityatty.org>
**Subject:** Re: Keene v CCSF, NDCA Case No.4:22-cv-01587-JSW

I am giving you required notice that I am calendaring an ex parte application to shorten time to serve a motion to enter a ruling on the Plaintiffs motion for preliminary injunction.

Russell Davis, Esq.