DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
ADAM SHAPIRO, State Bar #245368
LAUREN E. WOOD, State Bar #280096
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3830
Telephone:     (415) 554-4261
E-Mail:         adam.shapiro@sfcityatty.org
E-Mail:         lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
in *Guardado, et al. v. City and County of San Franicsco*
Case No. 3:22-cv-4319-TLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |
| DAVID GOZUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, AND DOES 1 TO 100,<br><br>Defendants. | Case No. 4:22-cv-03975-KAW |

[Proposed] Order re: Admin. Motion to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230061\01632790.docx

| | |
|---|---|
| JOSE GUARDADO, MELISSA BORZONI, ANDREW MALONEY, ROMMEL TAYLOR, PENNI EIGSTER, TARA AMADO, and DANIELLE BOLOGNA on behalf of themselves and all other similarly situated persons,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 100, | Case No. 3:22-cv-4319-TLT |

[Proposed] Order re: Admin. Motion to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230061\01632790.docx

## **RELATED CASE ORDER**

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants in the case of *Jose Guardado, et al. v. City and County of San Francisco, et al.,* United States District Court Case No. 3:22-cv-4319-TLT ("*Guardado*") have filed an Administrative Motion to Consider Whether Cases Should Be Related urging that the *Guardado* and *David Gozum v. City and County of San Francisco, et al.,* United States District Court Case No. Case No. 4:22-cv-03975-KAW ("*Gozum*") be related to *Selina Keene, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. 4:22-cv-01587-JSW ("*Keene").*

The Court finds that the *Guardado, Gozum*, and *Keene* cases are RELATED as defined by Rule 3-12.  The Clerk of the Court is ordered to reassign the later filed actions to the Honorable Jeffrey S. White.

Counsel are instructed that all future filings are to bear the initials JSW immediately after the case number.  All matters presently scheduled for hearing in the reassigned case – including specifically any pending Initial Case Management Conference and deadlines associated therewith – are vacated and must be re-noticed for hearing before the undersigned.

IT IS SO ORDERED.

DATED: _____, 2022

_____
The Honorable Jeffrey S. White
United States District Judge

[Proposed] Order re: Admin. Motion to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230061\01632790.docx