DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
ADAM SHAPIRO, State Bar #245368
LAUREN E. WOOD, State Bar #280096
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3830
Telephone:     (415) 554-4261
E-Mail:         adam.shapiro@sfcityatty.org
E-Mail:         lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
in *Guardado, et al. v. City and County of San Franticso*
Case No. 3:22-cv-4319-TLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>          Plaintiffs,<br><br>          vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>          Defendants. | Case No. 4:22-cv-01587-JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |
| DAVID GOZUM,<br><br>          Plaintiff,<br><br>          vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, AND DOES 1 TO 100,<br><br>          Defendants. | Case No. 4:22-cv-03975-KAW |

| | |
|---|---|
| JOSE GUARDADO, MELISSA BORZONI, ANDREW MALONEY, ROMMEL TAYLOR, PENNI EIGSTER, TARA AMADO, and DANIELLE BOLOGNA on behalf of themselves and all other similarly situated persons,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 100, | Case No. 3:22-cv-4319-TLT |

## CERTIFICATE OF SERVICE

I, SYLVIA ANGELO, hereby certify as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On October 7, 2022, I served the following documents:

- **NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION OF ADAM M. SHAPIRO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the following counsel of record as noted at the locations specified:

| | |
|---|---|
| Kevin T. Snider<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 276600<br>Sacramento, CA  95827 | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT]; |
| Email: ksnider@pji.org<br>Email: emimnaugh@pji.org<br>Email: mmcreynolds@pji.ort | |
| **[VIA - EMAIL ESERVICE]** | |
| Emily C. Mimnaugh<br>PACIFIC JUSTICE INSTITUTE<br>1580 Grand Point Way #33171<br>Reno, NV  89533<br>Email: emimnaugh@pji.org | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT]; |
| **[VIA - EMAIL ESERVICE]** | |
| Matthew Brown McReynolds<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 276600<br>Sacramento, CA 95827<br>Email: mattmcreynolds@pji.org | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT]; |
| **[VIA - EMAIL ESERVICE]** | |

1
2
3

Russell Davis
PACIFIC JUSTICE INSTITUTE
29 Lakewood Avenue
San Francisco, CA  94127
Email: rdavis@pji.org
Email: loanhound@sbcglobal.net

Counsel for Plaintiffs

*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW]

4

**[VIA – CM/ECF ESERVICE]**

5
6
7
8

Ronn Bisbee
BISBEE LAW GROUP
24040 Camino del Avion, Suite E-109
Monarch Beach, CA  92629

Email: info@bisbeelawgroup.com

Co-Counsel for Plaintiffs

*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT];

9

**[VIA - EMAIL ESERVICE]**

10
11
12

Arkady Itkin
LAW OFFICE OF ARKADY ITKIN
57 Post Street, Suite 812
San Francisco, CA  94104
Tel: (415) 640-6765
Email: arkady@arkadylaw.com

Counsel for Plaintiff

*[David Gozum v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-03975-KAW];

13

**[VIA – EMAIL ESERVICE]**

14
15
16
17

Amy D. Super
Deputy City Attorney
Office of the San Francisco City Attorney's Office
1390 Market Street, 5th Floor
San Francisco, CA  94102
Email:  amy.super@sfcityatty.org

Counsel for Defendant

*[David Gozum v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-03975-KAW]

18

**[VIA – EMAIL ESERVICE]**

19
20
21

Kate Kimberlin
Deputy City Attorney
Office of the San Francisco City Attorney's Office
1390 Market Street, 5th Floor
San Francisco, CA  94102
Email:  kate.kimberlin@sfcityatty.org

Counsel for Defendant

*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW]

22

**[VIA – CM/ECF ESERVICE]**

23
24
25
26

James Moxon Emery
City Attorney's Office City of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Suite 234
San Francisco, CA 94102-5408
Email: jim.emery@sfgov.org

Lead Counsel for Defendant

*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW]

27

**[VIA – CM/ECF ESERVICE]**

28

**COURTESY COPIES VIA OVERNIGHT**
**MAIL TO:**

| | |
|---|---|
| Hon. Trina L. Thompson | Hon. Jeffrey S. White |
| District Judge | Senior District Judge |
| United States District Court | United States District Court |
| San Francisco Courthouse | Oakland Courthouse |
| Courtroom 9, 19 Floor | Courtroom 5 – 2nd Floor |
| 450 Golden Gate Avenue | 1301 Clay Street |
| San Francisco, CA 94102 | Oakland, CA 94612 |

*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT];

*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW]

Hon. Kandis A. Westmore
Magistrate Judge
United States District Court
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

*[David Gozum v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-03975-KAW]

in the manner indicated below:

☒  **BY ELECTRONIC MAIL:**  Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically through **CM/ECF** in portable document format ("PDF") Adobe Acrobat.

☒  **BY ELECTRONIC MAIL:**  Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above.  Such document(s) were transmitted *via* electronic mail from the electronic address: sylvia.angelo@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

☒  **BY OVERNIGHT DELIVERY**:  I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 7, 2022, at San Francisco, California.

_____
SYLVIA ANGELO