# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:22-cv-01587-JSW

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/14/2022

Date of judgment or order you are appealing: 09/23/2022

Docket entry number of judgment or order you are appealing: 31

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Melody Fountila
Selina Keene

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** *Russell Davis*   **Date** 10/11/22

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                     Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Melody Fountila
> Selina Keene

Name(s) of counsel (if any):

> Russell Davis, SBN 177959
> Kevin Snider, SBN 170988

Address: 29 Lakewood Ave, San Francisco, CA 94127

Telephone number(s): 415 310 6575

Email(s): rdavis@pji.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> City and County of San Francisco (CCSF)

Name(s) of counsel (if any):

> James Emery, SBN 153630
> Kate Kimberlin, SBN 261017

Address: City Hall, Rm 2341 Dr. Carlton B. Goodlett Pl, SF, CA 94102-5408

Telephone number(s): 415 554 4628 (Emery), 415 554 3847 (Kimberlin)

Email(s): jim.emery@sfcityatty.org, kate.kimberlin@sfcityatty.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*