DAVID CHIU, State Bar #189542
City Attorney
JONATHAN ROLNICK, State Bar #151814
Chief Labor Attorney
ADAM SHAPIRO, State Bar #245368
LAUREN E. WOOD, State Bar #280096
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3830
Telephone:     (415) 554-4261
E-Mail:        adam.shapiro@sfcityatty.org
E-Mail:        lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>    Defendants. | Case No. 4:22-cv-01587-JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |
| THADDEUS SALEEM SHAHEED, JESSE MURILLO, RICARDO TREJO, and PHILIPPE J. CABRAL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 100,<br><br>    Defendants. | Case No. 3:22-cv-06013-CRB |

1

Admin. Motion to Relate Cases – Cert. of Service
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230273\01635277.docx

| | |
|---|---|
| DAVID GOZUM,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, AND DOES 1 TO 100,<br><br>　　Defendants. | Case No. 4:22-cv-03975-KAW |
| JOSE GUARDADO, MELISSA BORZONI, ANDREW MALONEY, ROMMEL TAYLOR, PENNI EIGSTER, TARA AMADO, and DANIELLE BOLOGNA on behalf of themselves and all other similarly situated persons,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 100, | Case No. 3:22-cv-4319-TLT |

## **CERTIFICATE OF SERVICE**

　　I, DAVID BLUM, hereby certify as follows:

　　I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, 1390 Market Street, 5th Floor, San Francisco, CA 94102.

　　On October 21, 2022, I served the following documents:

- **NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION OF LAUREN E. WOOD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the following counsel of record as noted at the locations specified:

2

Admin. Motion to Relate Cases – Cert. of Service
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230273\01635277.docx

| | |
|---|---|
| Kevin T. Snider<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 276600<br>Sacramento, CA  95827<br><br>Email: ksnider@pji.org<br>Email: emimnaugh@pji.org<br>Email: mmcreynolds@pji.org<br><br>**[VIA - EMAIL ESERVICE]** | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT; *Thaddeus Saleem Shaheed v. City and County of San Francisco*; US Disctict Court Case No. 3:22-cv-06013-CRB] |
| Emily C. Mimnaugh<br>PACIFIC JUSTICE INSTITUTE<br>1580 Grand Point Way #33171<br>Reno, NV  89533<br>Email: emimnaugh@pji.org<br><br>**[VIA - EMAIL ESERVICE]** | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT]; |
| Matthew Brown McReynolds<br>PACIFIC JUSTICE INSTITUTE<br>P.O. Box 276600<br>Sacramento, CA 95827<br>Email: mattmcreynolds@pji.org<br><br>**[VIA - EMAIL ESERVICE]** | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT; *Thaddeus Saleem Shaheed v. City and County of San Francisco*; US Disctict Court Case No. 3:22-cv-06013-CRB] |
| Milton Eugene Matchak<br>Pacific Justice Institute<br>PO Box 280<br>Woodbridge, CA 95258<br>Email: mmatchak@pji.org<br><br>[**VIA - EMAIL ESERVICE**] | Co-Counsel for Plaintiffs<br><br>*[Thaddeus Saleem Shaheed v. City and County of San Francisco*; US Disctict Court Case No. 3:22-cv-06013-CRB] |
| Russell Davis<br>PACIFIC JUSTICE INSTITUTE<br>29 Lakewood Avenue<br>San Francisco, CA  94127<br>Email: rdavis@pji.org<br>Email: loanhound@sbcglobal.net<br><br>**[VIA –  CM/ECF ESERVICE]** | Counsel for Plaintiffs<br><br>*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW] |
| Ronn Bisbee<br>BISBEE LAW GROUP<br>24040 Camino del Avion, Suite E-109<br>Monarch Beach, CA  92629<br><br>Email: info@bisbeelawgroup.com<br><br>**[VIA - EMAIL ESERVICE]** | Co-Counsel for Plaintiffs<br><br>*[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT]; |
| Arkady Itkin | Counsel for Plaintiff |

3

Admin. Motion to Relate Cases – Cert. of Service
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230273\01635277.docx

| | |
|---|---|
| LAW OFFICE OF ARKADY ITKIN<br>57 Post Street, Suite 812<br>San Francisco, CA 94104<br>Email: arkady@arkadylaw.com | *[David Gozum v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-03975-KAW]; |

**[VIA – EMAIL ESERVICE]**

| | |
|---|---|
| Amy D. Super<br>Deputy City Attorney<br>Office of the San Francisco City Attorney's Office<br>1390 Market Street, 5th Floor<br>San Francisco, CA 94102<br>Email: amy.super@sfcityatty.org | Counsel for Defendant<br><br>*[David Gozum v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-03975-KAW] |

**[VIA – EMAIL ESERVICE]**

| | |
|---|---|
| Kate Kimberlin<br>Deputy City Attorney<br>Office of the San Francisco City Attorney's Office<br>1390 Market Street, 5th Floor<br>San Francisco, CA 94102<br>Email: kate.kimberlin@sfcityatty.org | Counsel for Defendant<br><br>*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW] |

**[VIA – CM/ECF ESERVICE]**

| | |
|---|---|
| James Moxon Emery<br>City Attorney's Office City of San Francisco<br>1 Dr. Carlton B. Goodlett Place<br>City Hall, Suite 234<br>San Francisco, CA 94102-5408<br>Email: jim.emery@sfgov.org | Lead Counsel for Defendant<br><br>*[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW] |

**[VIA – CM/ECF ESERVICE]**

**COURTESY COPIES VIA OVERNIGHT MAIL TO:**

| | |
|---|---|
| Hon. Trina L. Thompson<br>District Judge<br>United States District Court<br>San Francisco Courthouse<br>Courtroom 9, 19 Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Hon. Jeffrey S. White<br>Senior District Judge<br>United States District Court<br>Oakland Courthouse<br>Courtroom 5 – 2nd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |
| *[Jose Guardado, et al. v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-04319-TLT]; | *[Selena Keene v. City and County of San Francisco*; US District Court Case No. Case No. 4:22-cv-01587-JSW] |
| Hon. Charles R. Breyer<br>District Judge<br>United States District Court<br>San Francisco Courthouse | Hon. Kandis A. Westmore<br>Magistrate Judge |

4

Admin. Motion to Relate Cases – Cert. of Service
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230273\01635277.docx

Courtroom 6, 17 Floor
450 Golden Gate Avenue
San Francisco, CA 94102

*[Thaddeus Saleem Shaheed v. City and County of San Francisco*; US Disctict Court Case No. 3:22-cv-06013-CRB];

United States District Court
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

*[David Gozum v. City and County of San Francisco*; US District Court Case No. Case No. 3:22-cv-03975-KAW]

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically through **CM/ECF** in portable document format ("PDF") Adobe Acrobat.

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: david.blum@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

☒ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 21, 2022, at San Francisco, California.

_____
DAVID BLUM

5
Admin. Motion to Relate Cases – Cert. of Service
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230273\01635277.docx