Russell Davis (SBN 177959)
Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.:  (916) 857-6900
Fax:   (916) 857-6902
Emails: ksnider@pji.org; rdavis@pji.org
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, et al., | Case No. 4:22-cv-01587-JSW |
| Plaintiffs, | **RUSSELL DAVIS DECLARATION RE. CASE MANAGEMENT STATEMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Date: November 4, 2022<br>Time: 11:00 AM<br>Place: via Zoom |
| Defendants. | Complaint Filed: 03/14/2022<br>Trial Date: TBD |

# DECLARATION OF RUSSELL DAVIS

1. I, Russell Davis, am the attorney for Plaintiffs in this matter. I have personal knowledge of the facts in this declaration, and if called to testify about them, I would and could do so competently.

2. Pursuant to U.S. District Court for the Northern District of California Local Rule 16-9, I made reasonable efforts to obtain cooperation of Defendants' Counsel in the preparation of a joint case management statement.

3. I emailed Defendants' Counsel, Kate Kimberlin and Jim Emery, on Tuesday, October 25, 2022, regarding the joint case management statement. Attached to my email was a draft of a partial joint case management statement for Counsel to review.

4. I received an automatic reply that Mr. Emery would be out of office until Wednesday, October 26. I never received a reply from Kate Kimberlin or Jim Emery.

5. Due to Defendants' unresponsiveness, Plaintiffs were prevented from preparing a joint statement and have therefore submitted a separate case management statement.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 28th day of October 2022, in San Francisco, California.

/s/ Russell Davis
Russell Davis, Esq.

*Attorney for Plaintiffs*