1  DAVID CHIU, State Bar #189542
   City Attorney
2  JONATHAN ROLNICK, State Bar #151814
   Chief Labor Attorney
3  ADAM SHAPIRO, State Bar #245368
   LAUREN E. WOOD, State Bar #280096
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3830
   Telephone:    (415) 554-4261
7  E-Mail:       adam.shapiro@sfcityatty.org
   E-Mail:       lauren.wood@sfcityatty.org

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)** |
| THADDEUS SALEEM SHAHEED, JESSE MURILLO, RICARDO TREJO, and PHILIPPE J. CABRAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 100,<br><br>Defendants. | Case No. 3:22-cv-06013-CRB |

Admin. Motion to Relate Cases – ~~Proposed~~ Order
CASE NO. 22-cv-01587-JSW

1

n:\labor\li2022\230273\01635272.docx

| | |
|---|---|
| DAVID GOZUM,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO HUMAN SERVICES AGENCY, AND DOES 1 TO 100,<br><br>    Defendants. | Case No. 4:22-cv-03975-KAW |
| JOSE GUARDADO, MELISSA BORZONI, ANDREW MALONEY, ROMMEL TAYLOR, PENNI EIGSTER, TARA AMADO, and DANIELLE BOLOGNA on behalf of themselves and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DOES 1 through 100, | Case No. 3:22-cv-4319-TLT |

## RELATED CASE ORDER

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants in the case of *Thaddeus Saleem Shaheed, et al. v. City and County of San Francisco, et al.,* United States District Court Case No. 3:22-cv-06013-CRB ("*Shaheed*") have filed an Administrative Motion to Consider Whether Cases Should Be Related urging that the *Shaheed et al. v. City and County of San Francisco et al.,* United States District Court Case No. 3:22-cv-06013-CRB (*"Shaheed")* be related to *Selina Keene, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. 4:22-cv-01587-JSW ("*Keene").*

The Court finds that the *Shaheed, Guardado, Gozum*, and *Keene* cases are RELATED as defined by Rule 3-12. The Clerk of the Court is ordered to reassign the later filed actions to the Honorable Jeffrey S. White.

Counsel are instructed that all future filings are to bear the initials JSW immediately after the case number. All matters presently scheduled for hearing in the reassigned case – including

2

Admin. Motion to Relate Cases – ~~Proposed~~ Order
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\230273\01635272.docx

1  specifically any pending Initial Case Management Conference and deadlines associated therewith –
2  are vacated and must be re-noticed for hearing before the undersigned.
3      IT IS SO ORDERED.

5  DATED: November 10, 2022

6  _____
7  The Honorable Jeffrey S. White
   United States District Judge

3

Admin. Motion to Relate Cases – ~~Proposed~~ Order            n:\labor\li2022\230273\01635272.docx
CASE NO. 22-cv-01587-JSW