DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4628 (Emery)
               (415) 554-4261 (Wood)
Facsimile:     (415) 554-4699
E-Mail:        jim.emery@sfcityatty.org
               lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>　　Defendants. | Case No. 22-cv-01587-JSW<br><br>**NOTICE OF APPEARANCE AND REASSIGNMENT OF ATTORNEY**<br><br>Trial Date:　　　None set. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Deputy City Attorney Lauren E. Wood of the San Francisco City Attorney's Office has been re-assigned to represent defendant the City and County of San Francisco as lead counsel in the above-referenced action.  Lauren E. Wood is reassigned for all purposes and is replacing Kate G. Kimberlin who is currently assigned to the case within the same firm.  In the future, all pleadings, notices and communications, including electronic communications, to defendant City and County of San Francisco should be addressed as follows:

| | |
|---|---|
| LAUREN E. WOOD<br>Deputy City Attorney<br>San Francisco City Attorney's Office<br>1390 Market Street, Fifth Floor<br>San Francisco, CA  94102<br>Telephone:     (415) 554-4261<br>E-mail:          lauren.wood@sfcityatty.org | WAYNE K. SNODGRASS<br>JAMES M. EMERY<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-5408<br>Telephone:     (415) 554-4628<br>E-Mail:          jim.emery@sfcityatty.org |

Dated:

DAVID CHIU
City Attorney
WAYNE K. SNODGRASS
JAMES M. EMERY
LAUREN E. WOOD
Deputy City Attorneys


By: */s/ Lauren E. Wood*
　　LAUREN E. WOOD

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Notice of Appearance and Reassignment
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01643501.docx