Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, | Case No.: 4:22-cv-01587-JSW |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

TO ALL PARTIES HEREIN AND ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that from Sunday, January 8, 2023, and continuing through Sunday January 22, 2023, Russell Davis will be on vacation and unavailable for any purposes, including but not limited to, receiving notices of any kind, appearing in court, responding to ex parte applications, or attending depositions. You are hereby advised to read *Tenderloin Housing Clinic v. Sparks*, 8 Cal. App. 4th 299 (1992), regarding the imposition of sanctions for purposefully scheduling matters without good cause, with knowledge of counsel's unavailability.

Dated:  January 8, 2023

/s/ Russell Davis
Russell Davis
PACIFIC JUSTICE INSTITUTE

*Attorney for Plaintiffs*