UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANGELINA DEBRUNNER, et al., <br> Plaintiffs, <br> v. <br> MAWULI TUGBENYOH, et al., <br> Defendants. | Case No. 22-cv-07455-TSH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Keene v. City and County of San Francisco,* 22-cv-01587-JSW.

**IT IS SO ORDERED.**

Dated: January 26, 2023

THOMAS S. HIXSON
United States Magistrate Judge