1  DAVID CHIU, State Bar #189542
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   JAMES M. EMERY, State Bar #153630
3  LAUREN E. WOOD, State Bar #280096
   Deputy City Attorneys
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4628 (Emery)
6                 (415) 554-4261 (Wood)
   Facsimile:     (415) 554-4699
7  E-Mail:        jim.emery@sfcityatty.org
                  lauren.wood@sfcityatty.org
8
   Attorneys for Defendant
9  CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, | Case No. 22-cv-01587-JSW |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | Hearing Date:   Date<br>Time:           Time<br>Place:          Oakland Courthouse<br>Courtroom 5 – 2nd Floor<br>1301 Clay Street<br>Oakland, CA 94612 |
| CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100, | |
| Defendants. | Trial Date:     None set. |

## **SERVICE**

I, DAVID BLUM, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On March 30, 2023, I served the following documents:

**1) ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**2) DECLARATION OF LAUREN E. WOOD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**3) PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the following persons at the locations specified:

Heather Flick, Bar #184206　　　　　　　　*Attorneys for Plaintiff*
Molly McCann, *pro hac vice*　　　　　　　　CHARLOTTE SANDERS
*BINNALL LAW GROUP, PLLC*
717 King Street, Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
Fax: 703-888-1930
Email: heather@binnall.com
Email: molly@binnall.com

in the manner indicated below:

☒　**BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: david.blum@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 30, 2023, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　DAVID BLUM

PROOF OF SERVICE　　　　　　　　　　　　　　　　　　　　　　n:\govlit\li2022\220836\01666971.docx
CASE NO. 22-cv-01587-JSW