DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4628 (Emery)
              (415) 554-4261 (Wood)
Facsimile:    (415) 554-4699
E-Mail:       jim.emery@sfcityatty.org
              lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>**DECLARATION OF LAUREN E. WOOD IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SET CASE MANAGEMENT CONFERENCE**<br><br>**Civil Local Rule 7-11**<br><br>Filed:       March 14, 2022<br>Trial Date:  None set. |

Wood Decl. ISO Defendant's Admin. Mtn to Set CMC
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666948.docx

1

I, LAUREN E. WOOD, hereby declare:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am counsel of record for Defendant City and County of San Francisco (the "City"). I am admitted to practice law in California and to appear before this Court. I have personal knowledge of the facts in this declaration, and if called upon to testify, I could and would testify competently to the facts contained herein.

2. Plaintiffs' Ninth Circuit Appeal of the denial of their Motion for Preliminary Injunction has been fully briefed and oral argument has been scheduled for April 18, 2023.

3. On Friday, March 24, 2023, I contacted Plaintiffs' counsel of record, Russell Davis, via email to inquire as to whether Plaintiffs would stipulate to request that a Case Management Conference be set for April 28, 2023 to coincide with the Case Management Conferences set in the five other related actions pending before this Court: *Gozum v. CCSF*, No. 4:22-cv-03975-JSW; *Guardado, et al. v. CCSF*, No. 4:22-cv-04319-JSW; *Shaheed, et al. v. CCSF*, No. 4:22-cv-06013-JSW; *Debrunner, et al. v. CCSF, et al.*, No. 4:22-cv-07455-JSW; *Cook v. CCSF*, No. 4:22-cv-07645-JSW (referred to collectively as "the Related Vaccine Actions"). Plaintiffs' counsel replied, "send the stipulation." I promptly prepared and sent a stipulation and proposed order for counsel's review that same day. A true and correct copy of my March 24, 2023 email exchange with counsel is attached hereto as **Exhibit A**.

4. Thereafter, I sent follow-up emails to Plaintiffs' counsel requesting either approval of the stipulation or for counsel to provide proposed edits or comments. The last such email was sent on March 29, 2023. Because the desired Case Management Conference date is less than one month away, the City is making its request to have a Case Management Conference set for April 28 via administrative motion to ensure that the Court will have the opportunity to rule on the request sufficiently in advance of both the requested Case Management Conference date and the attendant deadline for submitting a Joint Case Management Conference Statement.

///

///

///

///

Wood Decl. ISO Defendant's Admin. Mtn to Set CMC
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666948.docx

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 30, 2023, at Oakland, California.

*/s/ Lauren E. Wood*
LAUREN E. WOOD

Wood Decl. ISO Defendant's Admin. Mtn to Set CMC
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666948.docx

3

# EXHIBIT A

| | |
|---|---|
| **From:** | Wood, Lauren (CAT) |
| **Sent:** | Friday, March 24, 2023 4:49 PM |
| **To:** | 'Russell Davis' |
| **Cc:** | Emery, Jim (CAT); Blum, David (CAT) |
| **Subject:** | RE: Keene, et al. v. CCSF - No. 4:22-cv-01587-JSW - Request for Case Management Conference |
| **Attachments:** | Keene - Stip & Proposed Order to Set CMC.DOCX |

Hi Russell,

Please see the attached stipulation and proposed order requesting a CMC on April 28, with the joint case management statement due 7 days in advance. Please let us know if we may file the attached using your electronic /s/ signature.

Thank you,

Lauren

**Lauren E. Wood** (she/her)
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4261 Direct
Email: lauren.wood@sfcityatty.org
www.sfcityattorney.org

*Note: Due to hybrid work arrangements, email is the best way to reach me.*

*********Confidentiality Notice**********************

This electronic message transmission contains information that may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify me immediately by email and delete the original message.

Please consider the environment before printing this e-mail.

**From:** Russell Davis <loanhound@sbcglobal.net>
**Sent:** Friday, March 24, 2023 10:33 AM
**To:** Wood, Lauren (CAT) <Lauren.Wood@sfcityatty.org>
**Subject:** Re: Keene, et al. v. CCSF - No. 4:22-cv-01587-JSW - Request for Case Management Conference

send the sitpulation.

Russ

On Friday, March 24, 2023 at 10:30:25 AM PDT, Wood, Lauren (CAT) <lauren.wood@sfcityatty.org> wrote:

Hi Russell,

1

As you may have learned from your colleague Kevin, the case management conferences in the five related cases challenging the City's COVID-19 Vaccination Policy have all been reset to April 28, 2023 at 11:00 a.m. before Judge White, with joint case management conference statements due April 21. I've attached the orders in the other cases PJI is handling, *Shaheed* and *Guardado*, for reference.

The City proposes that the parties request the Court to set a case management conference in *Keene* for April 28, 2023 to coincide with the CMC for the other related actions. Now that the case management conference will be held *after* oral argument before the Ninth Circuit, the City does not see any reason why this case should not proceed along with the other related actions.

Please let me know if Plaintiffs will stipulate to moving the CMC to April 28; if so, the City will prepare a stipulation and proposed order for your review. If Plaintiffs decline to stipulate, the City will file an administrative motion requesting such relief.

Kind regards,

Lauren



**Lauren E. Wood** (she/her)

Deputy City Attorney

Office of City Attorney David Chiu

(415) 554-4261 Direct

Email: lauren.wood@sfcityatty.org

www.sfcityattorney.org

*Note:  Due to hybrid work arrangements, email is the best way to reach me.*

*********Confidentiality Notice*********************

This electronic message transmission contains information that may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in

2

error, please notify me immediately by email and delete the original message.

Please consider the environment before printing this e-mail.