DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4628 (Emery)
              (415) 554-4261 (Wood)
Facsimile:    (415) 554-4699
E-Mail:       jim.emery@sfcityatty.org
              lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>[~~Proposed~~] **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SET CASE MANAGEMENT CONFERENCE**<br><br>**Civil Local Rule 7-11**<br><br>Filed:         March 14, 2022<br>Trial Date:    None set. |

[~~Proposed~~] Order Granting Defendant's Admin. Motion to Set CMC; CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666953.docx

1

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the City and County of San Francisco's Administrative Motion to Set Case Management Conference is GRANTED, and a Case Management Conference is set for April 28, 2023 at 11:00 a.m. The Parties shall file a Joint Case Management Conference Statement ~~no later than seven (7) days in advance of the April 28, 2023 Case Management Conference.~~ by no later than Wednesday, April 26, 2023.

**IT IS SO ORDERED.**

Dated: April 24, 2023

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

[~~Proposed~~] Order Granting Defendant's Admin. Motion to Set CMC; CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666953.docx

2