DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
ADAM SHAPIRO, State Bar #245368
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:      (415) 554-4628 (Emery)
                (415) 554-4261 (Wood)
                (415) 554-3830 (Shapiro)
E-Mail:         jim.emery@sfcityatty.org
                lauren.wood@sfcityatty.org
                adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Filed:          March 14, 2022<br>Trial Date:     None set |
|---|---|

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Deputy City Attorney Adam Shapiro has been assigned to represent Defendant City and County of San Francisco in this action.

In the future, please add Deputy City Attorney Adam Shapiro to all pleadings and communications, including electronic communications, as follows:

> Adam Shapiro
> Deputy City Attorney
> San Francisco City Attorney's Office
> 1390 Market Street, 5th Floor
> San Francisco, CA  94102
> Telephone:(415) 554-3830
> e-mail:  adam.shapiro@sfcityatty.org

Dated:  April 27, 2023

> DAVID CHIU
> City Attorney
> JAMES M. EMERY
> LAUREN E. WOOD
> ADAM SHAPIRO
> Deputy City Attorneys
>
> By: */s/ Adam Shapiro*
> ADAM SHAPIRO
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO