1  DAVID CHIU, State Bar #189542
   City Attorney
2  WAYNE K. SNODGRASS, State Bar #148137
   JAMES M. EMERY, State Bar #153630
3  LAUREN E. WOOD, State Bar #280096
   ADAM M. SHAPIRO, State Bar #267429
4  Deputy City Attorneys
   City Hall, Room 234
5  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-5408
6  Telephone:      (415) 554-4628 (Emery)
                   (415) 554-4261 (Wood)
7  Facsimile:      (415) 554-4699
   E-Mail:         jim.emery@sfcityatty.org
8                  lauren.wood@sfcityatty.org
                   adam.shapiro@sfcityatty.org
9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

15 SELINA KEENE, MELODY FOUNTILA,        Case No. 4:22-cv-01587-JSW
   MARK MCCLURE,
16                                        **ADMINISTRATIVE MOTION TO CONSIDER
           Plaintiffs,                    WHETHER CASES SHOULD BE RELATED**
17
           vs.                            **(Civil L.R. 3-12(b) and 7-11)**
18
   CITY and COUNTY OF SAN FRANCISCO;      Judge:          Hon. Jeffrey S. White
19 LONDON BREED, Mayor of San Francisco in
   her official capacity; CAROL ISEN, Human   Trial Date:      None set.
20 Resources Director, City and County of San
   Francisco, in her official capacity; DOES 1-
21 100,

22         Defendants.

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## INTRODUCTION

The City and County of San Francisco (the "City") respectfully asks the Court to consider whether the above-captioned action (the "*Keene* Action") is related to one later filed action: *Monegas v. City and County of San Francisco*, N.D. Cal. Case No. 3:22-cv-004633-JD (the "*Monegas* Action").

The Court previously related six other actions to the *Keene* Action: *Gozum v. CCSF*, No. 4:22-cv-03975-JSW; *Guardado, et al. v. CCSF*, No. 4:22-cv-04319-JSW; *Shaheed, et al. v. CCSF*, No. 4:22-cv-06013-JSW; *Debrunner, et al. v. CCSF, et al. (Debrunner* Action*)*, No. 4:22-cv-07455-JSW; *Cook v. CCSF*, No. 4:22-cv-07645-JSW; *Sanders v. San Francisco Public Library*, No. 23-cv-00211-JSW (collectively "Related Vaccine Actions"). The recently filed *Monegas* Action bears a substantially similar relationship to *Keene* as the Related Vaccine Actions and likewise should be related.

The *Monegas* Action, filed on January 17, 2023, was also brought by a former City employee who alleges she was terminated for failure to comply with the City's Covid-19 vaccination policy. Like the plaintiffs in the *Debrunner* Action, Monegas has asserted claims under the Americans With Disability Act (ADA), and like the Plaintiffs in the other Related Vaccine Actions, Monegas seeks injunctive relief related to the City's COVID-19 vaccination policy. A copy of the Complaint in the *Monegas* Action is attached as **Exhibit A** to the accompanying Declaration of Adam M. Shapiro ("Shapiro Decl.").

On May 1, 2023, Judge Donato granted the City's motion to dismiss Monegas's First Amended Complaint, finding that Monegas "has not plausibly alleged a disability," and that Monegas's "claims are untimely on their face." Shapiro Decl. Ex. B at 2. Pursuant to the Court's order, Monegas may file an amended complaint by May 22, 2023. *Id.* at 3.

## DISCUSSION

Two cases are related if:

> (1) The actions concern substantially the same parties, property, transaction, or event; and
>
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Admin. Motion to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666615.docx

N.D. Cal. Local Civil Rule 3-12(a).  Whenever a party believes an action filed in this district may be "related to an action which is or was pending in this District …, the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related."  *Id.* Rule 3-12(b).

Here, the *Monegas* Action concerns substantially the same parties as the *Keene* Action and the Related Vaccine Actions, as the City and/or its constituent departments are parties in each of the actions. The plaintiff in the *Monegas* Action erroneously named the San Francisco Department of Public Health ("DPH") as a defendant. DPH is a constituent department of the City, created and existing under the authority of the City's Charter. Under the San Francisco's Charter, only the City has the power to "appear, sue, and defend" in a civil action. S.F. Charter Article I, Section 1.101.

The plaintiffs in *Keene*, *Monegas* and the other Related Vaccine Actions are all current or former City employees who are challenging the City's vaccine mandate claiming that the City failed to provide accommodations.  If certified, the putative class in the *Guardado* Action could potentially include the plaintiff in the *Monegas* Action. The *Monegas* Action, like *Keene* and the other Related Vaccine Actions concern substantially the same events, as they arise out of challenges to the City's vaccine mandate, including the validity of the policy, both facially and as applied, would necessarily affect the plaintiffs across all actions.

It is also "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the [*Monegas* Action were] conducted before [a] different Judge" than the other Related Vaccine Actions. N.D. Cal. Local Civil Rule 3-12(a)(2). The *Keene* Action and the six other Related Vaccine Actions, including the *Guardado* Putative Class Action, challenge the same policy and are all pending before the Honorable Jeffrey S. White. In the interest of judicial efficiency, and to avoid conflicting decisions, the *Monegas* Action too should be heard before Judge White.

/ / /

/ / //

/ / /

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONCLUSION

Because the *Monegas* Action is related to *Keene* and the Related Vaccine Actions, the Court should assert its case management authority over the *Monegas* Action, find that it is related and reassign the case to the Honorable Jeffrey S. White.

Dated: May 2, 2023

DAVID CHIU
City Attorney
JAMES M. EMERY
LAUREN E. WOOD
ADAM M. SHAPIRO
Deputy City Attorneys


By: */s/ Adam M. Shapiro*
ADAM M. SHAPIRO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Admin. Motion to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666615.docx