DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone: (415) 554-4628 (Emery)
 (415) 554-4261 (Wood)
Facsimile: (415) 554-4699
E-Mail: jim.emery@sfcityatty.org
 lauren.wood@sfcityatty.org
 adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)**<br><br>Judge: Hon. Jeffrey S. White<br>Trial Date: None set. |

[Proposed] Order Granting Admin. Mtn to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666898.docx

# RELATED CASE ORDER

Pursuant to Civil Local Rules 3-12 and 7-11, the City and County of San Francisco has filed an Administrative Motion to Consider Whether Cases Should Be Related, urging that *Monegas v. City and County of San Francisco*, N.D. Cal. Case No. 3:22-cv-004633-JD (the "*Monegas* Action") be related to *Selina Keene, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. 4:22-cv-01587-JSW ("*Keene*") and the other five related actions challenging the City and County of San Francisco' COVID-19 vaccination policy: *Gozum v. CCSF*, No. 4:22-cv-03975-JSW; *Guardado, et al. v. CCSF*, No. 4:22-cv-04319-JSW; *Shaheed, et al. v. CCSF*, No. 4:22-cv-06013-JSW; *Debrunner, et al. v. CCSF, et al.*, No. 4:22-cv-07455-JSW; *Cook v. CCSF*, No. 4:22-cv-07645-JSW *Sanders v. San Francisco Public Library*, No. 23-cv-00211-JSW (collectively "Related Vaccine Actions").

The Court finds that the *Monegas* Action, the *Keene* case, and the Related Vaccine Actions are RELATED as defined by Rule 3-12.  The Clerk of the Court is ordered to reassign the later filed *Sanders* action, Case No. 3:23-cv-00211-JD, to the Honorable Jeffrey S. White.

Counsel are instructed that all future filings are to bear the initials JSW immediately after the case number.  All matters presently scheduled for hearing in the reassigned case – including specifically any pending Initial Case Management Conference and deadlines associated therewith – are vacated and must be re-noticed for hearing before the undersigned.

IT IS SO ORDERED.

DATED: _____, 2023

_____
The Honorable Jeffrey S. White
United States District Judge

[Proposed] Order Granting Admin. Mtn to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\govlit\li2022\220836\01666898.docx