Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Jeffrey S. White<br>Trial Date: None set. |

PLAINTIFFS' REQUEST FOR CONTINUANCE OF ADMINISTRATIVE MOTION

**PLAINTIFFS' REQUEST FOR CONTINUANCE**

Plaintiffs, by and through their counsel, hereby submit this request for continuance of the administrative motion to consider whether *Monegas v. City and County of San Francisco*, Case No. 3:22-cv-004633-JD, is related to *Keene v. City and County of San Francisco*, Case No. 4:22-cv-01587-JSW.

Plaintiffs' counsel, Russell Davis, who is currently traveling outside of the country, previously filed a Notice of Unavailability [Docket No. 56] on April 26, 2023, with this Court, indicating he is unavailable for any purposes from May 1 through May 31, 2023. Plaintiffs respectfully request that the administrative motion be continued until after Mr. Davis returns.

DATED: May 8, 2023

/s/ Russell Davis
Russell Davis, Esq.
PACIFIC JUSTICE INSTITUTE

*Attorney for Plaintiffs*