DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
ADAM SHAPIRO, State Bar #245368
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:     (415) 554-4628 (Emery)
               (415) 554-4261 (Wood)
               (415) 554-3830 (Shapiro)
E-Mail:        jim.emery@sfcityatty.org
               lauren.wood@sfcityatty.org
               adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ESI PROPOSED ORDER**<br><br>Filed:           March 14, 2022<br>Trial Date:    None set |

Pursuant to Northern District of California Civil Local Rules 6-2, 7-12, and 16-3(e), PLAINTIFF JOSEPH ("Plaintiff") and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO ("Defendant") through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. WHEREAS, on April 28, 2023, the Court held a Case Management Conference with counsel for Plaintiff and Defendant appearing. In addition, counsel for the plaintiffs in the related actions also appeared: *Keene, et al. v. CCSF*, No. 4:22-cv-01587-JSW; *Gozum v. CCSF*, No. 4:22-cv-

03975-JSW; *Guardado, et al. v. CCSF*, No. 4:22-cv-04319-JSW; *Shaheed, et al. v. CCSF*, No. 4:22-cv-06013-JSW; *Debrunner v. CCSF,* No. 4:22-cv-07455-JSW;

  2. WHEREAS, on April 28, 2023, the Court issued a Civil Minute Order. Dkt. No. 59. In part, the Court ordered "[t]he parties to preserve evidence and file an ESI proposed order no later than **May 30, 2023**;"

  3. WHEREAS, the Parties have agreed and respectfully submit that judicial economy would be best served by continuing the deadline for the Parties to file an ESI proposed order by 14 days to June 13, 2023. No trial date or pre-trial deadlines, apart from the dates associated with initial discovery obligations, have yet been set in this matter;

  4. WHEREAS, this is the first stipulation by the Parties to continue the deadline to file the ESI proposed order.

  THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

  1. The Parties stipulate and agree that the time for the Parties to file an ESI proposed order shall be extended by 14 days from the current deadline of May 30, 2023 to June 13, 2023. The Parties further agree that this proposed extension will not cause undue delay to the schedule for this case or result in prejudice to any party.

**IT IS SO STIPULATED.**

Dated:  May 31, 2023    PACIFIC JUSTICE INSTITUTE

             By: */s/Kevin T. Snider*
               KEVIN T. SNIDER
               Attorney for Plaintiffs and Proposed Class

Dated: May 31, 2023

                          DAVID CHIU
                          City Attorney
                          JAMES M. EMERY
                          LAUREN E. WOOD
                          ADAM SHAPIRO
                          Deputy City Attorneys

                      By: */s/ Adam Shapiro*
                          ADAM SHAPIRO

                          Attorneys for Defendant
                          CITY AND COUNTY OF SAN FRANCISCO

### **<u>ATTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1</u>**

I, Adam Shapiro, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with N.D. Cal. Local Rule 5-1(i)(3), I attest that Gary T. Snider has read and approved this document and consents to its filing in this action.

Dated: May 31, 2023

                          DAVID CHIU
                          City Attorney
                          JAMES M. EMERY
                          LAUREN E. WOOD
                          ADAM SHAPIRO
                          Deputy City Attorneys

                      By: */s/ Adam Shapiro*
                          ADAM SHAPIRO

                          Attorneys for Defendant
                          CITY AND COUNTY OF SAN FRANCISCO

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that, pursuant to the Parties' stipulation, the time to file an ESI proposed order is extended by 14 days, from the current deadline of May 30, 2023 to June 13, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 31, 2023

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Judge