SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Dawn R. Solowey (*pro hac vice*)
dsolowey@seyfarth.com
2 Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 494-4801

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| JOSE GUARDADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:22-cv-04319-JSW<br>Case No. 4:22-cv-06013-JSW<br><br>**AMENDED NOTICE OF MOTION OF DEFENDANT'S MOTION TO CONSOLIDATE CASE NUMBERS:**<br><br>**4:22-cv-03975-JSW**<br>**4:22-cv-01587-JSW**<br>**4:22-cv-07455-JSW**<br>**4:22-cv-04633-JSW**<br>**4:22-cv-07645-JSW**<br>**4:23-cv-00211-JSW**<br><br>Date:　　　June 23, 2023<br>Time:　　　9:00 a.m.<br>Courtroom:  5<br><br>Date Action Filed:　July 26, 2022<br>Trial Date:　　　　Not Set |

AMENDED MOTION FOR CONSOLIDATION
4:22-cv-04319-JSW

95644740v.1

# AMENDED NOTICE OF MOTION AND MOTION[1]

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the City and County of San Francisco, the City and County of San Francisco Human Services Agency, the City and County of San Francisco Department of Public Health, and the San Francisco Public Library (collectively, the "Defendant") hereby moves the Court to consolidate this case, (1) *Guardado, et al. v. City and County of San Francisco*, Case No. 4:22-cv-04319-JSW and (2) *Shaheed, et al. v. City and County of San Francisco*, Case No. 4:22-cv-06013-JSW, with (3) *Gozum v. City and County of San Francisco Human Services Agency*, Case No. 4:22-cv-03975-JSW; (4) *Debrunner, et al. v. The City and County of San Francisco, et al.*, Case No. 4:22-cv-07455-JSW; (5) *Cook v. City and County of San Francisco*, Case No. 4:22-cv-07645-JSW; (6) *Sanders v. San Francisco Public Library, et al.*, Case No. 4:23-cv-00211-JSW; (7) *Keene, et al. v. City and County of San Francisco, et al.*, Case No. 4:22-cv-01587-JSW; and (8) *Monegas v. City and County of San Francisco Department of Public Health*, Case No. 4:22-cv-04633-JSW (collectively, the "Related Vaccine Actions"). Defendant requests that the Related Vaccine Actions should be consolidated at least through summary judgment and permit the parties to revisit consolidation for trial purposes, if necessary.

This Amended Notice of Motion and Motion is brought on the grounds that the Related Vaccine Actions (1) have substantially similar general facts and legal theories, (2) involve the City and County of San Francisco (or have inappropriately named one of its related agencies or departments) as the chief or sole defendant, (3) will prevent the wasteful duplication of litigation efforts and the risk of inconsistent judgments, (4) will preserve judicial resources, and (5) will not cause substantial delay or prejudice to any party.

This amended motion is noticed to be heard on June 23, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5 of the above-entitled court, located at 1301 Clay Street, Oakland, California. This motion is based upon this Amended Notice of Motion, the below Memorandum of Points

---

[1] This Amended Notice of Motion is only amended to update the case number for the *Monegas v. City and County of San Francisco Department of Public Health* action, following the Order Relating Case on June 6, 2023. (Dkt. 30.)

and Authorities, oral argument of counsel, and any other matters of which the Court may take judicial notice.

DATED: June 6, 2023  SEYFARTH SHAW LLP

By: /s/ Coby M. Turner
Coby M. Turner
Eric M. Lloyd
Dawn R. Solowey (*pro hac vice*)
Yoon-Woo Nam

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO