UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 06 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SELINA KEENE and MELODY FOUNTILA,<br><br>          Plaintiffs - Appellants,<br><br> and<br><br>MARK MCCLURE,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Defendant - Appellee,<br><br> and<br><br>LONDON BREED and CAROL ISEN,<br><br>          Defendants. | No. 22-16567<br><br>D.C. No. 4:22-cv-01587-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered May 15, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT