Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100, <br><br> Defendants. | Case No.: 4:22-cv-01587-JSW <br><br> **PETITION TO ENTER AN ORDER PURSUANT TO THE NINTH CIRCUIT'S MEMORANDUM** <br><br> Date: July 28, 2023 <br> Time: 9:00 AM <br> Judge: The Honorable Jeffrey S. White |

PETITION TO ENTER AN ORDER PURSUANT TO THE NINTH CIRCUIT'S MEMORANDUM

-1-

1  Russell Davis declares:

2  1. I am the attorney of record for the Plaintiffs herein. I have personal knowledge of the
3  facts in this matter and if called to testify regarding them I would and could do so competently.

4  2. On May 15, 2023 (Docket no. 64), the Ninth Circuit Court of Appeals entered a
5  Memorandum stating grounds for its remand of Plaintiffs Motion for Preliminary Injunction. On
6  June 5, 2023, (Docket no. 71) that same court entered its Mandate, which constitutes the formal
7  mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

8  3. This case is subject to this court's further order re: the Ninth Circuit's Memorandum.
9  My clients will be prejudiced by further delay in entering said order. Wherefore Plaintiffs request
10 the Court to enter an order consistent with the Ninth Circuit's remand.

11  Dated: June 13, 2023

/s/ Russell Davis
Russell Davis
PACIFIC JUSTICE INSTITUTE

*Attorney for Plaintiffs*