1  Russell Davis (SBN 177959)
   PACIFIC JUSTICE INSTITUTE
2  29 Lakewood Ave.
   San Francisco, CA 94127
3  Tel. (415.) 310-6575
4  rdavis@pji.org

5  *Attorney for Plaintiffs*

6

7

8

9          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  SELINA KEENE, MELODY FOUNTILA, MARK ) Case No.:  4:22-cv-01587-JSW
11  MCCLURE,                              )
                                          ) **DECLARATION OF RUSSELL DAVIS**
12       Plaintiffs,                      ) **RE: DISCOVERY OF ESI**
                                          )
13  v.                                    )
                                          )
14                                        )
    CITY AND COUNTY OF SAN FRANCISCO;     )
15  LONDON BREED, Mayor of San Francisco in her )
    official capacity; CAROL ISEN Human Resources )
16  Director, City and County of San Francisco, in her )
    official capacity; DOES 1-100,        )
17                                        )
18       Defendants.                      )
                                          )

19

20

21

22

23

24

25

26

27
_____
28                DECLARATION OF RUSSELL DAVIS RE: DISCOVERY OF ESI

                              -1-

1    Russell Davis declares:

2    1. I am the attorney of record for the Plaintiffs herein. I have personal knowledge of the

3    facts in this matter and if called to testify regarding them I would and could do so competently.

4    2. On May 30, 2023, defendant CCSF emailed me a copy of a proposed stipulation re: ESI

5    discovery. I had just returned from vacation [Docket 56] and had to respond to many other

6    matters.

7    3. I did not feel comfortable with the wording of CCSF's stipulation, as I felt it would

8    unnecessarily restrict Plaintiffs' discovery. Not being well versed with ESI, I consulted with other

9    members of my firm regarding an appropriate stipulation. They suggested I use the Idaho form,

10   which does contain other discovery matters.

11   4. After opposing counsel objected, I decided to make matters as simple as I could and

12   used the Northern District's model form re: ESI, which I have filed concurrently in Pacer. I

13   informed opposing counsel that we could always redo the form and agree on the scope of ESI.

14   Dated: June 13, 2023

15                                        /s/ Russell Davis
                                          Russell Davis
16                                        PACIFIC JUSTICE INSTITUTE

17                                        *Attorney for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28                        DECLARATION OF RUSSELL DAVIS RE: DISCOVERY OF ESI

                                               -2-