UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUARDADO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 22-cv-04319-JSW<br>22-cv-03975-JSW<br>22-cv-01587-JSW<br>22-cv-07455-JSW<br>22-cv-04633-JSW<br>22-cv-07645-JSW<br>23-cv-00211-JSW<br><br>**ORDER REGARDING MOTION TO CONSOLIDATE**<br><br>Re: Dkt. No. 57 |

On May 12, 2023, Defendants in this matter moved to consolidate this case with cases that had been (or were subsequently) related by this Court. Defendants, however, failed to notice their motion in all related cases. Accordingly, Plaintiffs in those related cases were not timely informed of the motion and did not all file responses to the motion to consolidate.

Defendants have now filed an amended notice of their motion in each of the cases, and the Court has received some responses but not from every plaintiff in each of the related matters. The Court must allow all plaintiffs time to file any additional responses or oppositions. Accordingly, any additional responses or oppositions to the motion shall be filed no later than June 23, 2023. Any reply by Defendants shall be filed no later than June 30, 2023. The hearing date of June 23, 2023, at 9:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of this Court.

**IT IS SO ORDERED.**

Dated: June 14, 2023

_____
JEFFREY S. WHITE
United States District Judge