Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>    Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER RE: DEFENDANT'S ADMINISTRATIVE MOTION TO ENLARGE TIME AND ALLOW EXPEDITED DISCOVERY**<br><br>Date: July 30, 2023<br>Time: 9:00 AM<br>Judge: The Honorable Jeffrey S. White |

[PROPOSED] ORDER

-1-

**[PROPOSED] ORDER**

The Court finds as follows:

Defendant failed to exercise due diligence by not asking for discovery prior to this Court's initial ruling in this matter. It has also failed to show what discovery it needs by not informing the Court of exactly what facts they seek or how those facts would help it in the forthcoming hearing. Defendant has not established good cause to grant their Administrative Motion.

For the above reasons, Defendant's Administrative Motion is DENIED.

DATE:

_____
THE HONORABLE JEFFREY S. WHITE