DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
LAUREN E. WOOD, State Bar #280096
ADAM SHAPIRO, State Bar #245368
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone:    (415) 554-4628 (Emery)
              (415) 554-4261 (Wood)
              (415) 554-3830 (Shapiro)
E-Mail:       jim.emery@sfcityatty.org
              lauren.wood@sfcityatty.org
              adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO ENLARGE TIME AND ALLOW EXPEDITED DISCOVERY AS MODIFIED [L.R. 6-3, 7-11]<br><br>Judge:        Honorable Jeffrey S. White<br><br>Filed:        March 14, 2022<br>Trial Date:   None set |
|---|---|

For the good cause shown, the Court GRANTS Defendant's Administrative Motion to enlarge time and allow expedited discovery. The Court HEREBY ORDERS: (1) the deadline for the City to respond to Plaintiffs' Motion to Enter Order Pursuant to the Ninth Circuit's Memorandum (Dk. No. 82 ("June 23 Motion")) is continued to ~~August 10~~ August 25, 2023; (2) Plaintiffs' reply brief shall be filed on or before September 8, 2023; (3) the hearing on the June 23 Motion is ~~continued to~~ vacated and shall be reset, if necessary, by further order, (4) Plaintiffs Selina Keene and Melody Fountila are ordered to sit for deposition, not to exceed four hours each, at a time and date that allows the Defendant adequate time to obtain a transcript of those depositions in advance of August 10, 2023, and (4) Keene and Fountila's depositions shall remain open, and the time Keene and Fountila spend in the preliminary injunction depositions shall not count against the seven-hour limit set forth in Federal Rule of Civil Procedure 30.

**IT IS SO ORDERED.**

Date: July 6, 2023

_____
HONORABLE JEFFREY S. WHITE
United States District Judge