1  Russell Davis (SBN 177959)
   PACIFIC JUSTICE INSTITUTE
2  29 Lakewood Ave.
   San Francisco, CA 94127
3  Tel. (415) 310-6575
4  rdavis@pji.org

5  *Attorney for Plaintiffs*

6
7
8
                    **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, | Case No.: 4:22-cv-01587-JSW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ALLOW EXPEDITED DISCOVERY, L.R. 6-3, 7-11** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100, | Judge: The Honorable Jeffrey S. White |
| | Complaint filed: March 14, 2022 |
| | Trial Date: None set |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ALLOW EXPEDITED DISCOVERY

-1-

[PROPOSED] ORDER

For the good cause shown, the Court GRANTS Plaintiffs' Administrative Motion to allow expedited discovery. The Court HEREBY ORDERS: Defendant's PMKs and subpoenaed material witnesses to sit for deposition, not to exceed four hours each, at a time and date that allows the Plaintiffs adequate time to obtain a transcript of those depositions in advance of August 25, 2023, and said depositions shall remain open, and the time the Defendant's deponents spend in the preliminary injunction depositions shall not count against the seven-hour limit set forth in Federal Rule of Civil Procedure 30.

IT IS SO ORDERED.

_____
HONORABLE JEFFREY S. WHITE
United States Senior District Judge