1  DAVID CHIU, State Bar #189542
   City Attorney
2  LAUREN E. WOOD, State Bar #280096
   ADAM M. SHAPIRO, State Bar #267429
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-4261 (Wood)
                 (415) 554-3830 (Shapiro)
6  Facsimile:    (415) 554-4699
   E-Mail:       lauren.wood@sfcityatty.org
7                adam.shapiro@sfcityatty.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>    Defendants. | Case No. 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)**<br><br>Judge:           Hon. Jeffrey S. White<br><br>Trial Date:    None set. |

# **RELATED CASE ORDER**

Pursuant to Civil Local Rules 3-12 and 7-11, the City and County of San Francisco has filed an Administrative Motion to Consider Whether Cases Should Be Related, urging that *Rodriguez v. City and County of San Francisco*, N.D. Cal. Case No. 3:23-cv-03139 (the "*Rodriguez* Action") and *Yancey v. London Breed*, et al., N.D. Cal. Case No. 4:22-cv-09045-DMR (the "*Yancey* Action") be related to *Selina Keene, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. 4:22-cv-01587-JSW ("*Keene*") and the other seven related actions challenging the City and County of San Francisco' COVID-19 vaccination policy: *Gozum v. City and County of San Francisco*, No. 4:22-cv-03975-JSW (the "*Gozum* Action"); *Guardado, et al. v. City and County of San Francisco*, No. 4:22-cv-04319-JSW (the "*Guardado* Action"); *Shaheed, et al. v. City and County of San Francisco*, No. 4:22-cv-06013-JSW (the "*Shaheed* Action"); *Debrunner, et al. v. City and County of San Francisco, et al. (Debrunner* Action*)*, No. 4:22-cv-07455-JSW; *Cook v. City and County of San Francisco*, No. 4:22-cv-07645-JSW (the "*Cook* Action"); *Sanders v. San Francisco Public Library*, No. 23-cv-00211-JSW (the "*Sanders* Action"); and *Monegas v. City and County of San Francisco Department of Public Health* (the "*Monegas* Action") (collectively "Related Vaccine Actions").

The Court finds that the *Rodriguez* and *Yancey* Actions, the *Keene* Action, and the Related Vaccine Actions are RELATED as defined by Rule 3-12.  The Clerk of the Court is ordered to reassign the later filed *Rodriguez* and *Yancey* Actions, to the Honorable Jeffrey S. White.

Counsel are instructed that all future filings are to bear the initials JSW immediately after the case number.  All matters presently scheduled for hearing in the reassigned case – including specifically any pending Initial Case Management Conference and deadlines associated therewith – are vacated and must be re-noticed for hearing before the undersigned.

IT IS SO ORDERED.

DATED: _____    _____
                                                               The Honorable Jeffrey S. White
                                                               United States District Judge