DAVID CHIU, State Bar #189542
City Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261 (Wood)
               (415) 554-3830 (Shapiro)
Facsimile:     (415) 554-4699
E-Mail:        lauren.wood@sfcityatty.org
               adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 4:22-cv-01587-JSW<br><br>Related Case Nos.:<br>4:22-cv-03975-JSW<br>4:22-cv-04319-JSW<br>4:22-cv-04633-JSW<br>4:22-cv-06013-JSW<br>4:22-cv-07455-JSW<br>4:22-cv-07645-JSW<br>4:23-cv-00211-JSW<br><br>**PROOF OF SERVICE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (4:23-cv-03139 and 4:23-cv-09045)** |

# PROOF OF SERVICE

I, Luisa Armanino, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, 7th Floor, San Francisco, CA 94102.

On XXXX, 2022, I served the following document:

- **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (4:23-cv-03139 and 4:23-cv-09045)**

- **DECLARATION OF ADAM M. SHAPIRO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (4:23-cv-03139 and 4:23-cv-09045)**

- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (4:23-cv-03139 and 4:23-cv-09045)**

on the following persons at the locations specified:

| | |
|---|---|
| Colby M. Turner<br>Yoon-Woo Nam<br>Seyfarth Shaw, LLP<br>400 Capitol Mall, Suite 2300<br>Sacramento, CA  95814-4428<br>Email: cturner@seyfarth.com<br>          ynam@seyfarth.com | *Co-Counsel for Defendants* |

**[VIA CM/ECF EMAIL SERVICE]**

| | |
|---|---|
| Eric M. Lloyd<br>Seyfarth Shaw, LLP<br>560 Mission Street, 31st Floor<br>San Francisco, CA  94105-2930<br>Email: elloyd@seyfarth.com | *Co-Counsel for Defendants* |

**[VIA CM/ECF EMAIL SERVICE]**

///

| | | |
|---|---|---|
| 1 | Dawn R. Solowey | *Co-Counsel for Defendants* |
| 2 | Seyfarth Shaw, LLP | *(admitted pro hac vice)* |
|   | 2 Seaport Lane, Suite 1200 | |
|   | Boston, MA 02210-2028 | |
| 3 | Email: dsolowey@seyfarth.com | |

**[VIA CM/ECF EMAIL SERVICE]**

| | | |
|---|---|---|
| Russell Davis | *Counsel for Plaintiffs* |
| PACIFIC JUSTICE INSTITUTE | |
| 29 Lakewood Avenue | *[Selena Keene v. City and County of San* |
| San Francisco, CA  94127 | *Francisco; US District Court Case No.* |
| Email: rdavis@pji.org | *4:22-cv-01587-JSW]* |
| Email: loanhound@sbcglobal.net | |

**[VIA CM/ECF ESERVICE]**

Arkady Itkin — *Co-Counsel for Plaintiff*
LAW OFFICE OF ARKADY ITKIN
57 Post Street, Suite 812
San Francisco, CA  94104
Email: arkady@arkadylaw.com

*[Jose Guardado, et al. v. City and County of San Francisco; US District Court Case No. 3:22-cv-04319-JSW];*

**[VIA CM/ECF AND EMAIL ESERVICE]**

*[David Gozum v. City and County of San Francisco; US District Court Case No. 3:22-cv-03975-JSW];*

*[Chase Rodriguez v. City and County of San Francisco; US District Court Case No. 4:23-cv-03139-DMR]*

Kevin T. Snider — *Co-Counsel for Plaintiffs*
Emily C. Mimnaugh
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA  95827

*[Jose Guardado, et al. v. City and County of San Francisco; US District Court Case No. 3:22-cv-04319-JSW];*

Email: ksnider@pji.org
Email: emimnaugh@pji.org
Email: mmcreynolds@pji.org

*[Thaddeus Saleem Shaheed v. City and County of San Francisco; US District Court Case No. 4:22-cv-04319-JSW]*

**[VIA CM/ECF AND EMAIL ESERVICE]**

April Monegas — *Plaintiff in Propria Persona*
2104 East Anderson Lane, Apt. 1513
Austin, TX  78752
Email:  amonegas@gmail.com

*[Monegas v. City and County of San Francisco; US District Court Case No. 4:22-cv-04633-JSW]*

