DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4261 (Wood)
              (415) 554-3830 (Shapiro)
Facsimile:    (415) 554-4699
E-Mail:       lauren.wood@sfcityatty.org
              adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 4:22-cv-01587-JSW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Filed:            March 14, 2022<br>Trial Date:     None set |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Deputy City Attorney James Moxon Emery has retired. As such, he should be removed from all service lists and as counsel of record for Defendant City and County of San Francisco ("the City"). Deputy City Attorneys Adam Shapiro and Lauren E. Wood continue to represent the City.

Dated: July 13, 2023

                        DAVID CHIU
                        City Attorney
                        JONATHAN C. ROLNICK
                        Chief Labor Attorney
                        LAUREN E. WOOD
                        ADAM SHAPIRO
                        Deputy City Attorneys

By: */s/ Lauren E. Wood*
      LAUREN E. WOOD

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO