Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, | Case No.: 4:22-cv-01587-JSW |
| Plaintiffs, | **DENYING [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ALLOW EXPEDITED DISCOVERY, L.R. 6-3, 7-11** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100, | Judge: The Honorable Jeffrey S. White |
| | Complaint filed: March 14, 2022 |
| | Trial Date: None set |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ALLOW EXPEDITED DISCOVERY

-1-

ORDER

For failure to demonstrate good cause, the Court DENIES Plaintiffs' Administrative Motion to allow the requested expedited discovery. Any requests for discovery relating to Plaintiff's motion at Docket No. 82 are HEREBY REFERRED to Magistrate Judge Illman for resolution.

IT IS SO ORDERED.

Dated: July 18, 2023

_____
HONORABLE JEFFREY S. WHITE
United States Senior District Judge

ORDER PLAINTIFFS' ADMINISTRATIVE MOTION TO ALLOW EXPEDITED DISCOVERY

-2-