```
Hugo Torbet
Attorney at Law, SBN 147650
1 Harbor Dr., Suite 300
Sausalito, CA 94965
Telephone: (415) 986-9400
email: steadyrolling@gmail.com

Attorney for Plaintiff
Joseph Cook (22-07645)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, et al., )<br>)<br>        Plaintiffs, )<br>)<br>    v. )<br>)<br>CITY AND COUNTY OF SAN )<br>FRANCISCO, et al., )<br>)<br>        Defendants. )<br>_____)<br>)<br>AND CONSOLIDATED CASES. )<br>_____) | No. 22-cv-01587-JSW<br><br>NOTICE OF APPEARANCE |

TO THE PARTIES, THEIR LAWYERS, AND THE CLERK:

PLEASE TAKE NOTICE that the undersigned represents Joseph Cook in <u>Cook v. City and County of San Francisco</u>, No. 22-07645, which is consolidated with this action, and several other similar lawsuits, by a court order dated July 12, 2023.  (Docket No. 90.)

Dated:  July 18, 2023

                                        s/ Hugo Torbet

                                        Attorney for Joseph Cook