```
 1  Hugo Torbet
    Attorney at Law, SBN 147650
 2  1 Harbor Dr., Suite 300
    Sausalito, CA 94965
 3  Telephone: (415) 986-9400
    email: steadyrolling@gmail.com
 4
    Attorney for Plaintiff
 5  Joseph Cook (22-07645)

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SELINA KEENE, et al.,        )   No. 22-cv-01587-JSW
                                 )
12           Plaintiffs,         )
                                 )   ADMINISTRATIVE MOTION FOR
13      v.                       )   CLARIFICATION OF ORDER
                                 )   GRANTING LIMITED CONSOLIDATION
14  CITY AND COUNTY OF SAN       )
    FRANCISCO, et al.,           )
15                               )   Docket No. 90
             Defendants.         )
16  ─────────────────────────────)
                                 )
17  AND CONSOLIDATED CASES.      )
    ─────────────────────────────)
18
```

19     1.  The court's order provides in pertinent part that all
20  written discovery be exchanged across all cases.  (Docket No. 90,
21  3:17-19.)
22     (Some of) the parties have pressing obligations under
23  General Order 71 to make initial disclosures.  Some of the
24  disclosures required by this Order are of privacy protected
25  personnel and medical matters.
26     Does the court's recent order require each of the plaintiff
27  employees, and/or permit the City, to disclose this private
28  information to all of the other parties?

1       2.  On May 1, 2023, the court issued an amended case
2  management order.  In this order, at Page 2, the court bifurcated
3  liability and damages.  This means, apparently, that each
4  plaintiff will be subjected to two series of discovery requests,
5  the first concerning liability, and then later, another
6  concerning damages.  The undersigned infers that the court
7  anticipates a summary judgment proceeding between the two series.
8       General Order 71 requires a plaintiff employee to disclose
9  substantial information related to his or her damages from a
10 wrongful termination.  This includes information about
11 unemployment insurance, subsequent employment, and details about
12 other damages.  (Id., pp. 2-3.)
13      Given that "damages" has been bifurcated to an unspecified
14 later date, are the plaintiff employees required at this time, to
15 comply with General Order 71 as it pertains to their damages?
16      Wherefore, Mr. Cook requests that the court clarify its
17 recent order.
18 Dated:  July 18, 2023
19                                        Respectfully submitted,
20                                        s/ Hugo Torbet
21                                        Attorney for Joseph Cook