| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Coby M. Turner (SBN 266298) |
| 2 | cturner@seyfarth.com |
| | Yoon-Woo Nam (SBN 284644) |
| 3 | ynam@seyfarth.com |
| | 400 Capitol Mall, Suite 2300 |
| 4 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 5 | Facsimile: (916) 558-4839 |
| | |
| 6 | SEYFARTH SHAW LLP |
| | Eric M. Lloyd (SBN 254390) |
| 7 | elloyd@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 8 | San Francisco, CA 94105-2930 |
| | Telephone: (415) 397-2823 |
| 9 | Facsimile: (415) 397-8549 |
| | |
| 10 | SEYFARTH SHAW LLP |
| | Dawn R. Solowey (*pro hac vice*) |
| 11 | dsolowey@seyfarth.com |
| | 2 Seaport Lane, Suite 1200 |
| 12 | Boston, Massachusetts 02210-2028 |
| | Telephone: (617) 946-4800 |
| 13 | Facsimile: (617) 494-4801 |
| | |
| 14 | Attorneys for Defendant |
| | CITY AND COUNTY OF SAN FRANCISCO |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| THADDEUS SALEEM SHAHEED, | Lead Case No. 22-cv-01587-JSW |
| Plaintiff, | Case No. 4:22-cv-06013-JSW |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE INITIAL DISCOVERY PURSUANT TO GENERAL ORDER NO. 71** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | Date Action Filed:   October 12, 2022 |
| | Trial Date:   Not Set |

Pursuant to Northern District of California Civil Local Rules 7-12, and 16-3(e), PLAINTIFF THADDEUS SALEEM SHAHEED ("Plaintiff") and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO ("Defendant") through their counsel of record, HEREBY AGREE AND STIPULATE AS

FOLLOWS:

1. WHEREAS, on October 12, 2022, Plaintiff Thaddeus Saleem Shaheed Jose Guardado, filed a civil complaint with this Court against Defendant City and County of San Francisco (Defendant). (Dkt. No. 1);

2. WHEREAS, on November 15, 2022, the case was reassigned to the Honorable Jeffrey S. White. See Dkt. No. 12;

3. WHEREAS, on March 13, 2023, the case was ordered consolidated with *Guardado et al. v. Defendant*, 4:22-CV-0431-JSW. See Dkt. No. 39, *Guardado*, 4:22-CV-0431-JSW;

4. WHEREAS, on March 14 and March 15, 2023, attorneys at Seyfarth Shaw, LLP filed notices of appearance with the Court to serve as lead counsel for Defendant. See Dkt. Nos. 24-27;

5. WHEREAS, on May 1, 2023, the Court entered an Amended Minute Entry setting various case deadlines following the April 28, 2023 Case Management Conference. See Dkt. No. 55, *Guardado*, 4:22-CV-0431-JSW. Pursuant to the Court's Amended Minute Entry, for all parties in the related actions, initial discovery obligations under General Order 71 are due 90 days from the date of the initial Case Management Conference, or July 27, 2023.

6. WHEREAS, counsel for Defendant has diligently reviewed the pleadings, claims, and information in this action but has required additional time to prepare responses pursuant to General Order 71 discovery;

7. WHEREAS, on July 5, 2023, counsel for Defendant informed Plaintiff that counsel will be seeking to withdraw from this Action, and Defendant will seek substitute counsel;

8. WHEREAS, the Parties have agreed and respectfully submit that an extension of time for Defendant to provide initial discovery pursuant to General Order 71 is necessary for the transition of Defendant's defense.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Parties have agreed and respectfully submit that the anticipated withdrawal of counsel for Defendant and its anticipated substitution of new counsel and need for additional time to respond necessitate an extension for the Parties' to exchange initial discovery pursuant to General Order

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE INITIAL DISCOVERY
PURSUANT TO GENERAL ORDER NO. 71

96828194v.1

71.

2. The Parties shall exchange initial discovery pursuant to General Order 71 by September 6, 2023.

**IT IS SO STIPULATED.**

DATED: July 25, 2023                     PACIFIC JUSTICE INSTITUTE

By:   /s/ Kevin T. Snider
        Kevin T. Snider
        *Counsel of Record*

Attorneys for Plaintiff,
THADDEUS SALEEM SHAHEED

DATED: July 25, 2023                     SEYFARTH SHAW LLP

By:  /s/ Yoon-Woo Nam
       Coby M. Turner
       Eric M. Lloyd
       Dawn R. Solowey (*pro hac vice*)
       Yoon-Woo Nam

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE INITIAL DISCOVERY
PURSUANT TO GENERAL ORDER NO. 71
96828194v.1

## **ATTESTATION OF E-FILED SIGNATURE**

I, Yoon-Woo Nam, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Extending Time to Exchange of Initial Discovery Pursuant to General Order 71. In compliance with Local Rule 5-1(i)(3), I attest that Kevin T. Snider has read and approved this pleading and consented to its filing in this action.

DATED: July 25, 2023                                                        SEYFARTH SHAW LLP


                                                                                    By:   */s/ Yoon-Woo Nam*
                                                                                              Yoon-Woo Nam

**ORDER GRANTING EXTENSION OF TIME TO EXCHANGE OF INITIAL DISCOVERY PURSUANT TO GENERAL ORDER 71**

The Court finds the anticipated withdrawal of counsel for Defendant and its anticipated substitution of new counsel and need for additional time to respond necessitate an extension for the Parties' to exchange initial discovery pursuant to General Order 71. The Parties shall exchange initial discovery pursuant to General Order 71 by September 6, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

96828194v.1