DAVID CHIU, State Bar #189542
City Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4261 (Wood)
              (415) 554-3830 (Shapiro)
Facsimile:    (415) 554-4699
E-Mail:       lauren.wood@sfcityatty.org
              adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>Defendants. | Case No. 4:22-cv-01587-JSW<br><br>Related Case Nos.:<br>4:22-cv-03975-JSW<br>4:22-cv-04319-JSW<br>4:22-cv-04633-JSW<br>4:22-cv-06013-JSW<br>4:22-cv-07455-JSW<br>4:22-cv-07645-JSW<br>4:23-cv-00211-JSW<br><br>**NOTICE OF PROCEEDINGS IN STATE COURT ACTIONS** |

Pursuant to the Court's order at the April 28, 2022 Case Management Conference, the City and County of San Francisco (the "City") hereby provides notice regarding proceedings in the Related State Court Actions.

There are currently at least five vaccine-exemption cases filed against the City currently pending in San Francisco Superior Court: (1) *United SF Freedom Alliance, et al. v. City and County of San Francisco*, San Francisco Superior Court Case No. CGC-21-595642, (2) *Kricken, et al. v. City and County of San Francisco, et al.*, San Francisco Superior, Court Case No. CGC-22-600135; (3) *Sanchez v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-22-601015; (4) *Gomwalk, et al. v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-22-600975; (5) *Cattaneo, et al. v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-22-601361 (the "Related State Court Actions").[1] All five cases have been related, designated as complex, and have been assigned to Judge Ethan P. Schulman.

On July 20, 2023, Judge Schulman held a case management conference ("CMC") for the Related State Court Actions. In advance of the CMC, the City indicated that it intended to move to stay the Related State Court Actions pending resolution of the consolidated vaccine litigation currently pending before this Court. Judge Schulman ordered the City to file its motion to stay on or before August 10, 2023, and set a September 25, 2023 hearing date for the motion. Judge Schulman also stayed all discovery in the Related State Court Actions pending resolution of the City's motion to stay.

Dated:  July 25, 2023

DAVID CHIU
City Attorney
JONATHAN C. ROLNICK
Chief Labor Attorney
LAUREN E. WOOD
ADAM SHAPIRO
Deputy City Attorneys

By: */s/ Adam Shapiro*
ADAM SHAPIRO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

---

[1] A sixth case, *Qwist, et al. v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-21-593669, has also been filed but has not been served.