1  SEYFARTH SHAW LLP
   Coby M. Turner (SBN 266298)
2  cturner@seyfarth.com
   Yoon-Woo Nam (SBN 284644)
3  ynam@seyfarth.com
   400 Capitol Mall, Suite 2300
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  SEYFARTH SHAW LLP
   Eric M. Lloyd (SBN 254390)
7  elloyd@seyfarth.com
   560 Mission Street, 31st Floor
8  San Francisco, CA 94105-2930
   Telephone: (415) 397-2823
9  Facsimile: (415) 397-8549

10 SEYFARTH SHAW LLP
   Dawn R. Solowey (*pro hac vice*)
11 dsolowey@seyfarth.com
   2 Seaport Lane, Suite 1200
12 Boston, Massachusetts 02210-2028
   Telephone: (617) 946-4800
13 Facsimile: (617) 494-4801

14 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
15

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JOSE GUARDADO, et al., | Lead Case No. 22-cv-01587-JSW |
| Plaintiffs, | Case No. 4:22-cv-04319-JSW |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE INITIAL DISCOVERY PURSUANT TO GENERAL ORDER NO. 71** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | Date Action Filed:   July 26, 2022<br>Trial Date:   Not Set |

Pursuant to Northern District of California Civil Local Rules 7-12, and 16-3(e), PLAINTIFFS JOSE GUARDADO et al. ("Plaintiffs") and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO ("Defendant") through their counsel of record, HEREBY AGREE AND STIPULATE AS

FOLLOWS:

1. WHEREAS, on July 26, 2022, Plaintiffs Jose Guardado, Melissa Borzoni, Andrew Maloney, Rommel Taylor, Penni Eigster, Tara Amado and Danielle Bologna, on behalf of themselves and others similarly situated, filed a civil complaint with this Court against Defendant City and County of San Francisco (Defendant). (Dkt. No. 1);

2. WHEREAS, on February 2, 2023, the case was reassigned to the Honorable Jeffrey S. White. See Dkt. No. 26;

3. WHEREAS, on March 14 and March 15, 2023, attorneys at Seyfarth Shaw, LLP filed notices of appearance with the Court to serve as lead counsel for Defendant. See Dkt. Nos. 40-43;

4. WHEREAS, on May 1, 2023, the Court entered an Amended Minute Entry setting various case deadlines following the April 28, 2023 Case Management Conference. See Dkt. No. 55. Pursuant to the Court's Amended Minute Entry, for all parties in the related actions, initial discovery obligations under General Order 71 are due 90 days from the date of the initial Case Management Conference, or July 27, 2023;

5. WHEREAS, counsel for Defendant has diligently reviewed the pleadings, claims, and information in this action but has required additional time to prepare responses pursuant to General Order 71 discovery;

6. WHEREAS, on July 5, 2023, counsel for Defendant informed Plaintiffs that counsel will be seeking to withdraw from this Action, and Defendant will seek substitute counsel;

7. WHEREAS, the Parties have agreed and respectfully submit that an extension of time for Defendant to provide initial discovery pursuant to General Order 71 is necessary for the transition of Defendant's defense.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Parties have agreed and respectfully submit that the anticipated withdrawal of counsel for Defendant and its anticipated substitution of new counsel and need for additional time to respond necessitate an extension for the Parties' to exchange initial discovery pursuant to General Order 71.

2. The Parties shall exchange initial discovery pursuant to General Order 71 by September 6, 2023.

**IT IS SO STIPULATED.**

DATED: July 25, 2023

PACIFIC JUSTICE INSTITUTE

By: /s/ Kevin T. Snider
　　Kevin T. Snider
　　*Counsel of Record*
　　Matthew B. McReynolds
　　Emily C. Mimnaugh
　　Ronn Bisbee

Attorneys for Plaintiffs,
GUARDADO, et al.

DATED: July 25, 2023

SEYFARTH SHAW LLP

By: /s/ Yoon-Woo Nam
　　Coby M. Turner
　　Eric M. Lloyd
　　Dawn R. Solowey (*pro hac vice*)
　　Yoon-Woo Nam
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# ORDER GRANTING EXTENSION OF TIME TO EXCHANGE OF INITIAL DISCOVERY PURSUANT TO GENERAL ORDER 71

The Court finds the anticipated withdrawal of counsel for Defendant and its anticipated substitution of new counsel and need for additional time to respond necessitate an extension for the Parties' to exchange initial discovery pursuant to General Order 71. The Parties shall exchange initial discovery pursuant to General Order 71 by September 6, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2023

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

96371034v.1