SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Dawn R. Solowey (*pro hac vice*)
dsolowey@seyfarth.com
2 Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 494-4801

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| THADDEUS SALEEM SHAHEED,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Lead Case No. 22-cv-01587-JSW<br><br>Case No. 4:22-cv-06013-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE INITIAL DISCOVERY PURSUANT TO GENERAL ORDER NO. 71**<br><br>Date Action Filed:   October 12, 2022<br>Trial Date:    Not Set |

Pursuant to Northern District of California Civil Local Rules 7-12, and 16-3(e), PLAINTIFF THADDEUS SALEEM SHAHEED ("Plaintiff") and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO ("Defendant") through their counsel of record, HEREBY AGREE AND STIPULATE AS

FOLLOWS:

1. WHEREAS, on October 12, 2022, Plaintiff Thaddeus Saleem Shaheed Jose Guardado, filed a civil complaint with this Court against Defendant City and County of San Francisco (Defendant). (Dkt. No. 1);

2. WHEREAS, on November 15, 2022, the case was reassigned to the Honorable Jeffrey S. White. See Dkt. No. 12;

3. WHEREAS, on March 13, 2023, the case was ordered consolidated with *Guardado et al. v. Defendant*, 4:22-CV-0431-JSW. See Dkt. No. 39, *Guardado*, 4:22-CV-0431-JSW;

4. WHEREAS, on March 14 and March 15, 2023, attorneys at Seyfarth Shaw, LLP filed notices of appearance with the Court to serve as lead counsel for Defendant. See Dkt. Nos. 24-27;

5. WHEREAS, on May 1, 2023, the Court entered an Amended Minute Entry setting various case deadlines following the April 28, 2023 Case Management Conference. See Dkt. No. 55, *Guardado*, 4:22-CV-0431-JSW. Pursuant to the Court's Amended Minute Entry, for all parties in the related actions, initial discovery obligations under General Order 71 are due 90 days from the date of the initial Case Management Conference, or July 27, 2023.

6. WHEREAS, counsel for Defendant has diligently reviewed the pleadings, claims, and information in this action but has required additional time to prepare responses pursuant to General Order 71 discovery;

7. WHEREAS, on July 5, 2023, counsel for Defendant informed Plaintiff that counsel will be seeking to withdraw from this Action, and Defendant will seek substitute counsel;

8. WHEREAS, the Parties have agreed and respectfully submit that an extension of time for Defendant to provide initial discovery pursuant to General Order 71 is necessary for the transition of Defendant's defense.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Parties have agreed and respectfully submit that the anticipated withdrawal of counsel for Defendant and its anticipated substitution of new counsel and need for additional time to respond necessitate an extension for the Parties' to exchange initial discovery pursuant to General Order

1  71.

2      2.    The Parties shall exchange initial discovery pursuant to General Order 71 by September 6, 2023.

**IT IS SO STIPULATED.**

DATED: July 25, 2023        PACIFIC JUSTICE INSTITUTE

By:   /s/ Kevin T. Snider
      Kevin T. Snider
      *Counsel of Record*

Attorneys for Plaintiff,
THADDEUS SALEEM SHAHEED

DATED: July 25, 2023        SEYFARTH SHAW LLP

By:  /s/ Yoon-Woo Nam
    Coby M. Turner
    Eric M. Lloyd
    Dawn R. Solowey (*pro hac vice*)
    Yoon-Woo Nam

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER GRANTING EXTENSION OF TIME TO EXCHANGE OF INITIAL DISCOVERY PURSUANT TO GENERAL ORDER 71**

The Court finds the anticipated withdrawal of counsel for Defendant and its anticipated substitution of new counsel and need for additional time to respond necessitate an extension for the Parties' to exchange initial discovery pursuant to General Order 71. The Parties shall exchange initial discovery pursuant to General Order 71 by September 6, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2023

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

96828194v.1