```
Hugo Torbet
Attorney at Law, SBN 147650
1 Harbor Dr., Suite 300
Sausalito, CA 94965
Telephone: (415) 986-9400
email: steadyrolling@gmail.com

Attorney for Plaintiff
Joseph Cook (22-07645)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, et al., | No. 22-cv-01587-JSW |
| Plaintiffs, | |
| v. | OPPOSITION TO REQUEST FOR STAY |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Date: TBA<br>Time: 9:00 a.m. |
| Defendants. | |
| AND CONSOLIDATED CASES. | |

> Made a lightning trip to Vienna,
> Eating chocolate cake in a bag,
> The newspapers said, "She's gone to his head,"
> They look just like two gurus in drag.
>
> Christ!  You know it ain't easy,
> You know how hard it can be,
> The way things are going,
> They're going to crucify me.
>
> – "The Ballad of John and Yoko" (1969)

The point being that even someone as intelligent and free thinking as John Lennon could be induced into clearly insane behavior given the right spell.  In his case, it was, needless to say, Yoko Ono.  In the Land of the Free and Home of the Brave,

all it took, as any psychologist could have predicted, e.g., "More doctors smoke Camels," etc., was a corrupt, mendacious bureaucrat in a lab coat.  The people were induced by lies to close their businesses, churches and schools, parks and playgrounds, and even their beaches(!), and to hide behind useless paper masks from an invisible monster (which posed absolutely no risk to anyone under fifty, and hardly any risk to healthy people over fifty).

    Thankfully, it appears that the malicious spell which has caused so much suffering in the public, but which has been so obscenely profitable for the richest few and for the drug companies, is breaking.  Even the court system appears to be shaking off its stupor and grasping the magnitude of the executive branch excesses and abuses of the past few years.  For example, on the Fourth of July, United States District Judge Terry Doughty, Western District of Louisiana, taking up the fight for the essential freedom of speech, in <u>Missouri v. Biden</u>, No. 22-01213, (Docket No. 293,) issued an injunction against the government's illegal censorship program, explaining at some length, that "the present case arguably involves the most massive attack against free speech in United States' history."  (Id., at p. 2.)

    The next step is retribution.

    At some point, it is likely that most of the people who were deceived into the government's mRNA experiment will learn that the government knew, before the experiment began, that one in thirty-five would suffer permanent, irreversible heart damage from the injections.  (See, e.g., Buergin et al., "Sex-specific

differences in myocardial injury incidence after COVID-19 mRNA-1273 Booster Vaccination," (2023) at: https://doi.org/10.1002/ejhf.2978.)  At some point, it is likely that the people will recognize that what was done to them, and in their name, is as unethical and monstrous as the experiments Nazis conducted on their prisoners.  Indeed, it is of the exact same ilk, although of much greater scale.

At that point, the malefactors would be best served by a mountain retreat in Argentina or some other hideout.  At that point, the people are likely to be angry and demanding retribution for being coerced into a medical experiment to which they did not give their informed consent.  The case will be based on indisputable evidence that the government never informed anyone who submitted to the experiment that among other issues, the experiment involves a 2.9% chance of permanent, irreversible heart damage, let alone that the mRNA injections are not effective to prevent infection or transmission of the alleged virus referred to as "SARS-CoV-2."

* * * * *

Unfortunately, this will be a slow process.  Not only must the injected subjects reconcile the cognitive dissonance from learning that everything they believed, and desperately wanted to believe, was true was, in fact, a lie, but also the wheels of justice turn very, very slowly.  Hence, it might be fair to infer that the longer these cases drag on, the better chance the plaintiffs have of succeeding.  Nevertheless, no good reason exists why the cases should be put on hold or otherwise stayed for the sake of a financial dispute between the City and its

1 lawyers.
2    It is relatively shocking that Seyforth Shaw would enter an
3 appearance in a federal case without first sorting out its fee
4 arrangements with its client.  Typically, e.g., in the case of a
5 dumb country lawyer, this kind of problem will not move a federal
6 court.  However, whether or not the court is inclined to grant
7 them relief, the court should not impose a stay on these cases,
8 as Seyforth Shaw improperly requests for the first time in their
9 reply brief.  (Docket No. 76, 3:8-4:8.)
10    There are about 200 fired employees seeking relief from the
11 deprivations of their civil rights and their wrongful
12 terminations.  Each case is likely to require about 750 hours of
13 defense work, although some savings may inure from the
14 consolidation.  Firms such as Seyforth Shaw charge at least
15 $500.00 per hour.  As a result, the defense of these cases, if
16 this is what the City's officials are committing its taxpayers
17 to, will generate legal fees in excess of $75 Million.  (200 x
18 750 x 500.)  Surely, there's a law firm out there willing to take
19 on the task.  It shouldn't even be very difficult to find one.
20    Furthermore, as alluded to, these cases are already under
21 way.  Discovery has begun, and Mr. Cook desires, and has a Due
22 Process right to, a speedy resolution of his dispute.  It
23 wouldn't be fair under these circumstances, and even if the
24 request for a stay were properly before the court, to stall these
25 cases in the favor of the City yet again.
26    Accordingly, the improper request for a stay should be
27 ///
28 ///

denied.

Dated:  July 31, 2023

                                    Respectfully submitted,

                                    s/ Hugo Torbet

                                    Attorney for Joseph Cook