Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>   Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**PLAINTIFFS' NOTICE OF UNAVAILABILITY** |

1   TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

2   NOTICE IS HEREBY GIVEN that from Monday, July 31, 2023, and continuing through

3   Monday, August 14, 2023, Russell Davis will be on vacation and unavailable for any purposes,

4   including but not limited to, receiving notices of any kind, appearing in court, responding to ex

5   parte applications, or attending depositions. You are hereby advised to read *Tenderloin Housing

6   Clinic v. Sparks*, 8 Cal. App. 4th 299 (1992), regarding the imposition of sanctions for

7   purposefully scheduling matters without good cause, with knowledge of counsel's unavailability.

8   DATED: July 27, 2023

/s/ Russell Davis
Russell Davis, Esq.
PACIFIC JUSTICE INSTITUTE

*Attorney for Plaintiffs*