Hugo Torbet
Attorney at Law, SBN 147650
1 Harbor Dr., Suite 300
Sausalito, CA 94965
Telephone: (415) 986-9400
email: steadyrolling@gmail.com

Attorney for Plaintiff
Joseph Cook (22-07645)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Contemnor.<br><br>SELINA KEENE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED CASES. | No. 22-cv-01587-JSW<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE re:  CONTEMPT |

STATEMENT OF FACTS

1.   On April 28, 2023, the court ordered the parties to comply with General Order No. 71.

2.   General Order No. 71 is clear and unambiguous.

3.   General Order No. 71 requires the Contemnor to provide specified documents and information.  (Exhibit A, pp. 3-6.)

22-01587; MPA in Sup. of Ex Parte Application
for an Order to Show Cause re:  Contempt       1

1    4.  The Contemnor failed to comply with General Order No.
2 71, and upon being called on this failure, persisted, and
3 continues to persist, in its refusal to comply.  (See, Exhibit B;
4 and see, Dec. of H. Torbet, ¶¶ 7-12.)
5    This ex parte application for an order to show cause re:
6 contempt follows.

                        ARGUMENT AND AUTHORITIES
                    AN ORDER TO SHOW CAUSE IS WARRANTED

9    Contempt is an authorized remedy for a failure to comply
10 with an order to provide discovery.  (Fed. R. Civ. P.
11 37(b)(2)(A)(vii).)  Contempt is a remedial action with the
12 purpose of obtaining compliance with the order.  (<u>Food Lion, Inc.
13 v. United Food & Commercial Workers Int'l Union</u>, 103 F.3d 1007,
14 1016-1018 (DC Cir. 1997).)
15    The elements of a (civil) contempt action are (1) there was
16 a clear and unambiguous order, (2) the order required certain
17 conduct by the alleged contemnor, and (3) the alleged contemnor
18 failed to comply with the order.  (<u>Static Media LLC v. Leader
19 Access. LLC</u>, 38 F.4th 1042, 1045 (Fed. Cir. 2022).)  Further, the
20 action must be proved by "clear and convincing" evidence, which
21 in this context means that quantum of proof which is adequate to
22 demonstrate to a reasonable certainty that a violation has
23 occurred.  (<u>Levin v. Tiber Holding Corp.</u>, 277 F.3d 243, 250 (2nd
24 Cir. 2002).)  Notably, the aggrieved party is not required to
25 prove that the violation of the order was willful.  (<u>McComb v.
26 Jacksonville Paper Co.</u>, 336 U.S. 187, 191 (1949).)
27    The correct process by which to initiate a civil contempt
28 action is an order to show cause directed to the alleged

1  contemnor. (<u>K.M. v. Tehachapi Unified Sch. Dist.</u>, No.
2  117cv01431-LJO-JCT, 2020 WL 6145113, at 10 (E.D. Cal. Oct. 20,
3  2020).) The aggrieved party's request for an order to show cause
4  must make a prima facie case of contempt of court. (<u>Eaconomy,</u>
5  <u>LLC v. Auvoria Prime, LLC</u>, 482 F.Supp.3d 1030, 1037 (E.D. Cal
6  2020).)
7      In this case, all of the elements of an action for civil
8  contempt of court are met. Moreover, the evidence which
9  establishes these elements is clear and convincing as defined by
10 the jurisprudence related to this process. Indeed, it is more
11 than reasonably certain that the Contemnor failed to comply with
12 General Order No. 71. It is indisputable. (See, e.g., Exhibit
13 B.)
14     Accordingly, an order to show cause re: contempt should be
15 issued so as to initiate a contempt proceeding against the
16 Contemnor with the ultimate purpose of coercing The Contemnor's
17 compliance with General Order No. 71.
18     Note: Mr. Cook does not seek, and will not request, any
19 monetary relief in this action.
20                           CONCLUSION
21     One essential tenet of the American legal system is that
22 everyone is equal in the eyes of the law. The court is a level
23 playing field. An ancient phrasing of this is that "Where the
24 reason is the same, the rule should be the same." (Cal. Civil
25 Code § 3511 (1872).)
26     Mr. Cook complied with General Order No. 71 timely,
27 completely, and without equivocation. He seeks nothing more, but
28 ///

cannot accept anything less, of the Contemnor.

Dated:  August 4, 2023

                                                  Respectfully submitted,

                                                  s/ Hugo Torbet

                                                  Attorney for Joseph Cook