```
 1  Hugo Torbet
    Attorney at Law, SBN 147650
 2  1 Harbor Dr., Suite 300
    Sausalito, CA 94965
 3  Telephone: (415) 986-9400
    email: steadyrolling@gmail.com
 4
    Attorney for Plaintiff
 5  Joseph Cook (22-07645)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    CITY AND COUNTY OF SAN FRANCISCO,<br>        Contemnor.<br><br>SELINA KEENE, et al.,<br>        Plaintiffs,<br>    v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>        Defendants.<br><br>AND CONSOLIDATED CASES. | No. 22-cv-01587-JSW<br><br>ORDER TO SHOW CAUSE |

TO:  CITY AND COUNTY OF SAN FRANCISCO

Upon the ex parte application of Mr. Cook, a prima facie case of contempt of court having been established by clear and convincing evidence – to wit:  that you failed to comply with General Order No. 71, and good cause appearing therefor,

YOU ARE HEREBY ORDERED TO SHOW CAUSE why you should not be

1  held in contempt of court for a violation of General Order No.
2  71.
3       You must appear before the court for this purpose as
4  follows:
5           Date:
6           Time:
7           Courtroom:
8       You may, but you are not required to, provide a written
9  answer to this ORDER TO SHOW CAUSE fourteen days before the date
10 of your required appearance.  Further, if you file a written
11 response, Mr. Cook may file a reply thereto within seven days
12 thereafter.
13      Given that you are a party to this case, service of this
14 order shall be deemed effective upon its filing and its delivery
15 to your counsel of record, Dante Taylor, through the court's ECF
16 system.
17      IT IS HEREBY FURTHER ORDERED that:

23 Dated: