1  Hugo Torbet
   Attorney at Law, SBN 147650
2  1 Harbor Dr., Suite 300
   Sausalito, CA 94965
3  Telephone: (415) 986-9400
   email: steadyrolling@gmail.com
4
   Attorney for Plaintiff
5  Joseph Cook (22-07645)

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 In re:

12     CITY AND COUNTY OF SAN    )    No. 22-cv-01587-JSW
       FRANCISCO,                )
13                               )
            Contemnor.           )    ORDER TO SHOW CAUSE
14 _____  )
                                 )
15 SELINA KEENE, et al.,         )
                                 )
16          Plaintiffs,          )
                                 )
17     v.                        )
                                 )
18 CITY AND COUNTY OF SAN        )
   FRANCISCO, et al.,            )
19                               )
            Defendants.          )
20 _____  )
                                 )
21 AND CONSOLIDATED CASES.       )
   _____  )
22

23      TO:  CITY AND COUNTY OF SAN FRANCISCO

24      Upon the ex parte application of Mr. Cook, a prima facie

25 case of contempt of court having been established by clear and

26 convincing evidence – to wit:  that you failed to comply with

27 General Order No. 71, and good cause appearing therefor,

28      YOU ARE HEREBY ORDERED TO SHOW CAUSE why you should not be

1    held in contempt of court for a violation of General Order No.

2    71.

3        You must appear before the court for this purpose as

4    follows:

5            Date:

6            Time:

7            Courtroom:

8        You may, but you are not required to, provide a written

9    answer to this ORDER TO SHOW CAUSE _____ days before the date of

10   your required appearance.  Further, if you file a written

11   response, Mr. Cook may file a reply thereto within seven days

12   thereafter.

13       Given that you are a party to this case, service of this

14   order shall be deemed effective upon its filing and its delivery

15   to your counsel of record, Dante Taylor, through the court's ECF

16   system.

17       IT IS HEREBY FURTHER ORDERED that:

18

19

20

21

22

23   Dated:

24

25

26

27

28