DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4261 (Wood)
              (415) 554-3830 (Shapiro)
Facsimile:    (415) 554-4699
E-Mail:       lauren.wood@sfcityatty.org
              adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: OPPOSITION PAGE LIMIT AND REPLY BRIEF DEADLINE FOR PLAINTIFF'S MOTION [DKT. 82]**<br><br>Filed:         March 14, 2022<br>Trial Date:    None set |

PLAINTIFFS SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO (collectively, the "parties") through their counsel of record and pursuant to Local Rules 6-2 and 7-12, HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. The page limit for Defendant's Opposition to Plaintiff's Motion to Enter an Order Pursuant to the Ninth Circuit's Memorandum [Dkt. 82] is increased from 15 pages to 25 pages to ensure sufficient space to adequately address the issues raised in the Ninth Circuit's remand order;

2. Plaintiffs' brief in Reply is also extended from 15 pages to 25 pages to address the increase in Defendant's brief.  The deadline to Defendant's Opposition is extended by 10 days from September 8, 2023 to September 18, 2023.  Plaintiffs' stipulation is contingent on both items 1 & 2 being approved by the court.

Dated:  August 10, 2023                       PACIFIC JUSTICE INSTITUTE

                                              By:  */s/Russell Davis*
                                                   RUSSELL DAVIS
                                                   Attorneys for Plaintiffs

Dated:  August 10, 2023                       DAVID CHIU
                                              City Attorney
                                              LAUREN E. WOOD
                                              ADAM SHAPIRO
                                              Deputy City Attorneys


                                              By: */s/ Lauren E. Wood*
                                                  LAUREN E. WOOD

                                              Attorneys for Defendant
                                              CITY AND COUNTY OF SAN FRANCISCO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date:                                         _____
                                              HONORABLE JEFFREY S. WHITE
                                              United States District Court Judge

**ATTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1**

I, Lauren E. Wood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with N.D. Cal. Local Rule 5-1(i)(3), I attest that Russell Davis has read and approved this document and consents to its filing in this action.

Dated: August 10, 2023

                                         DAVID CHIU
                                         City Attorney
                                         JAMES M. EMERY
                                         LAUREN E. WOOD
                                         ADAM SHAPIRO
                                         Deputy City Attorneys

                                 By: */s/ Lauren E. Wood*
                                         LAUREN E. WOOD

                                         Attorneys for Defendant
                                         CITY AND COUNTY OF SAN FRANCISCO