UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No.22-cv-01587-JSW   (RMI)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that a Global Discovery Conference is scheduled before the Honorable Robert M. Illman in this matter for August 22, 2023 at 10:30 AM.  Appearances may be made by dialing 888-684-8852 and entering access code 1868782.

Dated: August 10, 2023

                                              Mark B. Busby
                                              Clerk, United States District Court

Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M. ILLMAN
707-445-3612