DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261 (Wood)
               (415) 554-3830 (Shapiro)
Facsimile:     (415) 554-4699
E-Mail:        lauren.wood@sfcityatty.org
               adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>***CORRECTED* STIPULATION AND [PROPOSED] ORDER RE: OPPOSITION PAGE LIMIT AND REPLY BRIEF DEADLINE FOR PLAINTIFF'S MOTION [DKT. 82]**<br><br>Filed:          March 14, 2022<br>Trial Date:     None set |

*CORRECTED* STIP. AND [PROPOSED] ORDER
RE: PAGE LIMIT AND REPLY DEADLINE;
CASE NO. 22-cv-01587-JSW

n:\labor\li2023\220836\01696623.docx

1

1  PLAINTIFFS SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO (collectively, the "parties") through their counsel of record and pursuant to Local Rules 6-2 and 7-12, HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. The page limit for Defendant's Opposition to Plaintiff's Motion to Enter an Order Pursuant to the Ninth Circuit's Memorandum [Dkt. 82] is increased from 15 pages to 25 pages to ensure sufficient space to adequately address the issues raised in the Ninth Circuit's remand order;

2. Plaintiffs' brief in Reply is also extended from 15 pages to 25 pages to address the increase in Defendant's brief.  The deadline for Plaintiff's Reply shall also be extended by 10 days from September 8, 2023 to September 18, 2023.  Plaintiffs' stipulation is contingent on both items 1 & 2 being approved by the court.

Dated:  August 10, 2023                              PACIFIC JUSTICE INSTITUTE

                                                     By:  */s/Russell Davis*
                                                          RUSSELL DAVIS
                                                          Attorneys for Plaintiffs

Dated:  August 10, 2023                              DAVID CHIU
                                                     City Attorney
                                                     LAUREN E. WOOD
                                                     ADAM SHAPIRO
                                                     Deputy City Attorneys


                                                     By: */s/ Lauren E. Wood*
                                                          LAUREN E. WOOD

                                                          Attorneys for Defendant
                                                          CITY AND COUNTY OF SAN FRANCISCO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: _____
                                                     _____
                                                     HONORABLE JEFFREY S. WHITE
                                                     United States District Court Judge

*CORRECTED* STIP. AND  [PROPOSED] ORDER                            n:\labor\li2023\220836\01696623.docx
RE: PAGE LIMIT AND REPLY DEADLINE;
CASE NO. 22-cv-01587-JSW

2

## ATTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1

I, Lauren E. Wood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with N.D. Cal. Local Rule 5-1(i)(3), I attest that Russell Davis has read and approved this document and consents to its filing in this action.

Dated: August 10, 2023

             DAVID CHIU
             City Attorney
             JAMES M. EMERY
             LAUREN E. WOOD
             ADAM SHAPIRO
             Deputy City Attorneys

          By: */s/ Lauren E. Wood*
             LAUREN E. WOOD

             Attorneys for Defendant
             CITY AND COUNTY OF SAN FRANCISCO