DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261 (Wood)
               (415) 554-3830 (Shapiro)
Facsimile:     (415) 554-4699
E-Mail:        lauren.wood@sfcityatty.org
               adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 22-cv-01587-JSW<br><br>***CORRECTED* STIPULATION AND [PROPOSED] ORDER RE: OPPOSITION PAGE LIMIT AND REPLY BRIEF DEADLINE FOR PLAINTIFF'S MOTION [DKT. 82]**<br><br>Filed:          March 14, 2022<br>Trial Date:     None set |

PLAINTIFFS SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO (collectively, the "parties") through their counsel of record and pursuant to Local Rules 6-2 and 7-12, HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. The page limit for Defendant's Opposition to Plaintiff's Motion to Enter an Order Pursuant to the Ninth Circuit's Memorandum [Dkt. 82] is increased from 15 pages to 25 pages to ensure sufficient space to adequately address the issues raised in the Ninth Circuit's remand order;

2. Plaintiffs' brief in Reply is also extended from 15 pages to 25 pages to address the increase in Defendant's brief.  The deadline for Plaintiff's Reply shall also be extended by 10 days from September 8, 2023 to September 18, 2023.  Plaintiffs' stipulation is contingent on both items 1 & 2 being approved by the court.

Dated:  August 10, 2023     PACIFIC JUSTICE INSTITUTE

By: */s/Russell Davis*
  RUSSELL DAVIS
  Attorneys for Plaintiffs

Dated:  August 10, 2023     DAVID CHIU
City Attorney
LAUREN E. WOOD
ADAM SHAPIRO
Deputy City Attorneys

By: */s/ Lauren E. Wood*
  LAUREN E. WOOD

  Attorneys for Defendant
  CITY AND COUNTY OF SAN FRANCISCO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  August 10, 2023

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

*CORRECTED* STIP. AND  [PROPOSED] ORDER
RE: PAGE LIMIT AND REPLY DEADLINE;
CASE NO. 22-cv-01587-JSW

n:\labor\li2023\220836\01696623.docx

2