UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELINA KEENE, et al.,

           Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No.22-cv-01587-JSW    (RMI)

**CLERK'S NOTICE UPDATING APPEARANCE INSTRUCTIONS**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that all parties appearing for the Global Discovery Conference scheduled before the Honorable Robert M. Illman on August 22, 2023 at 10:30 AM shall appear by Zoom webinar rather than telephone.  The Zoom instructions for Judge Illman's webinar are as follows:

https://cand-uscourts.zoomgov.com/j/1602785779?pwd=eUpSQU9xWUhTcVd5dHhRRHVXSGhxQT09

Webinar ID: 160 278 5779
Password: 990329

Dated: August 11, 2023

Mark B. Busby
Clerk, United States District Court

Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M. ILLMAN
707-445-3612

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California