DAVID CHIU, State Bar #189542
City Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4261 (Wood)
              (415) 554-3830 (Shapiro)
Facsimile:    (415) 554-4699
E-Mail:       lauren.wood@sfcityatty.org
              adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 4:22-cv-01587-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12(b) and 7-11)**<br><br>Judge:        Hon. Jeffrey S. White<br>Trial Date:   None set. |

[Proposed] Order Granting Admin. Mtn to Relate Cases                       n:\labor\li2022\220836\01697080.docx
CASE NO. 22-cv-01587-JSW

1

## **RELATED CASE ORDER**

Pursuant to Civil Local Rules 3-12 and 7-11, the City and County of San Francisco has filed an Administrative Motion to Consider Whether Cases Should Be Related, urging that *Royce v. City and County of San Francisco*, N.D. Cal. Case No. 3:23-cv-03643-TSH (the "*Royce* Action") be related to *Selina Keene, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. 4:22-cv-01587-JSW ("*Keene*") and the other nine related actions challenging the City and County of San Francisco' COVID-19 vaccination policy: *Gozum v. City and County of San Francisco*, No. 4:22-cv-03975-JSW (the "*Gozum* Action"); *Guardado, et al. v. City and County of San Francisco*, No. 4:22-cv-04319-JSW (the "*Guardado* Action"); *Shaheed, et al. v. City and County of San Francisco*, No. 4:22-cv-06013-JSW (the "*Shaheed* Action"); *Debrunner, et al. v. City and County of San Francisco, et al. (Debrunner* Action*)*, No. 4:22-cv-07455-JSW; *Cook v. City and County of San Francisco*, No. 4:22-cv-07645-JSW (the "*Cook* Action"); *Sanders v. San Francisco Public Library*, No. 4:23-cv-00211-JSW (the "*Sanders* Action"); and *Monegas v. City and County of San Francisco Department of Public Health*, No. 4:22-cv-04633-JSW (the "*Monegas* Action") *Rodriguez v. City and County of San Francisco*, No. 4:23-cv-03139-JSW (the "*Rodriguez* Action"); *Yancey v. City and County of San Francisco*, No. 4:23-cv-09045-JSW (the "*Yancey* Action") (collectively "Related Vaccine Actions").

The Court finds that the *Royce* Action, the *Keene* Action, and the Related Vaccine Actions are RELATED as defined by Rule 3-12.  The Clerk of the Court is ordered to reassign the later filed *Royce* Action, to the Honorable Jeffrey S. White.

Counsel are instructed that all future filings are to bear the initials JSW immediately after the case number.  All matters presently scheduled for hearing in the reassigned case – including specifically any pending Initial Case Management Conference and deadlines associated therewith – are vacated and must be re-noticed for hearing before the undersigned.

Pursuant to the Limited Consolidation Order issued in *Selina Keene, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. 4:22-cv-01587-JSW ("*Keene*") on July 12, 2023, ECF Docket No. 90, the Court finds that the *Royce* Action is consolidated with *Keene* and the Related Vaccine Actions up to and including the Court's ruling on summary judgment motions,

[Proposed] Order Granting Admin. Mtn to Relate Cases                        n:\labor\li2022\220836\01697080.docx
CASE NO. 22-cv-01587-JSW

1

including for discovery and all motions. **The *Royce* Action shall be subject to the Limited Consolidation Order, ECF Docket No. 90**. **All submissions filed by any party in any in the *Royce* Action shall be filed ONLY in the earliest-filed lead case,** *Keene v. City and County of San Francisco***, No. 22-cv-01587-JSW, commencing from the date of this Order and until the Court rules at summary judgment.**

IT IS SO ORDERED.

DATED: _____

                                    The Honorable Jeffrey S. White
United States District Judge

[Proposed] Order Granting Admin. Mtn to Relate Cases
CASE NO. 22-cv-01587-JSW

n:\labor\li2022\220836\01697080.docx

2