DAVID CHIU, State Bar #189542
City Attorney
LAUREN E. WOOD, State Bar #280096
ADAM M. SHAPIRO, State Bar #267429
Deputy City Attorneys
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-4261 (Wood)
            (415) 554-3830 (Shapiro)
Facsimile:  (415) 554-4699
E-Mail:     lauren.wood@sfcityatty.org
            adam.shapiro@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY and COUNTY OF SAN FRANCISCO <br><br> Defendant. | Case No. 4:22-cv-01587-JSW <br><br> **PROOF OF SERVICE** |

# **PROOF OF SERVICE**

I, DAVID BLUM, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On August 17, 2023, I served the following document(s):

- **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
- **DECLARATION OF LAUREN E. WOOD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the following persons at the locations specified:

PETER J DEAN                                    *Attorneys for Plaintiff Michael Royce*
ATTORNEY-AT-LAW
LAW OFFICES OF PETER J DEAN
PO BOX 1566
OAKDALE, CA 95361
Telephone: (209) 765-730 l
email: PeterJD209@protonmail.com

in the manner indicated below:

☐ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: david.blum@sfcityatty.org ☒ in portable document format ("PDF") Adobe Acrobat or ☒ in Word document format. ☐

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 17, 2023, at San Francisco, California.

_____
DAVID BLUM