DAVID CHIU, State Bar #189542
City Attorney
JONATHAN C. ROLNICK, State Bar #151814
Chief Labor Attorney
AMY D. SUPER, State Bar #274617
LAUREN E. WOOD, State Bar #280096
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3931
Facsimile:    (415) 554-4248
E-Mail:       amy.super@sfcityatty.org
              lauren.wood@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 4:22-cv-01587-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING** *RODRIGUEZ v. CITY AND COUNTY OF SAN FRANCISCO* **[Case No. 4:23-cv-03139-JSW]**<br><br>Filed:           March 14, 2022<br>Trial Date:   None set |
| CHASE RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AND DOES 1 TO 50,<br><br>Defendants. | Case No. 4:23-cv-03139-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING** *RODRIGUEZ v. CITY AND COUNTY OF SAN FRANCISCO* **[Case No. 4:23-cv-03139-JSW]** |

STIP. AND [PROPOSED] ORDER RE: CONSOLIDATION

n:\labor\li2023\220836\01697281.docx

1

PLAINTIFF CHASE RODRIGUEZ and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO (collectively, the "Parties") through their counsel of record HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1. WHEREAS, on June 26, 2023, the City filed its Notice of Removal from Superior Court (Dkt. No. 1, in Case No. 4:23-cv-03139-JSW);

2. WHEREAS, on July 11, 2023, the City filed an Administrative Motion to Relate this case to the first-filed action challenging the City's COVID-19 Vaccination Policy, *Keene, et al. v. City & County of San Francisco*, Case No. 4:22-cv-01587-JSW, which had previously been related to seven other vaccine actions (Dkt. No. 88, in *Keene*);

3. WHEREAS, on July 12, 2023, the Court issued an order granting limited consolidation of the *Keene* matter and the seven related vaccine actions for purposes of discovery and up through summary judgment ("Limited Consolidation Order") (Dkt. No. 90, in *Keene*);

4. WHEREAS, the Limited Consolidation Order expressly recognized that this action (Case No. 4:23-cv-03139) had been noticed as possibly related, and the Court found "that any subsequent case filed in the District that is determined to be related to the Related Vaccine Cases shall be subject to this Limited Consoldation Order" (Dkt. No. 90, in *Keene*, at p. 3, lines 26-28).

STIPULATION

THEREFORE, the Parties STIPULATE and AGREE that the instant case, *Rodriguez v. City & County of San Francisco*, Case No. 4:23-cv-03139-JSW shall be consolidated with the consolidated vaccine action, lead case *Keene v. City & County of San Francisco*, Case No. 4:22-cv-01587-JSW, up to and including the Court's ruling on summary judgment motions, including for discovery and all motions, in accordance with the Limited Consolidation Order (Dkt. 90, in *Keene*).

/ / /

/ / /

/ / /

/ / /

Dated: August 17, 2023        LAW OFFICE OF A. ITKIN

                              By: */s/ Arkady Itkin*
                                  ARKADY ITKIN
                                  Attorneys for Plaintiff

Dated: August 17, 2023         DAVID CHIU
                               City Attorney
                               AMY D. SUPER
                               LAUREN E. WOOD
                               Deputy City Attorneys


                              By: */s/ Amy D. Super*
                                  AMY D. SUPER

                                  Attorneys for Defendant
                                  CITY AND COUNTY OF SAN FRANCISCO

**(PROPOSED) ORDER**

*Rodriguez v. City & County of San Francisco*, Case No. 4:23-cv-03139-JSW shall be consolidated with the consolidated vaccine action, lead case *Keene v. City & County of San Francisco*, Case No. 4:22-cv-01587-JSW, up to and including the Court's ruling on summary judgment motions, including for discovery and all motions, in accordance with the Limited Consolidation Order (Dkt. 90, in *Keene*, Case No. 4:22-cv-01587-JSW). All submissions filed by any party in *Rodriguez v. City & County of San Francisco* shall be filed <u>only</u> in the earliest-filed lead case, *Keene v. City and County of San Francisco*, No. 4:22-cv-01587-JSW, commencing from the date of this Order and until the Court rules at summary judgment.

IT IS SO ORDERED.

Dated:_____   _____
HONORABLE JEFFREY S. WHITE
United States District Judge

**ATTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1**

I, Lauren E. Wood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with N.D. Cal. Local Rule 5-1(i)(3), I attest that Arkady Itkin has read and approved this document and consents to its filing in this action.

Dated: August 17, 2023

                                                DAVID CHIU
                                                City Attorney
                                                AMY D. SUPER
                                                LAUREN E. WOOD
                                                Deputy City Attorneys

                                         By: */s/ Lauren E. Wood*
                                                LAUREN E. WOOD

                                                Attorneys for Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO