1  DAVID CHIU, State Bar #189542
   City Attorney
2  JONATHAN C. ROLNICK, State Bar #151814
   Chief Labor Attorney
3  AMY D. SUPER, State Bar #274617
   LAUREN E. WOOD, State Bar #280096
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3931
   Facsimile:    (415) 554-4248
7  E-Mail:       amy.super@sfcityatty.org
                 lauren.wood@sfcityatty.org
8

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
10

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE, | Case No. 4:22-cv-01587-JSW |
| 16      Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING** *RODRIGUEZ v. CITY AND COUNTY OF SAN FRANCISCO* **[Case No. 4:23-cv-03139-JSW]** |
| 17      vs. | |
| 18  CITY and COUNTY OF SAN FRANCISCO | |
| 19      Defendant. | Filed:          March 14, 2022<br>Trial Date:   None set |
| 20  CHASE RODRIGUEZ, | Case No. 4:23-cv-03139-JSW |
| 21      Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING** *RODRIGUEZ v. CITY AND COUNTY OF SAN FRANCISCO* **[Case No. 4:23-cv-03139-JSW]** |
| 22      vs. | |
| 23  CITY AND COUNTY OF SAN FRANCISCO, AND DOES 1 TO 50, | |
| 24 | |
| 25      Defendants. | |

26

27

28

PLAINTIFF CHASE RODRIGUEZ and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO (collectively, the "Parties") through their counsel of record HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1.       WHEREAS, on June 26, 2023, the City filed its Notice of Removal from Superior Court (Dkt. No. 1, in Case No. 4:23-cv-03139-JSW);

2.       WHEREAS, on July 11, 2023, the City filed an Administrative Motion to Relate this case to the first-filed action challenging the City's COVID-19 Vaccination Policy, *Keene, et al. v. City & County of San Francisco*, Case No. 4:22-cv-01587-JSW, which had previously been related to seven other vaccine actions (Dkt. No. 88, in *Keene*);

3.       WHEREAS, on July 12, 2023, the Court issued an order granting limited consolidation of the *Keene* matter and the seven related vaccine actions for purposes of discovery and up through summary judgment ("Limited Consolidation Order") (Dkt. No. 90, in *Keene*);

4.       WHEREAS, the Limited Consolidation Order expressly recognized that this action (Case No. 4:23-cv-03139) had been noticed as possibly related, and the Court found "that any subsequent case filed in the District that is determined to be related to the Related Vaccine Cases shall be subject to this Limited Consolidation Order" (Dkt. No. 90, in *Keene*, at p. 3, lines 26-28).

STIPULATION

THEREFORE, the Parties STIPULATE and AGREE that the instant case, *Rodriguez v. City & County of San Francisco*, Case No. 4:23-cv-03139-JSW shall be consolidated with the consolidated vaccine action, lead case *Keene v. City & County of San Francisco*, Case No. 4:22-cv-01587-JSW, up to and including the Court's ruling on summary judgment motions, including for discovery and all motions, in accordance with the Limited Consolidation Order (Dkt. 90, in *Keene*).

/ / /

/ / /

/ / /

/ / /

Dated:  August 17, 2023                    LAW OFFICE OF A. ITKIN


                                           By:  */s/ Arkady Itkin*_____
                                                ARKADY ITKIN
                                                Attorneys for Plaintiff

Dated:  August 17, 2023                    DAVID CHIU
                                           City Attorney
                                           AMY D. SUPER
                                           LAUREN E. WOOD
                                           Deputy City Attorneys


                                           By: */s/ Amy D. Super*_____
                                                AMY D. SUPER

                                           Attorneys for Defendant
                                           CITY AND COUNTY OF SAN FRANCISCO

**(~~PROPOSED~~) ORDER**

*Rodriguez v. City & County of San Francisco*, Case No. 4:23-cv-03139-JSW shall be consolidated with the consolidated vaccine action, lead case *Keene v. City & County of San Francisco*, Case No. 4:22-cv-01587-JSW, up to and including the Court's ruling on summary judgment motions, including for discovery and all motions, in accordance with the Limited Consolidation Order (Dkt. 90, in *Keene*, Case No. 4:22-cv-01587-JSW). All submissions filed by any party in *Rodriguez v. City & County of San Francisco* shall be filed <u>only</u> in the earliest-filed lead case, *Keene v. City and County of San Francisco*, No. 4:22-cv-01587-JSW, commencing from the date of this Order and until the Court rules at summary judgment.

IT IS SO ORDERED.

Dated: ___August 18, 2023___

_____
HONORABLE JEFFREY S. WHITE
United States District Judge