2:cv-01587-JSW Document 124-1 Filed 08/21/23 Pa

U.S. POSTAGE
FCM LETTER
AUSTIN, TX 787
AUG 16, 2023
$8.80
R2305K139128-1

94102

Retail

RDC 99

7022 0410 0001 0908 9191

APRIL MONEGAS
2104 E ANDERSON LN #1513
AUSTIN, TX 78752

PHILIP BURTON FEDERAL BUILDING
& UNITED STATES COURTHOUSE
GATE
450 GOLDEN AVENUE
SAN FRANCISCO, CA 94102

RECEIVED

AUG 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA