# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** August 22, 2023  **Time:** 10:38-11:13  **Judge:** ROBERT M. ILLMAN

**Case No.**: 22-cv-01587-JSW  **Case Name:** Keene v. City and County of San Francisco

**Attorneys for Plaintiff:** Benjamin North, Robert Weisenburger, Emily Minnaugh, Hugo Torbet and Russell Davis

**Attorneys for Defendant:** Coby Turner, Lauren Wood, Kevin Holl, Dante Taylor, Amy Super and Adam Shapiro

**Deputy Clerk:** Gloria Knudson                                        Zoom Recording 10:38-11:13

## PROCEEDINGS

Global Discovery Conference Hearing held.

**Order to be prepared by:**

[ ]     Plaintiff          [ ]     Defendant             [ ]     Court

Plaintiffs to review and file any objections or proposed alterations to Defendants' proposed consolidated discovery plan by Wednesday August 30, 2023. Defendants to file a notice with the court on Friday, September 1, 2023, informing the court if any disputes remain regarding the plan. Objections to Defendants' proposed protective order OVERRULED. Counsel for Defendants was instructed to work

with Mr. Weisenburger regarding the inclusion of an AEO provision in the Protective Order while sharing that proposed language with the other Parties, counsel shall then file the proposed Protective Order on the lead case's docket for to the court for review. Discovery remains stayed pending the court's resolution of any outstanding disputes concerning the proposed consolidated discovery plan.