UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  22-cv-01587-JSW   (RMI)<br><br>**ORDER RE PRODUCTION OF TRANSCRIPT FROM ZOOM RECORDING**<br><br>Re: Dkt. No. 126 |

On August 22, 2023, a hearing was held in the above-entitled action. Production of the transcript for the Court of the Zoom-recorded proceeding (10:38-11:13) is necessary for resolution of this matter.

Accordingly, the transcript of this proceeding is to be prepared on the following basis:

( ) Ordinary (within 30 days @ $3.65 per page).

( ) 14-Day (within 14 days @ $4.25 per page).

(X) Expedited (within 7 days @ $4.85 per page).

( ) 3-Day Transcript (within 3 days @ $5.45 per page).

( ) Daily (overnight @ $6.05 per page).

( ) Hourly (within 2 hours of receipt of the order @ $7.25 per page).

The Clerk is directed to pay the transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: August 22, 2023

ROBERT M. ILLMAN
United States District Judge