**[VIA EMAIL SERVICE]**

///

PROOF OF SERVICE        2        n:\labor\li2022\220836\01689731.docx
CASE NO. 22-cv-01587-JSW

| | | |
|---|---|---|
| 1 | Ronn Bisbee<br>BISBEE LAW GROUP | *Co-Counsel for Plaintiffs* |
| 2 | 24040 Camino del Avion, Suite E-109<br>Monarch Beach, CA  92629 | *[Jose Guardado, et al. v. City and County of San Francisco; US District Court Case No. 3:22-cv-04319-JSW];* |
| 3 | Email: info@bisbeelawgroup.com | |
| 4 | **[VIA CM/ECF AND EMAIL ESERVICE]** | *[Thaddeus Saleem Shaheed v. City and County of San Francisco; US District Court Case No. 4:22-cv-04319-JSW]* |
| 5 | | |
| 6 | Charles S. LiMandri<br>Paul M. Jonna | *Co-Counsel for Plaintiff* |
| 7 | Jeffrey M. Trissell<br>Robert E. Weisenburger | *[Denise Debrunner v. City and County of San Francisco; US District Court Case* |
| 8 | LiMandri & Jonna<br>P.O. Box 9120 | *No. 4:22-cv-07455-JSW]* |
| 9 | Rancho Santa Fe, CA  92067<br>Email: cslimandri@limandri.com | |
| 10 |       pjonna@limandri.com<br>      jtrissel@limandri.com | |
| 11 |       rweisenburger@limandri.com | |
| 12 | **[VIA CM/ECF EMAIL SERVICE]** | |
| 13 | John C. Sullivan<br>SL Law PLLC | *Co-Counsel for Plaintiff*<br>*(admitted pro hac vice)* |
| 14 | 610 Uptown Boulevard, Suite 2000<br>Cedar Hill, TX  75104 | *[Denise Debrunner v. City and County of* |
| 15 | Email: john.sullivan@the-sl-lawfirm.com | *San Francisco; US District Court Case No. 4:22-cv-07455-JSW]* |
| 16 | **[VIA CM/ECF EMAIL SERVICE]** | |
| 17 | Hugo Torbet<br>Attorney at Law | *Counsel for Plaintiff* |
| 18 | 1 Harbor Drive, Suite 300<br>Sausalito, CA  94965 | *[Joseph Cook v. City and County of San Francisco; US District Court Case No.* |
| 19 | Email: steadyrolling@gmail.com | *4:22-cv-07645-JSW]* |
| 20 | **[VIA CM/ECF EMAIL SERVICE]** | |
| 21 | Heather Flick<br>Molly McCann | *Counsel for Plaintiff* |
| 22 | Binnall Law Group PLLC<br>717 King Street, Suite 200 | *[Charlotte Rae Sanders v. City and County of San Francisco; US District Court Case* |
| 23 | Alexandria, VA  22314<br>Email: heather@binnall.com | *No. 4:23-cv-00211-JSW]* |
| 24 |       molly@binnall.com | |
| 25 | **[VIA EMAIL SERVICE]** | |
| 26 | Estelle Christina Yancey<br>668 Industrial Park, #4152 | *Plaintiff, Pro Se* |
| 27 | Manteca, CA  95337 | *[Estelle Christina Yancey v. City and County of San Francisco; US District* |
| 28 | **[VIA U.S. MAIL]** | *Court Case No. 4:22-cv-09045-DMR]* |

PROOF OF SERVICE
CASE NO. 22-cv-01587-JSW

3

n:\labor\li2022\220836\01689731.docx

| | |
|---|---|
| Chief Magistrate Judge Donna M. Ryu<br>Courtroom 4, 3rd Floor<br>United States District Court – Oakland<br>1301 Clay Street<br>Oakland, CA 94612<br><br>**[VIA HAND DELIVERY]** | *Assigned Judge*<br><br>*[Chase Rodriguez v. City and County of San Francisco; US District Court Case No. 4:23-cv-03139-DMR];*<br><br>*[Estelle Christina Yancey v. City and County of San Francisco; US District Court Case No. 4:22-cv-09045-DMR]* |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: luisa.armanino@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat.

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically through **CM/ECF** in portable document format ("PDF") Adobe Acrobat.

☒ **BY HAND DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 12, 2023, at San Francisco, California.

*/s/ Luisa Armanino*
LUISA ARMANINO