1   DAVID CHIU, State Bar #189542
    City Attorney
2   JONATHAN C. ROLNICK, State Bar #151814
    Chief Labor Attorney
3   LAUREN E. WOOD, State Bar #280096
    ADAM M. SHAPIRO, State Bar #267429
4   Deputy City Attorneys
    Fox Plaza, 1390 Market Street, 7th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-4261 (Wood)
6                 (415) 554-3830 (Shapiro)
    Facsimile:    (415) 554-4699
7   E-Mail:       lauren.wood@sfcityatty.org
                  adam.shapiro@sfcityatty.org
8
    Attorneys for Defendant
9   CITY AND COUNTY OF SAN FRANCISCO

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14   SELINA KEENE, MELODY FOUNTILA,          **DECLARATION OF ADAM M. SHAPIRO IN**
     MARK MCCLURE,                           **SUPPORT OF DEFENDANT'S RESPONSE TO**
15                                           **MOTION TO ENTER ORDER PURSUANT TO**
            Plaintiffs,                       **THE NINTH CIRCUIT'S MEMORANDUM**
16
            vs.                              Judge:          Honorable Jeffrey S. White
17
     CITY and COUNTY OF SAN FRANCISCO
18                                           Filed:          March 14, 2022
            Defendant.                       Trial Date:     None set
19

20

21

22

23

24

25

26

27

28

I, Adam M. Shapiro, declare:

1.     I am currently employed by the City and County of San Francisco (the "City") as a Deputy City Attorney, and am lead counsel and counsel of record for Defendants in the above-captioned matter.

2.     Except where stated otherwise, I have personal knowledge of the following facts and, if called to testify, could and would testify competently thereto.

3.     On June 26th, 2023 I downloaded three of Pastor Jesse Gistand's Life Line Radio Minister episodes, dated December 14, 2020, January 30, 2023, February 13, 2023, from Grace Bible Church's website: https://www.grace-bible.com/sermons/series/life-line-radio-ministry. I arranged for a transcription service to transcribe the episodes.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of a transcript of Pastor Gistand's December 14, 2020 Life Line Radio Minister episode.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of a transcript of Pastor Gistand's January 30, 2023 Life Line Radio Minister episode.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of Pastor Gistand's February 13, 2023 Life Line Radio Minister episode.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the Complaint for Injunctive and Declaratory Relief filed in Case No. 21- 09879.

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the Stipulation of Dismissal Order filed in Case No. 21- 09879.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 7th day of July 2023 at San Francisco, California.


By:  */s/ Adam Shapiro*
ADAM SHAPIRO

# EXHIBIT 1

**Keene Et al. v. City and County of San Francisco, Et al.**
**Court Case No.:  22-cv-01587-JSW**

**Recording of:  Life Line Radio Ministry –**
**12-14-20-hour-I-know-the-truth-bout-the covid-vaccine**

**Date:  12/14/2020**

[00:00 to 00:34 Mercedes Benz Winter Event Advertisement]

JESSE GISTAND:     And I definitely want to welcome you to our Monday edition of Life Line, again, glad to be with you on this day that the Lord has made, December 14, 2020. A bit chilly today, but, uh, the weather was clear. It wasn't like yesterday, filled with rain and cool as well, but here we are in our, our very winter season with all kinds of health challenges in front of us and, uh, not quite sure what the future will hold for us come 2021, but I'm glad to be alive today. I hope you are as well. The number to reach me at, if you are, uh, bulging with questions or significant comments to contribute to our dialogue today, our right of speech, our freedom to assemble, our freedom to worship, our freedom to bear arms, our freedom to maintain our independence autonomy, and right to pursuit of happiness, according to the inalienable virtues that God has given us as creatures on this planet, to be able to do so.

Let's just take advantage of the next two hours to kind of build a potpourri, if you will, of conversation topics, issues that can go down in history as a point of edification. So, just going to open the phone lines for you on this Monday edition of Lifeline, 1-triple 8-367-5329. 1-triple 8-367-5329, if you want to reach yours truly to, uh, to talk about it. To continue to work through, unravel, co-debate an understanding of what happened this year, if you will, and try to just make some sense about what we can do going forward.

One of the big issues that a lot of people are going to be talking about for a long time to come, and rightly so, is the vaccines. Now, you know, here's my fundamental model. Uh, you really should know what you're getting into whenever you say yes or no about anything, and then are willing to talk to other people about it. Nonetheless, with this issue about vaccines, I have been a proponent of vaccines that have been proven, and soundly proven, demonstrable, to have been safe to use. It's obvious that vaccines have a place in our world, they been beneficial for smallpox and, and other diseases. Several major vaccines have led to an increased quality of the health of Americans and people around the world.

That being said, it does not mean that all vaccines are good and that all vaccines are absolutely necessary. And the one in front of us, the one for COVID-19 is massively, massively

controversial, not because it has a political component behind it. Not everyone is always jazzed, or taken aback, or holding a position, or disagreeing with you, me, or anyone else, simply because they hold some kind of political party. Sometimes it's just a matter of thinking well, thinking deeply, thinking critically, analyzing the subject at hand, and I think that's the case here.

When you think about the polls that have been taken already, concerning the American people, and how the American people have fundamentally said, to the tune of 70 to 80 percent, they're not going to take the vaccines right away. Therefore, the media, health department, the, uh, CDC, the, uh, World Health Organization realized—and this is true not only here in America, you guys, but across the world. There is going to be a massive campaign here forthcoming, in terms of really getting people to think about taking the vaccine. The problem is, we've been here before. We've been in the arena where our government tells us that this is safe, that that is safe, and it's okay, but in fact, the matter after a while, it has been proven that it was not all that safe, that there were consequences, that there were very clear and present dangers that have to be looked at.

Just doing a little research again, with regards to what they basically say is a targeted group, Latinos and African Americans, being some of the hardest hit with, uh, with, with COVID. Uh, you know, one can argue the reasons why behind it, but just, people just accept the narrative that African Americans are some of the hardest hit with COVID. Uh, then it would only follow, wouldn't it, that your African American communities would be much more, uh, reticent, reluctant, slow, if you will, to, uh, to follow the science and submit to, if you will, uh, the, the notion that our authorities can just walk up to us and tell us, this is the answer, pull your arm out, and let us hit you with, uh, with the vaccine. In fact, I was reading a couple of articles the other day, and you can go online and look it up. Obviously, you'll just find a litany of opening articles which will plainly tell you how that in the African American community, multiple, multiple pastors have been, uh, been, uh, sought out, and you can imagine why, because, you know, pastors have an authoritarian influence upon the members of the African American community.

And, and you know, historically the reason has been because, you know, our government has lied to us. They have tinkered with us, they have, they have, uh, you know, exposed the African American community to so many different trials, and surreptitiously, without letting us know or telling us one thing about it, and then later on, down the line, we are suffering the injuries from, uh, vaccines. Such as with the syphilis testing with our Tuskegee brethren many decades ago, only to find out that they basically used them as pure guinea pigs, and several of the men suffered, uh, ravaging consequences, along with death. This also happened in many other cases where the medical industry would just basically, uh, utilize poor people, uninformed people, ignorant people as guinea pigs to do their tests. Well, why wouldn't that be the case now? In a lot of ways, you can't help but say that it is the case.

Bill Gates recently stated that he expected significant levels of harm being done in the process of the COVID exper, experiment, simply because, uh, we don't have time, he said, for us to do the normal route of a two- to five- to ten-year experiment, double-blind experiment, other kinds of experiments to test really, the validity and percentage of validity that the vaccines are seeking to achieve, in terms of a cure or a healing, what have you. So, with these particular vaccines, there are three major ones out there on the market that, uh, that are being used, and being accepted right now, and you guys would know if them if you looked them up. Moderna being one, the other two will come later, but they are already clearly having problems with, with the vaccines; people are getting sick. In fact, the statistics, uh, and these were quoted by Bill Gates himself that in some cases, a hundred percent of the people that are tested are getting sick. Eighty percent of them getting tested, uh, are getting severely sick. So, there is a basic reaction to the COVID vaccine that is problematic; it's just problematic.

And so, you'll have loved ones, and friends, and relatives that you know, here coming up soon because they're front-liners. We talked about this on Sunday. Your medical industry, uh, your law enforcement industry, uh, people that have to take major positions in, in, uh, in some of our significant institutions; schools are going to be sent to take them. Largely, they're kind of metering out the vaccines in a way in which is first going to go to the first responders—medical, uh, physicians, doctors, nurses, et cetera, uh, and then to the elderly and those who are the most vulnerable to be severely impacted by the vaccine, by the, uh, COVID-19 virus, and then it will make its way on down to, uh, to people less severely impacted.

But believe you me, if you do your research, ladies and gentlemen, and you should. You shouldn't just say, well, I'm going to do it or not do it because of a whim, because of a proclivity. Be informed because I, I do; I track with these things. Right now, there are four fundamental arguments I would give to you around it, and that would be, one is, the facts are that more than 99.5 percent of people who get COVID, overcome COVID fairly easily, without any significant, uh, impact. There are a few and, and most people who are, uh, young enough, in their sixties and earlier, fifties and sixties and earlier, particularly forties to thirties, and there's not even a conversation really with teenagers and children. Now, if that's the case, if you've got most people recovering from COVID, and the vast majority of the young people not even being impacted by it significantly, why are we setting up a structure that the whole world is to take the vaccine? That's the first argument that I would raise on the basis of logic.

If my immune system has the capacity to overcome COVID, just by its own ability to fight off the virus, and, and I could do that and recover, why am I going to take a vaccine that's going to make me sick, that could possibly injure me? They cannot, they cannot tell you that it doesn't have the potential to do that. In fact, you got to sign a waiver so that they cannot be sued if, in fact, this does occur. Why would I take it, if my own immune system has the, has half a chance,

has a better chance at recovery and survival than the vaccine? Somebody give me an answer for that.

Secondly, if you know that the vaccine that you are going to be taking cannot prevent you from getting COVID and, nor can it prevent you from emitting the COVID virus towards someone else, why am I taking something that can't prevent me from getting it, nor can it prevent me from dispensing it?

There you go, three things right there. I just want you to reason through with me, because we're trying to be sound. The Lord has not given us the spirit of fear, but of love, power, and a what? Sound mind. If a sound mind says the science, the statistics have asserted that people in a certain range will be 99.8 percent capable of overcoming virus, uh, the COVID virus without a vaccine? Why are we taking a vaccine if the vaccine doesn't keep me from getting the virus? Why am I taking the vaccine if the vaccine is not keeping me from dispensing, dispersing air particles, by which other people can get the vaccine, why am I taking the vaccine? Why is the whole nation and the whole world being slated to take the vaccine? Would you answer that question for me? 1-triple 8-367-5329.

If the vaccine has the capacity to impact me and make me sick, and if you do the research, you'll find people are being moderately, uh, allergic to it to significantly allergic to it. And again, Bill Gates, out of his own mouth says that there will be somewhere upwards of about 700,000 people who will be significantly impacted by the coronavirus. Here's another argument that you and I need to consider. The COVID vaccine, it is not a one-time vaccine. First of all, you've got to take it in two shots. The first one early on for about 28 days, and then you got to take the second booster shot after the 28 days. Then, lo and behold, Mister Bill Gates says this is not one of those one-time only vaccines. You may have to take the vaccine in another couple of years. He said with older people, they may have to take the vaccine every year.

That is phenomenally problematic. Don't you see it, ladies and gentlemen? Uh, if you don't get what I'm talking about, here's what you can be sure about. You can be sure that we are on the brink of dealing with coronavirus vaccine for several years. Our world will be changed for a long period of time forthcoming. That means all of the other ramifications that we'll talk about on the other side of the break. Very important for you to know where we are going in 2021. 1-triple 8-367-5329. I've got one line open. 1-triple 8-367-5329. We'll talk about it in a moment, on the Monday edition of Life Line with your host, Jesse Gistand. We'll be right back.

(Brief pause.)

GISTAND:     And we are back. The time is 5:24 on the Monday edition of Life Line. Let me go to line number 3 and talk with [Keanna] in San Francisco. Keanna, are you there?

KEANNA:        Uh, hi, Pastor Jesse.

GISTAND:      What's going on? What's going on, young lady? How are you?

KEANNA:        Hi, fine. How are you?

GISTAND:      I'm great, I'm great. How are you fairing this weather and, uh, and the end of the year season?

KEANNA:        Uh, I'm fine. I'm glad the rain came.

GISTAND:      Uh, uh-huh.

KEANNA:        And then as far as the end of the world, I mean—the end of the world, the end of the year go, everything is just fine.

GISTAND:      Okay, okay.

KEANNA:        Uh, I was just calling to answer your question.

GISTAND:      Yeah.

KEANNA:        That you posed during the break. Uh, so, my thing is I don't understand why people, uh, feel like they should take a vaccine that has been like, rushed. Uh, you don't know the sample sizes.

GISTAND:      Uh-huh.

KEANNA:        You don't know the genetic make-up of the people that they've, uh, tested for these vaccines. Uh, there's problems with the vaccines; it's not going to stop you from getting the virus, so it's like what's the point? And to me, it seems like a money grab for big pharmaceutical companies, and people like Doctor Fauci, and people like Bill Gates, because they own the patent.

GISTAND:      It's so true. So, it seems like you're informed.

KEANNA:        [Inaudible] and it's like part of it.

GISTAND:      About some of those fundamentals.

KEANNA:     Yeah. It's part of…

GISTAND:     What was that?

KEANNA:     It's part of the, uh, the great reset that you talked about. Uh, I had just got home and I had, I talked to my mother earlier today about that vaccine, and when you talk about groups of colors, specifically African Americans, and you look how, like throughout history when it came to testing vaccines and medicines, how, you know, African Americans were used as, you know, guinea pigs, with the Tuskegee Experiment. And that experiment that happened, I think, over there on Mare Island at one of those military bases.

GISTAND:     Absolutely. Absolutely.

KEANNA:     And it's absolutely, like horrible to me. It's just like, why would you take something that's not going to stop you from getting it? You don't know what it's going to do, once it gets into your body, and I just feel like they are rushing to do this, and it's going to be bad for a lot of people, and it's going to really impact poor people. I think they're trying to do population control and, uh, kind of get rid of people. It's kind of, I mean I look at it, I look at it like as like a forced genocide through all this fear and pressure through the media, to get people to take the vaccine.

GISTAND:     Do you know what's cool? Do you know what's cool?

KEANNA:     Without knowing what's in it.

GISTAND:     Do you know what's cool about what you're saying? Uh, from my end of the equation, I'm going to be making a recommondition, recommendation during the show about a podcast that I want people to watch. I, I'm trying, I'm equivocating about it. Excellent podcast, in terms of so much data around stuff I know that I would love people to know. It's just that the persons having the conversation around the topics are a little bit off the hook, and you've got to be, you've got to be able to spit the bones out when you chew on their food, but there is so much information in this particular podcast that I watched for three-and-a-half hours today.

KEANNA:     Uh-huh.

GISTAND:     Around some very salient issues, but what I was saying in relationship to that Keanna, is that you have done enough research to know things that the average American will not know, who don't take their own environment, and their surroundings, and their culture, and their country, and their politics, and their religion seriously. You know some fundamentals about

the, uh, Bill Gates' organization. You know some fundamentals about Bill Gates and his organization and other industries whose whole goal is fundamentally population control; you know that. This is explicit, this can be found anywhere, and they're not hiding it whatsoever. There are multiple, multiple snippets of Bill Gates being very clear on wanting to see the diminishing of, uh, of, of the population. You know enough about the patents that Bill Gates and Fauci has, uh, in these different vaccines, institutions. Bill Gates and Fauci have been deeply involved in it for several years, both anticipating a pandemic, for which, now they can jump on the bandwagon of promoting their own, Pfizer and Moderna patents, in order to make billions of more dollars. It's not that Bill Gates wants more money. Fauci does, but they both are power-hungry men and their goals are largely to be able to dictate how the world functions.

This is all part of a larger agenda around what you have heard me also say, and you can easily look it up to dispel the notion of a conspiracy theory. Klaus Schwab, one of the money barons, the wealthy billionaires, who has summits and meetings with other wealthy people, along with powerful government representatives, on how to get beyond our present world paradigm and move into—they don't want to use the term now, but it's really the old term called the New World Order. It's the same concept that goes back a hundred years. They really wanted to find a crisis to push us into it and this is the one.

So, what I stated before the break was that Bill Gates said it himself, that we don't foresee ending the coronavirus pandemic for any time in the near future. That could be up from two years to eight years to ten years. If that's the narrative that people on the planet buy into, and after a while, it seeps into every system, every institution, every policy, every, every formulated structure of educational propaganda. We know how human beings are. They eventually capitulate because that's what this whole, uh, corona test has been for a year—shutting down nations, shutting down states, shutting down countries, uh, in an unconstitutional way, to see whether or not people will simply submit to dictates without actually being educated on the ground level, in order to make an informed decision, and at least feel like they had some say in the ruining of their lives. But no, the vast majority of people simply capitulated.

Now, quite frankly, Keanna, there are millions of people across America right now that are rising up and opposing it. You will not see this in your main media outlets, but they're raising up and opposing this whole movement, as well as hundreds of doctors, in the Senate, in Congress, in Washington right now, being heard by senators and congressmen about alternative routes. We talked about this last week, and yet those alternative routes are not being sufficiently aired to the people of America and the world. Why? Because there's an agenda in front of us. Everyone should be able to at least see that and be informed, before they are made to have to do something that they might regret. I'll give you the last word.

KEANNA:     And what's also going to happen in this, if they try to…because see, there's this media going around, social media that says that, uh, people are saying that they feel like the vaccine should be mandated, which means it's mandatory. I just look at people in the comments, and these are supposed to be Christian people, and I'm like, okay, but do you know that there are some people who don't, who can see it for what I see, how you see it? The U.S. Supreme Court, at some point, is going to entertain this issue, because there's all kind of constitutional and religious violations, when you try to subject people, uh, to receive something that they don't agree with.

GISTAND:     Totally.

KEANNA:     Whether it…

GISTAND:     And, and right now…

KEANNA:     Their freedom of being able to do it or not do it. Then you have the religious aspect of it too. So, I'm just trying to figure out how you gonna mandate somebody to do something and violate their constitutional rights and civil liberties all at once?

GISTAND:     Uh, you're right. Right. Right. Uh, it was very clear. Alito, uh, it will come back in a moment, but several of the conservative judges on the bench have already chimed in on this topic. Thomas has chimed in on this topic and a few others, recognizing the infringement upon our constitutional rights, and they have basically, uh, stated, Clarence Thomas, have stated that at present, there is no kind of emergency, uh, that allows the setting aside of the Constitution and its Amendments at this present time, for which it would justify the world coming up under a mandate to take the vaccine. And yet, what is this all about? This is really about rogue government in America.

I'm gonna, I'm going to take a break and tie this to the, uh, Chinese influence here in a moment. Some of our senators are sleeping with some of these spy [holes], in order to, uh, to gain favors with the Chinese. I'm wondering if, uh, if Biden's son, Hunter, has some of them spy holes too, because I can tell you, it's deep in the deep state that we have had had compromise around the world, and this is really about globalism versus nationalism, as I told you guys last week. People need to really know the conflict at the higher levels. It's the ideology of globalism in conflict with the ideology of nationalists, and that is nations being able to operate at levels of sovereignty that are not imposed upon by an international cabal of authorities telling us and mandating what we should do.

Thank you for the call, Keanna. God bless you.

KEANNA:       You're welcome.

GISTAND:      I've got to take a hard break.

KEANNA:       Thank you, you too. Bye-bye.

GISTAND:      You took. When I come back, I'll take Jermaine, I'll take Mark, I'll take James. One line open on the Monday edition of Life Line. One line open, 1-triple 8-367-5329 and we'll be right back.

       (Break is taken.)

GISTAND:      All right, we are back. Let's see here, one line open. Uh, 1-triple-8-367-5329. Let's go to line number one and talk with Jermaine in Alameda. Jermaine, are you there?

JERMAINE:    [Silence.]

GISTAND:      Jermaine in Alameda?

JERMAINE:   Yeah, I'm here.

GISTAND:      Hey, what's going on, [man]?

JERMAINE:   Oh, hey. Yeah, I just wanted to, uh, chime in on the vaccine talk. I personally don't plan to take it.

GISTAND:      Uh-huh.

JERMAINE:   And my family, and me and my friends, who do, who absolutely detest the president, they refuse to take it as well.

GISTAND:      Okay.

JERMAINE:   You know. Well, one of the major reasons I have for not taking it is because I, I've kind of seen a pattern. When something is introduced and is brand-new, and there's no established history of testing, then we're kind of guinea pigs. My grandmother was a victim of a medicine called Vioxx, back in, I think it was released in 1999.

GISTAND:      Uh-huh.

JERMAINE:   And she was having hip replacement surgery, and she was really afraid to get that medicine. They, they promised her it was okay, and the side effects were, were potentially minor, and she ended up half-paralyzed and in pain for the rest of her life, until she was, you know, bedridden and deceased. She happened to fall into a one-percent category of having all three major issues, and that medicine was pulled off the market after they suspected it was causing something like between 88 and 140,000 heart-related incidents, and 40 percent are fatal. So, I just have a problem with something brand-new, and it's hard not to believe there's no agenda behind it when they're trying to rush it out, and there's no reason for it, since the numbers of the current pandemic don't justify us even needing a vaccine.

GISTAND:     Well, your logic is excellent, first of all, and you and I and anyone else who is operating out of fundamentals of logic, objectivity, uh, critical thinking skills, uh, discernment, the ability to, to draw on references in the past, personal and non, are so important to maintain the personal integrity. I am sorry to hear about what happened to your grandmother. As we even talked with Brother Mark Young, uh, last week about what had happened with his wife. So many stories like that, Jermaine, are present in our country and our world. People ought to go and look up with Mister Bill Gates did to the people of India, the children of India, in his exploration several years back. They banned him from there, but yet our media will not give us any of that kind of data, as well.

Your argument that, you know, we can clearly suspect an experimentation going on is absolutely on point, right along with Keanna, about what the manner in which they're doing it. Of course, if we can obtain a vaccine that can work, we want it, but the idea that somehow it has to be imposed upon us is just improper, and history tells us there is another objective behind it. For me, it's being much more clear on the goal of depopulation, which means they're willing to face the risk of looking up a year from now, two years from now, and having society really opining and complaining about the personal injuries that are taking place in people's lives. But of course, ladies and gentlemen, think this through, because we've seen this year as well with our media.

You and I know that the media is completely in the pockets of globalists, as we have seen how they have shaped and, and, uh, and firewalled, and hedged in information that was critical, even to our election. That one would have to do major research on their own, independently, off the major media outlets, in order to get the data. If they would do that with a situation like the election, waiting until after the election is done to bring out the fact that the, uh, the CIA has already been looking into Hunter Biden with his tax issues. That was a major suppression of information, uh, not to get back on the Biden thing. That will come back up when we talk about China in a moment, but we know that they will do things like that, which is a breach, a promise concerning journalism, because journalism should not be biased, but this whole issue of bias is so far out the window now. Why? Because we are operating out of a very, very, uh, un-

American, un-constitutional framework of narratives being designed, uh, to move people in a particular direction, and they know it does.

So, you won't hear a whole lot of information in your major media outlets about the injuries that are already taking place with the COVID-19. The only way you'll hear about it, Jermaine, is if there is a uniformed rejection, hesitancy, lack of cooperation on the part of the American people across the board, and at that point, the media won't be able to avoid it. They'll have to simply say hey, you guys, Americans are not on board; they're not doing it; they're not accepting it. And what's sad about that is the people that are being forced to do it are going to be the ones whom we love and care about. As I stated on Sunday, our [beloved] ones who are in the medical field, who are in the educational field, who are in some of the fields that they're going to be told that if you don't take it, you can't work. This is super-problematic on an ethical level and on a constitutional level, as well. I'll give you the last word before I move on.

JERMAINE:   Yeah, I would just say that for me, any country or any persons that it so wholly endorse abortion as a viable option, it wouldn't be that far out of the realm of thinking to think that this isn't some kind of control. So, I'll just leave it out there.

GISTAND:     Right. Thank you and that's one of the greatest arguments against the notion that to go follow the science, is the same as following truth. Or following logic, or following ethical morals and values, that's a glaring, radical contradiction right there, because your whole medical institution is willing to slaughter babies in the womb and call it okay, including Bill Gates. Let's go to line number two and talk with Mark in San Jose. Mark, are you there?

MARK:   [Silence.]

GISTAND:     Mark, what's going on there?

MARK:     You had two excellent callers here, two excellent callers, and this is why we all should tell people about the Jesse Gistand show and KFAX, and think about their scripture here. In Proverbs, it says, uh, "In the multitude of people is the King's honour, but in the want of people is the destruction of the prince."

GISTAND:     Yeah.

MARK:   Not that you're really a prince or a king, but in a sense, talk show hosts are kings and princes. So, if you tell more people about this show, it will definitely help. And, uh, so in regards to answering your question about why they are pushing this vaccine, I think part of the answer to it is found in the Georgia Guidestones, where you can see that it says that there's like ten anti-Ten Commandments, and the first is reduce and maintain the population to 500,000. So, I'm not

sure what the percentage is of the world population to 500,000, but Stan Monteith went up there personally before he died on Radio Liberty, and it's not a theory, it's a reality; it's there. He seen it with his own eyes.

GISTAND:     I agree with you on that.
MARK:   And also…

GISTAND:     Hold on for a second, because we got time. I'm going to run you to the ending of the clock on this one. I'll pick up James on the other side. Let's go back to the Georgia stones because, uh, yeah, and, and one of the things we're going to have to work through in the weeks and months to come, Mark, is, uh, dividing between myths and reality, between conspiracy theories that are baseless and conspiracy theories that are valid. This is the thing, you know I've been pushing for years, and I've been checking you on that too and you know that, but what you just brought up was, is really a very important principle. Here's the part that I want to take and, and talk you through.

So, with the Georgia stones, uh, this enigmatic set of stones that they have perched on top of a vast, [unintelligible] area, I forget where it's located, but the writings on those stones are…

MARK:     [Unintelligible.]

GISTAND:     Yeah. The writings on those stones are hundreds and hundreds of years old. So, the logic is this—back then, they weren't even imagining a planet of seven or eight billion. So, when you hear the notion of, uh, of 500,000 population reduction, you want to change that because Bill Gates, who is one of the neo-Georgia stone elite barons to think that he has a right to speak into what is a healthy population rate on the planet, has basically said four billion. But now, let's think about that. That's wiping out 50 percent of people on the planet. How demonic, and how catastrophic, and how barbaric is, is the very notion of asserting that you know what a healthy population on the planet is. If that's not defying the sovereignty of God, defying the right of a god who has said let us replenish the Earth, and multiply it, and subdue it, I have no idea how much more arrogant a human being can be than to assert that the planet will be healthy with only so many people on it. What do you think?

MARK:     I think I'd like to strap down Bill and Melinda Gates and give them that vaccine, Jesse.

GISTAND:     All right, all right. All right, Mark. Mark, this is a, this is a family-friendly show here. The other thing is, uh, the other thing is that I'm going to be recommending this. Now, this is going to be a little hot. Now, you probably didn't, you probably haven't seen this one, and this one is actually going to give you a little bit of credit for some of the things you got right over the

years, but this is going to be something that we're going to have to take up next week because what I'm going to be doing now is encouraging people to, uh, watch this podcast. It came out on…

MARK:   [Unintelligible] out on Ted Turner, Jesse. Ted Turner, he, he's [upped it] to 95 percent; he started seeing them. First, he's always said we need to eliminate 80 percent. Now he's upping it to 95 percent.

GISTAND:   Yeah, I know, but Ted Turner is sick in the head in many, many ways.

MARK:   Yeah.

GISTAND:   We know that. Okay? But, but he is one of the oracles that that the Bible talks about having a mouth filled with blasphemy. But here's what I want to say, because this is going to be important for narratives going forward, because there are a lot of things that have been happening, all the way going back, in my opinion, before the days of Nixon, up to now. I mean we can go all the way back to the beginning of the Federal Reserve, where we have been warned by prophetic type individuals about the encroaching globalism that people poo-poo, and yet every four, five, six, seven, ten years, something happens that we know was a consequence of the levers being moved by powerful men—such as wars, bankrolling wars. Also now, bankrolling catastrophes such as diseases, and this year it's something that we won't be able to get away from.

If we do the research before the information highway gets completely hijacked by the globalists, so that we can't really do the kind of research we need to. So, here is what I'm going to be encouraging people to do, with a caveat. This is a caveat, you guys, I want you to hear me. I think it's important for you to watch this podcast; it's a three-and-a-half hour podcast. I watched it today inadvertently, while I was doing a bunch of other research on COVID-19 and the great reset that's about to occur, as Klaus Schwab talked about a couple of weeks ago, and many other people have been on board. I was watching some, some, uh, I was watching some presentations on how South Africa is going down under the same kind of socialist, Marxist strategic agenda that America is very…the parallels are uncanny.

But what I also saw today was a podcast. You guys, write this down. By Joe Rogan, Joe Rogan. The podcast number will be hashtag, not hashtag, but, uh, won't be dash. What's the, uh, I forget the name of the term. Anyhow…

MARK:   How do you spell Joe?

GISTAND:     Joe? Okay. Joe Rogan, J-o-e, Rogan, R-o-g-a-n. Now, watch this. It's the number, the, the podcast number is 1555, 1555. Joe Rogan 1555. It's not a hashtag, but you know that, you know that little thing on your phone? I forget what it's called, it will come back up. Anyhow, I want you guys to hear me now. Now, this is a three-and-a-half hour program. This is not for kids; this is not for children. Joe Rogan is not a Christian, and the two other men are questionable. They are high-visibility talk show hosts, right along with Joe Rogan. I'm not going to give the name. I want you to listen to it, but you're going to have to put on a hazmat suit because those guys curse a lot. Nevertheless, they have substantial information, and they have a dialogue that they have engaged in, covering about 15 critical issues with data in hand, with Internet research going on in front of their faces, to confirm what they're talking about, with first-hand experimentation on the part of some of the individuals who will be in that triad of communicators. They're going to be covering everything from child molestation to perverse behavior on the part of our government leaders, to, uh, Jeffrey Epstein and why he was killed, to the COVID19 things, to the Bill Gates issues, to what's taking place with Trump and Biden, and many, many critical elements, for which many of you have been concerned were true, but you never really had that conversation put out before you in such a crass and open way.

Now, you're going to have to take notes and determine how credible the dialogue is for yourself, and I'll be more than willing to talk to you about it. Now, here's the only one reason I'm sharing it with you, because if we make it into 2021 before any kind of catastrophic shift in our government's civil order, before some major event that right now, most people are not looking for, and I'm on the air and we're talking. I'm going to recall a number of conversations that I have had over the years about Agenda 21, Goals 2000, about the global agenda, about the ideological subversion of our country, and how Russia played a major role in it. I'm going to be talking about some of the stuff that Mark has brought up in times past, but he hasn't been capable of actually substantiating some of these things. We're going to have that conversation, because there are all going to be links to the same progression and development to where you and I are right now.

See, the goal of the enemy is to do what he's going to do. He'll tell you that he's going to do it, and he's anticipating people not doing anything about it, until it's too late to do anything about it. So, I'm hoping that we, I'm hoping that we don't have a major problem coming January 21st, 22nd, 23rd, and that life will be relatively normal, so we can talk through under a constitutionally free country about these things, where people are going to start seeing it so clearly because their freedoms will be taken, and their life will be diminished. This is forthcoming, it's inevitable, with regards to the crash of our economy that will be taking place, and we need to be strategically ready, but to be strategically ready, you have to be informed. That means you've got to get your head out of the sand, into the word of God, and be clear about what the Bible says about wicked rulers and liars and Satanic deception, and the need to be rooted and grounded in Christ, so that you can actually handle what's coming your way.

My role, as many others are, is to be both priestly and prophetic. So, it's my job to kind of let you know what these indicators are, and when you watch Joe Rogan talk with these other two high-profile talk show hosts for a couple, two or three hours. You're going to have to overcome them being silly and carnal and fleshly in many areas, but they're going to be sharing with you data that you just don't get in your major media outlet. Mark, I'll give you the last word before I take a break.

MARK:    [Silence.}

GISTAND:    All right. So Mark, he's gone. All right, good. I'm going to take a break, clear out the lines. Let me see, James, you hold on. All you folks out there, if you guys want to talk, you better do it now. We never know when we will never be able to talk again. I'll take your questions, your comments, your challenges. I'm just glad to be free. I'm glad to be talking. I'm glad to, for us to be on the air. I love you. I trust you love me too. You and I can debate. You can be wrong, I can be right. You can be right, I can be wrong, but if we have two opposite opinions, we can't both be right at the same time, so let's talk about it on the Monday edition of Life Line. 1-triple 8-367-5329. 1-triple 8-367-5329. I'll be right back.

**END OF DOCUMENT**

EXHIBIT 2

**Keene Et al. v. City and County of San Francisco, Et al.**
**Court Case No.:  22-cv-01587-JSW**

**Recording of:  Life Line Radio Ministry - 01-30-23-more-evidence**
**Date:  01/30/2023**

COMMENTATOR:    Live from Northern California, it's Life Line with Jesse Gistand. He's the host of Way of Grace, a pastor, and a community leader. He's a teacher and an inspiration. He's Life Line's own Jesse Gistand.

JESSE GISTAND:     Yes, sir, yes, sir, in the house with you on this Monday edition of Life Line, January 30, 2023. Glad to just be with you on this, I would say probably a very nice day. A little bit nippy, but a very, very, very nice Monday edition of Life Line. Whoo. 1-triple 8-367-5329. 1-triple 8-367-5329, looking for callers who have never called before. Looking for conversations from those of you who are really interested in knowing why do we do what we do on this program, why do we say what we say, why do we continue down the pathway we do, when most people don't want to. For those of us who are on the right-side of history, we don't care what people say. We love Jesus anyway. We don't care what people say, we love Jesus anyway, and today, I want you to remember the name Jordan Tristan Walker.

Jordan Tristan Walker, his name will go down in infamy, at least for those who run the cabal called Pfizer Pharmaceuticals. Jordan Tristan Walker. Now, before we get to Jordan, and it's going to be a number of things we talk about, I just want to press home the fact that, uh, there's an old axiom that goes like this. Loose lips do what? Loose lips do exactly what? Now, don't ever find yourself full of a matter, a subject matter that's supposed to be top secret, nobody on the planet is supposed to know. Don't ever find yourself full of the matter, top secret, I mean the kind of stuff where you have to have a PDA. You know what a PDA is. Right? Because that's what they force every slave working for Pfizer Pharmaceuticals, Moderna, and all of them, AstraZeneca, the PDA.

Think about what a PDA is. It's actually a gag order on your mouth. That means what goes on behind these doors, you don't get to tell nobody. The Lord Jesus told us in the gospel of Matthew, Chapter 10:27 through :28, "What I tell you in secret, make known publicly." What you hear in the ear in the dark, make it plain on the rooftop, and what he was saying is when it comes to telling the truth and setting people free, do not ever fear them that can kill the body, but fear him rather, that can kill both body and soul in hell. And so, when you have men and women who are devoted to telling the truth, even though you have the government, you have the media, you have all kinds of social institutions declaring war on you through propaganda, and through

lies, and through falsehood, and through threats, and through punishments to try to stop you from getting to the American people, to the people of the world, the Lord Jesus and God Almighty tells you and me that our job is to be committed to the truth [unintelligible] claims that bring forth liberty and freedom to people to make right choices that are based upon an informed decision. And I've shared this with you before, in Deuteronomy Chapter, Exodus rather, Chapter 23:1-2, You shall not have respect of persons. You shall not respect the wealthy over the poor. You shall not respect the powerful over the weak. You shall not join the multitude in numbers against those who are in the minority, to bear false witness against him, said the Lord God.

Now, what was he saying to his people Israel and today, to his people, the elect? He's saying that when you have God on your side, you and God are always a majority. It doesn't matter how much money they have, the trillions, and trillions, and trillions of dollars that all of these institutions have to fabricate lies, to propagandize falsehood, to condemn anyone that stands up against him. It doesn't matter how much they have. God says he is a sovereign ruler and for him, he has control over the hearts of the kings, and he turns it with ever so he pleases, and he's already told you and me this words. He's told us that a little bird could always tell the matter. What I would ask you is, what biblical standard would justify investigative journalism? Because I can tell you that's often what we're doing in a society where there's cover-up, prevarication, where there's scandal, where there's misrepresentation, where there's falsehood, where there's theft, crime, and harm done to people.

You have to be ready in justifiable investigative journalism. That's what Deuteronomy said, 17: verses 8-10, and then Deuteronomy Chapter 19:16-18 and several other passages as well, that tell us how we are to handle controversies when they come into our world. We are to deal with them according to the law. "Be diligent to search the matter out." That's what God told the rulers to do. Now, that is what our Congress is supposed to do. That's what our Senate is supposed to do. That's what the presidential administration is supposed to do, seek matters out that are in the interest of the American people, not in the interest of the deep state, the cabal—the long-standing politicians who could not work a functional, normal job if it saved their lives.

The role of government is to engage in diligent search to make sure no matter what that subject is, no matter what that project is, no matter what that event is, no matter what that circumstance is, they are to do diligence in knowing what is right, and presenting only what is right to the people. I must say to you, men and women, that that has not happened in our country in a long time, especially in the days recently among you and me, for the last three years or so. I know, many of you can say past way back, further back than that. I am simply saying that you and I are dealing today with such a massive, massive scandal on the part of media. Uh, and thankfully again, that Twitter on the part of Elon Musk is allowing so much data to come out on so many people that it justifies those of us who have been doing investigative journalism for the last several years, and exposing the harm, the pain, the fraud, the perjury, and the wickedness of the

medical cabal, the institutions that are telling you that there is some kind of pandemic. That you need to rush to them as your savior, for we have been warning you about these false flags, we've been warning you about these falsehoods.

And now, one of their own, Mister Jordan Tristan Walker, likes to drink. Now, you know there are some folk, who when they get a tad bit of alcohol in they system, it, they might as well just give you the key and the doorknob and the double-bolt lock, because they'll open their mouth and say everything that's in their heart. Project Veritas—remember that name, ladies and gentlemen. They too will go down in history, having exposed so many fraudsters, so many crooks, having infiltrated into companies and, and have gotten audible and audio testimony from individuals who work there, who told the honest goodness truth when an opportunity gave…I mean, Jordan Tristan Walker, working for Pfizer as a director of Research and Development. Strategic operations, get this, of mRNA scientific planning.

This guy's a scientist, y'all. Young African America brother; he was taken. Do you remember, I taught you this yesterday that we're all going to be taken by somebody? Either we're going to be taken by God, we're going to be taken by the Devil, or we're going to be taken by our sin. We're going to be taken by the serpent or we're going to be taken in a good sense. This young man was taken by Project Veritas. In a very clear, drunken scenario, he's at a bar, and most of them are. This is the really unique thing—Project Veritas understands sociology very well. He understands the psyche very well. You get him at a table and you get, give him a few drinks. Give him some scotch, give him some Volcanoes, or I don't know what y'all call that stuff, uh, Skyrockets, whatever. Triple shots of vodka, whatever; I don't know how that goes, but you do. Give him four or five of them shots and boy, I'll tell you, it will leak out.

Project Veritas. Undercover journalistic team doing work for the People, was able to hear directly out of this young man's mouth, exactly what they're doing in Pfizer, in terms of manipulating viruses to create vaccines to solve a problem that would never occur if they didn't implement those problems themselves. It's called direct evolution. It's the same thing as getting a function that your good friend, Tony Fauci has been doing for decades. Obama knew about it, everybody knew about it, but you and me. And this young man, I mean, he's just pouring it out. Pouring it out so fully that when Project Veritas…and they have to do this by right. Once they catch you lying, once they get you on camera, they got to then come in with their whole group of cameras. They're all looking at you. They're all telling you now, we got you on camera, saying all is [unintelligible].

I promise you, if you go to the video—I've already sent it out, if you go and watch it, and I'm going to talk about this when I come back, the young man looked like he was just in a, in a movie, in a…He was beside himself as to how taken he was by Project Veritas, and it was largely because he said so much stuff about Pfizer. Well, you know what? I've got to take a

break. 1-triple 8-367-5329. 1-triple 8-367-5329. You know, in our world, we often think that the wicked will always get away, but they won't. We'll be right back.

     (A break is taken.)

ANNOUNCEMENT:    And now, back to Life Line.

GISTAD:    We're indeed back. The time is 5:20 on the Monday edition of Life Line, January 30th, almost February. We are talking about the brave, noble, virtuous god given task of investigative journalism by Project Veritas. Those of you who have been working with me in my exposure of the COVID fraud for over the last two-and-a-half-years, I've told you COVID is a cover for what, for control. COVID is a cover for control, just remember those three Cs— COVID, cover, control; CCC. Like CCP, communist China, Chinese, uh, the Communist Chinese Party. CCC is COVID is a cover for control, and we know it because it's still under EAU here in California. They don't want to drop it, because if they drop it, we get to sue the pants off of Fimer, off of Pfizer, but that might take 20-30 years, the way that the FDA, CBC, and other, uh, institutions are giving them so much time to bring out their so-called information to determine what has happened. Although, you could go to other independent sources all around the world, and they will give you even more accurate records as to the damage that has been done by this jab.

Point being, ladies and gentlemen, we just heard an announcement about our economic situation. We talked about that at that time, your economic situation, and the inflation, and all that that's happening in our nation, is a direct consequence of this COVID, cover, control foolishness, shutting down businesses for way too long. It's impossible not to make that correlation. The only reason we would not admit that we are dealing with a global economic crisis that's absolutely phenomenal to the life and harm of many of the much poorer nations around the world, is because of a Draconian policy that had no basis in science or reality, as I'm going to prove by another article down, down the line shortly. We are suffering because it is designed also to our knees, and of course, you're going to hear really good economic analysts who would tell you the best way to save, protect, preserve, and save your, your money, your finances is to put into gold.

That's fine. I don't care what you put it into. What I will warn you about it is that they're already planning on really usurping and intercepting that kind of evasive mechanism, by turning everything into a central banking digital credit system. You need to be fighting against that like all get up, as it were, and that is writing your Congressman, and, and your Congress, and letting them know that you do not agree with a plan to put an end to, to our normal fiat system, and the American dollar, the American dollar, and then go into some kind of digital banking credit system where you don't have access over your money. If they do that, ultimately it will prove that you have no control at all over your finances; they can tell you what they want you to do,

and of course, that would be somewhat similar to that which we'd been warned about in the Bible. You cannot buy and sell, unless you bow down to this [beast] system. So, you do need to be concerned about it. So, we tell you up front, like we told you about this.

Getting back to this Pfizer, this is a big piece of news. Now, Veritas, Project Veritas has actually exposed this whole COVID thing, for now the last two-and-a-half years, three years. We've got some outstanding footage, and many of you guys know that, where they have gone into hospitals, [caught] people in clinics, exposed the lock, the doctors for lying, for harming the people, exposing them for threatening and making the old people sick. So much stuff, so much stuff that if we had a real judiciary, a real legal system, people would already be in jail. I was thinking about this as I continue to unpack.

Briefly, Mister, uh, Jordan Trish Walker, Tristan Walker, don't ever forget that name. It will come up after all the smoke has cleared, because you see, again, you can only suppress the truth so long. This is Romans chapter 8, verse, uh, Romans 1, verse 18. Uh, what God says is, because the truth is known in them, even though they suppress the truth in unrighteousness. That's what the sinful man does. That's what your government does. That's what the media does. It unsuccessfully, and that's the imperfect verb form, it is constantly trying to suppress the truth in unrighteousness. That's the nature of this world system; it loves darkness rather than light. Don't you, for a moment, abandon your biblical world view that man, by nature, is deceitful, wicked, desperately wicked, and is inclined to lie to you to get ahead. And don't merely reduce it down to just follow the money, that's too simplistic. It's more than just follow the money, it's just, follow your Bible and understand whose team you're on. That's what you need to do, because the Devil comes to steal, kill, and destroy.

Please understand that. This is not a game. I'm so glad, aren't you? I'm so glad that God inclined my heart to his testimonies and not to covetedness. I'm so glad He gave me this weird desire to simply stand for Him and not stand for the wicked one. Aren't you? I'm so glad that to be on God's team, if God before us, who can be against us, I'm somewhat persuaded of that. Aren't you? I'm so glad about it. I'm glad to be part of a lineage and tradition of men and women all throughout history, who basically said you know what? Uh-uh. That big, bad monster doesn't scare me. The one that scares me is the truth and the living God. He tells me to arise, move, and go, and that's what I'm doing. I'm arising, moving, and going, I'm getting out of the bullseye, I'm getting out of the target of the enemy, and I'm standing on God's side.

What we're doing is we're praying for Jordan Tristan Walker, this young African American, uh, scientist. He, again, was the director of Research and Development. That means he has his hands all in this mRNA technology. And like I told you, he so eloquently developed what he actually told the person he was talking to at the bar, "Please don't tell anybody what I'm saying to you." Now, let me just do a little psychoanalysis of these kinds of things when they occur. This is one

of the reasons why you don't necessarily want to be involved in chicanery and wickedness, because if you got somebody on your team, and they has just a little bit of conscious left, under the right circumstance, do you know what they're going to do? They're going to find a makeshift priest to confess their sins to. Am I making some sense?

You don't ever want to tell somebody something that you don't want anybody else on the planet to know. I don't care who it is, because if they have just a little bit of conscious, if they're not psychopathic, sociopathic, if they're not narcissistic, if they're not, uh, paralyzed by fear at such a level that they're reprobates—see no evil, do no evil, hear no evil, this…Now, this will happen to you, if in fact, you are trapped by institutions. This is the reason why this stuff has gotten away with so far, because so many people working in institutions that threaten their jobs, threaten their livelihood, threaten their degrees, threaten their licenses, keep their mouths shut while people are hurt, because they fear the loss of an income. But Jesus says life does not exist the abundance of the things a man possesses. Man does not live by bread alone, but by every word that proceeds out of the mouth of God does a man live. See, but our culture has so long ago abandoned biblical truth.

We're living in a world of superficial people, carnal people, self-centered people. We're living in a culture of, of existentialists. We're living in a culture of the fleshly carnal, synthetic man, not true organic, spiritual man. Not the man who knows that he needs God. We're living in the culture of people who walk after the flesh, not after the spirit. And frequently what happens is when those who are true purveyors have conversations with those who are part of the wicked team, those people want out. I've got a feeling that Jordan Tristan Walker, if you watch the presentation, I'll give it to you, because they're trying to scrub him right now. In fact, you can't go onto any of those local sites. I'm not on them, you know, TikTok, Twitter, Facebook.

You know how you have your own personal, uh, information? You can't find him. It's like they wiped him off the planet. If this is not 1984, I don't know what it is. In fact, guess what Pfizer is saying? "We don't even know who Jordan Tristan Walker is. He doesn't work for us, that was a plant. Project Veritas was duped." Nah, I don't think so and I don't think the American people think so either. But here's the question I'm going to ask you before I go to break, since we have over and over and over again, caught our government line, the FDA, the CDC, Fauci, NIH, Pfizer—they've been sued to the tunes of tens of billions of dollars over the last 40 years. What, what would you say is the takeaway from something like this? You get these guys every couple of months, telling the truth on what's going on inside the Frankenstein institutes of, uh, pharmacology.

Somebody called it, called it [pharmacolonialism]. Inside the [pharmacolonialistic] system of Frankenstein, of variations and manipulation of viral strains in order to make money, what, what's the takeaway whenever somebody finds themselves in a position where they're telling the

whole world, because over 22 million people watched this presentation over the last couple of days. This is why they were scrambling to, to erase this guy from the face of the planet. What's the takeaway? What are you learning now that information is coming out about myocarditis and pericarditis, and thrombosis, and all of the, and blood clotting, and all of that. Now, what are you learning?

1-triple 8-367-5329. Let, let's talk about it while we still have a free country. What are you learning from these things? I'll be right back.

     (A break is taken.)

ANNOUNCEMENT:     And now, back to Life Line.

GISTAD:     And we are back, the time is 5:35 on the Monday edition of Life Line. As I was closing out my opening observation of Jordan Tristan Walker, his name will go down in infamy, my question to you was, given what we know about the lies of our government, the FDA, the CDC, Fauci, and the NIH, and many of our institutions, what we have learned from this particular sting, and I have about 180 people on my email feed that I send out data and information to. We're all pretty much, uh, intra informed with each other. Given this particular sting investigation…and by the way, the person that actually did the stinging was himself an ex-employee of Pfizer. In other words, he was a bad guy who turned good, and decided to work for the investigative journalism team in exposing these people.

So, you see what goes on when, when we're, when we're pressed down with tribulation. So, I'll be at the [unintelligible] because I'm a pastor, all right? So, I'm going to unpack some ethical, uh, principles here, axioms here. Under pressure, you find out who are the good people, and you find out who the bad people are. Under pressure, you find out who the weak people are; that's not good or bad, that's just what it is. You find out the weak people and you find out the strong people under pressure. It's just like that. Some people are good, but weak, and because they're weak, they act bad. Some people are strong, but evil, and because they're evil, they act bad. Some people are strong and some people are good, and because they're strong and good, they act good. Did that make some sense to you, because we, we've been dealing with that for the last two years.

We've been dealing with…and you guys know it as well, in your own community, in your own…and Jesus said it, when the gospels preach and tribulation sets in, your own brother and sister will sell you out. Your mother and father, your husband and wife, they'll sell you out, and, and, you know, in some cases, it's because they're weak and fearful, and don't embrace the ethic of I am my brother's keeper, and as a consequence, they're not compelled to tell the truth at a cost, but some of us are, for whatever reason, that is the case.

I, I like the way Jordan Peterson put it. He says, "You have a choice. You can fear what happens when evil rules, or you can fear what happens when God rules." Another way that he put it in a much more psychological way is, a lot of people, a lot of times, people fear bad things and therefore, they don't do anything about it. But what Jordan Peterson was saying is you ought to fear the worst thing that comes from not doing something about it.

A lot of people are guilt-ridden over many things in their past that they know they should have stood for the right for, but didn't, and they saw the consequences falling out. Loved ones harmed, friends harmed, they just kept their mouth…This is what was going on in Hitler's, uh, genocide of the Jewish people, the Holocaust. Many Jews betrayed their own brethren out of fear. Many good goyim, as some would call it, Gentiles who had Jewish neighbors, they just kept silent as the SS came and took the Jewish people away. Many Jewish people had good Jewish and Gentile friends, which once the propaganda hit so thickly, so pervasively, so clearly threateningly, it was just like what we had taking place during this whole COVID thing. The unvaccinated are the problem, and we need to punish them.

You guys used to hear that all the time. Put them in jail, isolate them, separate them apart. Sociopaths would say harm them. You heard some entertainers and talk show hosts, and even politicians talk about, "Let them die"; you heard that. That's because a lot of what's going on is a massive, global, psychosociological experiment. It's a massive global psychosociological experiment. That's what Hitler's genocide was about. It was about a psychosociological, under the guise of medical experimentation. They wanted to see how many people could suffer and die, and how many people could live and co-exist in the midst of that suffering and dying and not say anything. How would people behave in a threatening scenario, like a pseudo-pandemic, when it comes to self-preservation?

Would they gather their mores, would they gather their nerves, would they gather their senses and say let's do what God says. First, let's find out if this is the truth that we're being told by our government, whom we were told by the Founding Fathers never to trust, but to test. The Bible says the same thing, "Prove all things and hold fast to that which is good." You never just buy it verbatim, you test it, because God says all men are liars. The first thing you do is test it. Well, let's see if we're dealing with a real scientific analysis with high plausibility that we're dealing with a deadly, deadly virus; it never was.

This was a computer generated model of a pandemic that estimated tens of millions of people dying from the, uh, from the virus. It did not happen. Even today, the CDC has to actually renege on its numbers, and many, the legal institutions are telling them, you need to renege on your numbers because you've been playing a double-speak game, in terms of people dying with COVID versus people dying from COVID.  In other words, you could have went in the hospital

with Stage IV cancer. You know you're about to go out, and then they check and say you've got COVID too; they'll say you died from COVID. Or you were shot ten times and you certainly are going to die, and they tested your blood and said you, you had COVID. So, you died of COVID and not the gunshot wounds. This is all a lie, and now the CDC is being held to it. Do you know what we found out? Only six percent of all those 200-, 300,000 people that were said to have died of COVID—which they flashed over your media every day to scare you, put you in a panic, only six percent was actually of COVID. What that means was that was not a pandemic, ladies and gentlemen.

That's funny, where you and I are right now, particularly when I'm 62 years old. I remember hearing the whistleblowers, who used to actually be the media. You know the media used to do what I'm doing. Call their congressmen on the carpet, call senators, call politicians, call the President on the carpet, call people who were in positions of power on the carpet. The media used to go around and stick microphones in people's faces and ask them for explanations, holding them accountable. It doesn't do that anymore. That's because you live in communist China/Pravda, Russia; that's where you live now. So, you're not getting journalistic news today, and the news that you should be getting is being suppressed.

Welcome to totalitarianism; soft; totalitarianism. By the way, you can't have totalitarianism without the top being tyrannical and the people at the bottom being complicit. You want to stop this? Just wake up and start saying no to it, and it stops immediately. Every state that said no, every country that said no, didn't have a pandemic. They had a bug, but not a pandemic. Not every state walked around with two, three, uh, double-, triple-masks on, they just didn't, and things were fine. We, we've been having stats on this for a long time.

What was absolutely phenomenal about Jordan Tristan Walker, again, he's a black man. I mean he's a young, African American male, giddy as all get-up. His mouth is just running a thousand miles an hour and he's telling it all. Phenomenal what he's saying. He's saying we cannot tell the public, but we're playing with these viruses because we want to see what the variants look like so we can actually firewall the variant as soon as the variant occurs in society. Now, how is that variant going to occur in society unless they leak it, which is criminally wrong? How is a variant going to leak? Just like the Wuhan leak. Remember? Your media told you no, this was a natural, biological disaster happening from a bat going into a meat market, people eating it, and getting the virus. The likelihood of that was so small, it was infinitesimal once they actually realized what kind of viral strain was out there.

The smart people knew that this virus was manipulated in a lab, and it was manipulated having its origins in North Carolina under Fauci, several years ago. So, to the Chinese, they manipulated it, and some folks got sick. As Doctor Malone, who just chimed in on Jordan Tristan Walker, was saying he was absolutely appalled. He says he was angry and that he was disturbed. Now,

Doctor Malone was one of the founding developers of mRNA technology, and by the way, him, as well as your good friend Bill Gates, particularly Bill Gates—I'm going to talk about him as I talk about Novak Djokovic, who just won his title, after having been refused to play in the recent tournament last year, because he wouldn't take the jab. We're going to talk about him when we come back, but you know, Bill Gates is everywhere, talking about how it's unfortunate that the vaccine doesn't do what it says it's going to do. Well, yeah, that's true. The only problem here is that Bill Gates put in something like 50 million dollars, and ends up, uh, selling his stock at the price of about 200 million. He made quite a bit of money before he told you that this thing didn't work. As Doctor Robert F. Kennedy, Junior put it, "We get fooled every time."

1-triple 8-367-5329, 1-triple 8-367-5329. I'm waiting for your call; I'll be right back.

　　　　(Break is taken.)

ANNOUNCEMENT:　　　And now, back to Life Line.

GISTAND:　　　Indeed, we are back. The time is 5:50 in this segment. Again, if you want to chat, 1-triple 8-367-5329, 1-triple 8-367-5329. Uh, I talked about Novak Djokovic, he's a tennis player. You may not know him, but he was one of a few outstanding megastar athletes that bowed out of the jab last year, you know, and the vicious media tried to tear him apart. But you need to know this about Novak Djokovic, he's a man of faith. Uh, he's not as solid on the gospel as he should be, but he's a man of faith. When you really are committed to a principle of faith and grace in God, and I've seen this across the spectrum with most of them, particularly if you're biblically informed. Guess what you have? You have a fundamental aversion to someone telling you to do something or else, and that was Djokovic.

He eloquently told them last year, no, I'm not taking your vaccine; I'm not taking your jab. I'm healthy and I'll just deal with the virus as it comes. Now, everybody should have had a right to do that. No one should have been rejected from that option, particularly when there was never, ever any really truly informed consent. So, they turned him into a pariah and you know, the media would ask him questions like, well, you know, are you concerned about your record? Don't you want to be the first man to get ten grand slams, or whatever the case was? Djokovic said, I don't care anything about a grand slam, my health is far more important than a grand slam, and he already knew that there was harm being done by these jabs.

Listen to this. This was, I thought this was uncanny now. Here's the title, this is from *The Defender,* childrenshealthdefense.org. If you want a really good news source, childrenshealthdefense.org. It says, here's the title, "A year after being deported, Novak Djokovic makes history winning the Australian Open as Bill Gates looks on." Now, now think about that, that, that optic right there. I'm looking at Bill Gates, he's looking over at Djokovic.

He knows Djokovic did not buy his poor product. He knows Djokovic did not cave under the pressure of his eugenics agenda of wiping out a third of the human race. He knows that, but he's still going to be entertained by one of the best, and probably is the best tennis player in recent history.

"One year after he was deported for refusing COVID-19 vaccine, precluding him from playing in the 2022 Australian Open, tennis star Novak Djokovic on Sunday, made history when he returned to Australia to win his tenth Australian Open and 20-second grand slam title." The boy is bad. "With Bill Gates in attendance, Djokovic defeated Greece's Stefanos Tsitsipas, becoming only the second player to win a Men's Grand Slam competition ten or more times. He also tied the record haled by Rafael Nadal." One of my other favorite players, but Rafael and the rest of them, you know, they got jabbed, so life is sluggish for a lot of reasons. See, Djokovic watched a lot of tennis players fall down on the ground playing tennis, even in that tennis open, from myocarditis. You didn't see it because your media would never show it to you, but many of us have seen the 700 or so athletes just fall down to the ground, after having taken the shot, on the field, as was the case with this recent football player, uh, Mister Hamlin, Delmar Hamlin, uh, and many others, as we have warned.

"Following his victory, Djokovic visibly teared up, hiding his face in a towel, while sitting on the sidelines awaiting the trophy presentation. Afterwards, he told reporters, 'Of course, when I went into my box, I just think emotionally. I think I just emotionally collapsed there, teared up, when especially my mother and my brother, when I gave them a hug, because up to that moment, I was not allowing myself, I guess, be distracted with things off the court or whatever was happening in dealing with an injury. Things happening off the court, as well as that could have easily been a big disturbance to my focus, to my game.'"

Now, I want to lift that up for a moment and kind of preach to you about assignments. Now, Djokovic won the Grand Slam, in spite of all of the stuff that he's going through, because he understands focus. Great, (clears throat), excuse me, great players know how to focus. When you are committed to an assignment, you know how to focus. He knew that this was going to be the big Grand Slam. He knew that this was going to be a big victory if he didn't get distracted. And how many of us get distracted by all kinds of things? It's so important when you're doing something, how to stay focused, how to diminish things, set them to a side, to the side, and actually do the job at hand.

I've been watching Novak Djokovic for just, maybe ten years now easily. Easily the most focused, most well-conditioned athlete on the planet. His game is superb; it's phenomenal. "Djokovic had overcome a hamstring injury requiring him to receive 77 therapies a day." He has a great diet; he does a lot of things. I mean his body is phenomenal, just really phenomenal. "He also faced a media backlash involving his father, who earlier, during the tournament, was

photographed with a group of fans holding the Russian flag and the Z symbol, understood as a sign of support for Russia in its conflict with Ukraine."

See, there's another, another issue there. Do you know what that is? All of this group thing that goes on, like when you hear the media going, yeah, for Ukraine, boo for Russia, uh, you better do your own research, because you're being hoodwinked again by the media around really, what's going on, on that border between Russia and the United Nations agenda to actually take the domain of that area. Now, I hear even Christians constantly, just running with the media rah-rah news propaganda, and I go, "They haven't done the research." They haven't done the research to know that we set that puppet clown up, who happens to be the president there, who came out of acting, has no political experience whatsoever. But you don't have to when most of what's going on in your world is nothing but a, uh, a propaganda scene; you don't have to know anything. We prop you up in front of a camera, we tell you to act like you're a president, and we'll do the rest.

People have gone over there. Uh, individuals have gone over to Ukraine and have watched and have videoed it, you can get it online, areas of Ukraine where there's no war going on. They say where's the war at? Now, there was isolated areas where war activity is taking place, but they were seriously questioning what you were getting in the media, because the media knows how to take a camera, hone it in on one area, make it look like everything's being blown up. Now you know this is the truth and, you know, you might want to ask why Russia wouldn't want Ukraine to be taken into the United Nations and become part of the United Nations, so that their bombs, and their planes, and their ships, and their resources could be plopped down, right up against the border of Russia. I mean, I mean that's just common sense. Anybody that understands something about war realizes we're not going to just let our enemies just sit right on our borders. We wouldn't do that here in America.

Then we come to find out, didn't we, that we had something like 13, uh, Level 3 laboratories in Ukraine studying viruses; 13. And Putin summarily destroyed all of those laboratories. So, who's telling you the truth? So, I respect Djokovic so much, because what he doesn't do is he doesn't allow himself to be corrupted by mainstream media, and here, God gave him the grace to win again. He said, "You know what? It's just a year, that's all it is. Just one year. I'll hold up one year, keep the integrity of my body." He watched everybody else get sick, he stayed healthy. Uh, and he's getting older anyway, so he didn't want to take the chance of what we all know is going on all across sports, entertainment, everywhere. People are getting sick and injured; we all know this.

He didn't want to take the chance, why should he? He only had one more record, one more game to win, so he  did it in one year, he waited one year. "Djokovic is known for his success on the tennis court, gained even wider fame for his outspoken stance against mandatory COVID-19

vaccination and for bodily autonomy. In a February 2022 interview, a BBC reported asked Djokovic if he was prepared to forego the chance to be the greatest player that ever picked up a racket statistically, because you feel so strongly about the jab." He said, "Yes, I do."

"When prodded about why he felt that way, Djokovic stated, 'Because the principles of decision-making on my body are more important than any [type].' Throughout 2022, Djokovic said he was willing to forego other Grand Slam tournaments such as Wimbledon and the French Open, rather than get vaccinated with COVID-19." Now see, this is called integrity, ladies and gentlemen, and God honors that. "The issue resurfaced following Djokovic's victory on Sunday, when tennis legend John McEnroe and sports broadcaster Chris Fowler engaged in a debate, live on ESPN over Djokovic's vaccination status, and the tournament he missed as a result. Fowler said Djokovic missed tournaments such as the Australian Open and Wimbledon '22 as part of his choice. To be fair, adding, 'He made choices that led to that for some of those things.' McEnroe, in response to that, "I think he should have been permitted to play.'"

Now, we all agree with that. He should have been permitted to play. "According to Fox News, McEnroe previously spoke out in support of Djokovic's stance." This is what we did with Kyrie Irving, this is what we did with that other young African American player in the NBA; we said they should play. There was no justification for this type of Hitlerian isolation, turn these guys into pariahs, like they're the worse thing on the planet because they weren't vaccinated. And now that we know it's a lie, the media will not even go back and say we were wrong in that information, and we should have never jumped to these kind of conclusions, and been discriminatory against people's income and finances. But you see, once they start rolling back, then you got to roll all the way back. That's why Pfizer's not doing it.

1-triple 8-367-5329. I've got three lines open. 1-triple 8-367-5329. I've got three lines open. When we come back, I'll get you Barbara, on line number two. Three lines open, 1-triple 8-367-5329. We'll get a chance to talk about it and we'll be right back.

(A break is taken.)

ANNOUNCEMENT:     And now, back to Life Line.

GISTAD:     And we are indeed back. The time is 6:07 on the Monday edition of Life Line. All right. Wet your whistles for an hour with information and data. It's time to have some conversations with you; however, two lines are open. 1-triple 8, one line, 1-triple 8-367-5329. 1-triple 8, 367-5329. Let me go to line number two and talk with Barbara from San Francisco. Barbara, are you there?

BARBARA:     I'm here, and thank you so much for taking my call.

GISTAD:     Yes.

BARBARA:     Can you talk a little bit about the respirators, [unintelligible] machines that they bought that they were running out of, those machines that was killing people, the respirators. Can you talk a little bit about what's going on with that and where are they now?

GISTAD:     You are talking a little bit fast, Barbara. I do know about the respirators, what were you asking about it?

BARBARA:     What, what happened to them and how many people died from those respirators, because I have a feeling though that [unintelligible] on that machine.

GISTAD:     Right. Well, that was a tragic, tragic, tragic protocol that at some point, we will have a Nuremberg II, legal reprise against, uh, the CDC, because the CDC made these recommendations, (clears throat), and it came down to hospitals across the nation. New Jersey probably was the biggest debacle, with most of the people that were on respirators, and they were the older people too, Barbara. Unfortunately, a good portion of them were African Americans, so this takes us down two or three important rabbit holes. And that is to say that the respirators, and this has been proven, were only a last resort, which was employed because there was a rejection of alternative methods of dealing with COVID before it reached the respiratory level, before it reached what they had called a [vericle], a very critical, uh, very critical mass. It's a term that will come up shortly, and then I'll remember it, but what was happening was they could have caught it early, before the body went into this kind of storm of what was really, ultimately, blood clots in the lungs. They thought it was just some kind of viral fluid, but the lungs were becoming blood clotted, and so they put them on respirator, and the respirator wasn't what they needed.

"What they needed was blood thinners, as Doctor McCullough plainly said, and others who had actually, successfully treated people up to the tune of 80 to 90 percent;' this was Doctor McCullough, "Doctor [Zelinski], who passed away, Doctor Pierre Kory, and others said these people never should have had to reach the level of respirators." Basically, respirators, along with, uh, a kind of…they were also put in that comatose state. So, they were really given a death sentence, and this is going to come out in decades to come. Those people were largely, they were largely murdered, because when we discovered that these different repurposed drugs, Ivermectin, hydroxychloroquine, and complete, uh, systems of, of medical protocols that these good doctors already knew how to treat this, were already employing and people were overcoming it, and even after we, uh, fired the, uh, the, the Mayor of New Jersey, because he had done just such a horrible job, people were still doing, were still using respirators because they were rejecting Ivermectin and hydroxychloroquine and all of these other protocols that were working. This is going to come out to be one of the greatest scandal on the planet.

But one more thing to what you're asking, Barbara, that was problematic to me. That Robert F. Kennedy, Junior, exposed in one of his presentations—and you can go to, uh, the childrenshealthdefense.org and watch what is called *Medical Tyranny* and *Medical Racism.* Doctor Robert F. Kennedy, Junior, has been following Fauci and Gates for decades, how they use medical interventions, basically vaccines, on African people in Africa and here in America, and the harm and death that it has done has been absolutely atrocious; it's undeniable. In fact, Barbara, many parts of Africa rejected the jab. Many parts of Africa rejected the vaccines because they knew what Bill Gates had done to them many decades ago, when they were, uh, giving the babies these jabs, and giving the women these jabs. The women were becoming sterile and the babies were getting sick, and all kind of diseases were occurring.

All you had to do was a control trial to prove whether a thing is working or not. Give a group of people your poison, give, take another group of people that are equal in status and don't give them the poison, and over a period of time, expose them to the natural elements and see who does what. And it was evident in the nations that did not take the jab, people did not get anywhere near as sick as people are getting today. By the way, if you don't know it, America suffered the worst of all this so-called COVID stuff, next was the UK, and we know it was because of the jab. We know that the jab now, increased the likelihood of getting COVID, getting it more severely, and then also having side effects from it.

So, like they did in Nuremberg, Barbara, they hid this information for about ten to twenty years, and many of the Jewish survivors today are saying that the governments of the world, the global, uh, governments of the world waited way too long, and way too many of the criminals in Hitler's regime got away. And then finally, when they caught some of them, you know, they made a public trial out of it. It looked like, you know, we punished them, but in reality, a lot of people got away on this side of eternity, and a lot of people are going to appear to get away. Fauci is going to walk, [Burge] is going to walk, Collins is going to walk; several of them are going to walk, but they going to walk right into the judgement of God.

BARBARA:   That's right.

GISTAD:   Because they still got to give an answer to what they did, even if it looks like they're going to get away with it in this life. Do you have any other questions, my dear Sister?

BARBARA:   No. I just want to thank you for your conversation and, uh, I'll continue to listen to you and support you. God Bless.

GISTAD:   You too, my Sister. God Bless you too. Uh, so, absolutely important, I'll put it like this. Uh, I'll put it like this, too many times, when a perpetrator, which is a predator, dominates a prey, and the prey gets away, uh, in the animal world, the prey always remembers the predator

and never, ever walks up into the arms of the predator and say, "Take me. Do with me what you want." But human beings are stupider than goose in a snowstorm, because when the prey, for human beings, gets taken by the predator, which are governments and medical institutions, and the psychological associations, and, and big business and big tech, if they should escape, guess what happens the next generation? They do it again. They go right back to the same people that have been harming them from the beginning, and let them do it to it, to them over, and over, and over again.

This is what is so phenomenal to me about black people here in America. They know they have been ripped off over and over and over again by our government, and then Bill Gates wants to say I'm sorry for what happened to black folk with, uh, Tuskegee, and still it's part of the cabal of getting black folks on all these drugs, and making them sick, and keeping them on these drugs. And you know, [all] black people with all kind of sicknesses, it's undeniably associated with what's going on in the medical industry. We need to wake up. I've got two lines open. 1-triple 8-367-5329. Two lines open, 1-triple 8-367-5329. I told you the truth. I'll be right back.

   (A break is taken.)

ANNOUNCEMENT: And now, back to Life Line.

GISTAD: Indeed, we're back. One line open, 1-triple-8-367-5329. One line open,   1-triple 8-367-5329. Let's go to Morgan from Concord on line two. Morgan from Concord, are you there?

MORGAN: Yeah. [Inaudible.]

GISTAD: I can't hear you.

MORGAN: [Inaudible.]

GISTAD: Sorry, you are breaking up. You must be in some bad area.

MORGAN: I'm here. Are you there, Pastor Jesse?

GISTAD: Yeah, I'm here now.

MORGAN: Yes, hi. Uh, I just wondered what your opinion of was of the new, uh, money, cryptocurrency, and how you felt about that. I'm kind of wary of it myself.

GISTAD: What do you mean the new money, cryptocurrency? You, are you talking about…

MORGAN:      Well, I mean, the relatively new thing that's out there, uh, and whether one should invest in it.

GISTAD:      You mean like bitcoin and all of those groups?

MORGAN:      Exactly, yeah.

GISTAD:      Okay, all right. So, they're not new. They've been around for a while, and many men in technology, particularly computer technology, have been working on different kind of systems of economic independence, autonomy, systems that cannot be usurped or controlled by the, uh, IML, IMF—the International Monetary Federation. Those, these kind of cryptocurrency systems are, uh, noble in their concept, Morgan, noble in their concept, because what we know, like every government has ever existed on the planet—this is what we know. If they can get control of your money, they have control of your life. We know this, we also know that America is part of a larger corporation of a global agenda to, uh, to ultimately, uh, put an end to borders and nations, and create a one-world economic system. This is not what we guess or think, this is what we know; it's already in place.

When you have an International Monetary Federation, when you have an international monetary banking system, when you have the vast majority of the money barons of the world working together that creates this different, what we call federal reserve systems that are all over the world. These are tentacles operating out of a cabal of one larger economic structural system, and their placed in our countries, and we think the Federal Reserve is part of a federal government system. It's not, it's, it's an economic paradigm, an economic model, an economic cabal for actually creating conditions by which human beings are used to, uh, commerce, and trade, and the exchange by virtue of their labor of work, receiving a debt note called the dollar, and with that debt note, which is a promissory note, not even really money, it's just that you get to engage in goods and trades as a consequence of your labor. But the vast majority of your money has been in the bank almost all your life.

Let me go ahead on and press into that a bit more, because I've been talking about this for a while. We have been conditioned for I don't know, maybe a hundred years now in the West, to have the vast majority of our money in a bank, being controlled by other people, being used for their profit, not ours, because the interest rate that we get on our dollar is completely wiped out by all of the different little goodies that you get, in terms of, uh, the banks, uh, methods of protecting your money, giving you credit for this and that. Your money is being used by them, and they're getting interest rate levels and the use of your money in the stock market and around the world, at levels that are making them filthy rich, and you and I aren't getting anything out of it, but a dollar here, a dollar there. On top of that, you won't meet one person on the street who has a $100 thousand in the bank, and they can go in the bank today and say I want my

$100 thousand. The bank says, "Sure, Mister Smith. Wait here for a moment, I'll be right back with your $100 thousand."

No bank will give you that $100 thousand, and any time soon. They will tell you it's going to take a week, it's going to take a month, it's going to take some time. Now, you get to transfer your money from one thing to another, like you can transfer that debt note to a home, if you want to purchase a home, but you're not going to see that money. If men and women, all together at one time, went into their bank everywhere in America, we would be, we would be made known quickly and rudely that there is no money in the bank. That these are all numbers games and that to demand our money, if there's too many of us at one bank demanding our money, in all likelihood, they would have to pay us our money in increments over the course of a year. Which means what we've earned, when we turn a check in, this is a whole banking system, where we're fundamentally slaves. We don't have control over our own money.

Now, it's quite scary too, Morgan, because I'm discovering more and more as I press into the reality of what's going on in my world, that people don't even want to hear this. They don't even want to even hear us talking about the fact that you need to really have much more control over the few dollars that you have in your bank account than the bank does. But no, what we want is to make sure that just like we want the government, and we want the medical industry, we want the banking industry not to lie to us. We want them to be able to give us what we need whenever we want it, and, and hope that it's there when we ask for it, but largely what we're doing is complying with their system. You'll notice we're putting more money in than getting money out, and they're just happy with that.

And now, all of a sudden, you hear our government talking about wanting to go into a digital credit system, and not even asking us about it. Not even saying, you know, this is your money, you Americans, and we should be having a conversation with you. What do you think about us translating your money into a digital credit card, so all you got to do is swipe it; albeit, it's going to have all kinds of conditions under it. If you don't do what we say, you won't be able to get your money on time, and we can stop you because—I can talk to you about that after the break. People who have, uh, ran up against the government have found out quickly that the government can shut down every electronic mechanism you have, including your banking account in a split-second, and the next thing you know, you don't have access to your money. This is what we are now.

So, the cryptocurrency mechanisms, uh, the systems and concepts that they were trying to employ some 30 years ago, up to today, where it was designed to free men and women up from government takeover of our finances, so that we can have a handle on our money ourselves. You go into the bank and you say, you know, I want $100 thousand translated from a dollar into gold coins or silver coins, and you will be investigated. It's your money; they will investigate you.

That's why a lot of smart people have been dealing with that over the last several decades incrementally, making sure that a good portion of their money is elsewhere, other than a bank.

We've got a lot to deal with going forward, but we've been told by Orson Welles, we've been told by all Aldous Huxley, we've been told by all of the smart seers that we're coming up against a complete control system dominating our lives and fundamentally, at the economic level. This is Revelations 13:16-18 as a paradigm. We don't be able to buy or sell if we don't submit to their policies or systems. See, this is where, uh, if you define yourself as being created in the [unintelligible] day, and freedom is one of the fundamental qualities of your human rights, then you're going to have to fight like hell to maintain your freedom, because our [unintelligible] system cannot function when people act like they're free. It can only function when the prey submits to the predator, and hopes that the predator doesn't eat them all at once, and that's what we are in our system.

I don't think there's an escape, my dear brother, with the bitcoin system, because we just saw how that, the young Jewish brother who was running a bitcoin system that had engulfed all kind of people, went completely bankrupt. Our government is going after him and everyone else to try to make sure they don't have those kind of control mechanisms to isolate themselves from the International Market Fund.

Well, thank you for your call. We've got to take another break. When I come back, I'll deal with James and [Eddie]. Two lines are open, 1-triple 8, 367-5329. I am really thinking this one through too, because I have so much respect for people who love freedom, but freedom without virtue is a curse, so we need virtue. I'll be right back.

     (A break is taken.)

ANNOUNCEMENT:    And now, back to Life Line.

GISTAD:    Indeed we're back 6:34. We've got two segments to go, the number is 1-triple 8, 367-5329. 1-triple 8-367-5329. Uh, Morgan, thank you for that call, keep listening. We will be shifting at some point to blow the alarm, blow the trumpet concerning this next move on the part of the globalists. The, uh, World Economic Forum, uh, [dabble or dobble], if you will, G20. Our administration, the Biden Administration, along with the, uh, the Obama Administration, uh, we're not quite sure if Trump is in yet. We're going to find out whether he's a ruse or the truth in a few months, but, uh, there are global interests that are definitely intending on reshaping the economics of this world, and if you don't cooperate, they want to have the ability to cut you off right away. That's why your bible is so trustworthy when it's properly interpreted. It deals with themes, it deals with paradigms, it deals with models.

The Roman Empire did that early in the first century, when it mandated that men and women bow down to the [unintelligible] of these pagan rulers from Vespasian to Titus to Domitian and others, for many, many centuries, and if they didn't, they would not be able to work. They would be taken from the guilds; they would be forced to be ostracized. They would sometimes be put in prison, and they were given marks on their hands and on their foreheads, and their backs as a symbol of slavery. Our bodies are always what the enemy wants, because our bodies are the only thing that can express any kind of purpose in this world, whether it's for good or for evil and so, we are dealing with that today.

It was, again, in the Hitlerian era, the Jews right now will tell you that there were marks put on them. They had the numbers on their arms to show it. They were slaves, temporary slaves to a maniacal, demonic, uh, totalitarian system, and they're doing it today. They're doing it right now as we speak. They started with the jab. If you follow that whole inventory carefully, everyone that's jabbed has a number. It's just the truth of the matter, and they're going to keep jabbing. This mRNA technology is not going anywhere. It's going to continue until it becomes normative in our society and everybody will have a kind of public health system record via, uh, via vaccination. That's the goal. If they can achieve it, if they can bring enough fear and cause people to kowtow to their fear, and just realize the only way you're going to survive is if you take the jab, and the jab come with a number, and everybody gets a number. That's the goal of the Beast. He wants to number you; you're nothing but a number to him; nothing but a number.

Let's go to line number, uh, we'll go to line number three and talk with Eddie from Novato on line three. Eddie, are you there?

EDDIE:      Yes, sir. Yes, sir, thank you for taking my call.

GISTAD:    It's been a while, brother.

EDDIE:      Yes, yes. I love this and I tell you, I can't wait. I got kids to pick up and this and that when I'm on hold, so it's nothing personal when I disappear.

GISTAD:    I get it.

EDDIE:      But it's still great to have you going. I hope you go for the next ten years and, uh, I'll find you if they take you off the air, but you are preaching it, and I think we're reading right down the same line, the same thing. I'm really grateful that you have this platform, and I again, praise God for that.

GISTAD:     So, what you been up to, man? What, what have you been doing, you know, since the last time we were on a run dealing with some of these control factors. What have you been up to?

EDDIE:     Oh, you know, it's probably the, uh, it's the, uh, third year. Right?

GISTAD:     Right.

EDDIE:     So, uh, I decided to read my bible once a year, since March 2017, so I'm on round three, reading it through.

GISTAD:     Got it.

EDDIE:     I'm grateful for that. Uh, and, uh, I'm watching the community open back up a little bit. There's some masked people around.

GISTAD:     Uh, yes.

EDDIE:     And not too many people are talking about it, but the parents are still getting stoked when they can, uh, kind of virtue signal that they're…we can't make it to this time because we're getting our vaccinations and all that, and that's just kind of heartbreaking to me.

GISTAD:     Sure.

EDDIE:     Uh, and uh, I have a theory here, and it's kind of tough, because we were censored before, uh, you know, before, because you can't really talk about this stuff in public, unless you're, you know, under the, under the thumb of the pharma, the pharmacy.

GISTAD:     Sure.

EDDIE:     The jabs.

GISTAD:     Sure, what's your theory?

EDDIE:     [Inaudible] because it's just kind of underground. You could lose your whole business in one, one mention, and, and now I'm in a different dilemma because there's the jabs who don't know Christ, and they're scared.

GISTAD:     Yeah.

EDDIE:     And then there's the jab Christians that I know well.

GISTAD:     Yeah.

EDDIE:     And, and the problem I have is I can't start explaining all this sudden, 20 percent rate of unexplained deaths in the age group 22 to 45, because if I start bringing this up, I'm going

to scare my Christian friends, and I'm going to scare my clients again because they're all boosted to the max.

GISTAD:    I know.

EDDIE:     My, my goal is to probably figure out, you know, through certain lines, what, what's the homeopathic remedies to kind of thin out the clots that I could…I'm not a doctor or anything, but just to suggest, are you taking your this or that.

GISTAD:    We're already, we're already doing that Eddie. We're already, we've been, we've been giving people detox protocols for a long time. I have a whole list of information I can send you if you email me.

EDDIE:     Yes, sir.

GISTAD:    People have caught on. Detox does work for some. For some people it won't work, for some people it will work, because you know, depending on the fortune that they had not getting a batch of really high mRNA technology. So, when they took the shot, it did not release the multiple millions of, of spike proteins that some people unfortunately had to endure. And, uh, and obviously, because they had to test to see whether or not this stuff works, they had to do what are called placebos as well, so some people did get the placebo. And they've already tested this. They've already proved what batches were more toxic, what batches were more, uh, what were more, uh, contaminated with [unintelligible] and things like that. All that information has been out for a long time and, but we do have, uh, detox information.

If you email me at gbchayward@gmail.com we've got great doctors and institutions out there that are trying to help people heal from this, heal from, you know, pseudo long-COVID, heal from the vaccine injuries, et cetera. It's working for some, because of course, our bodies are fearfully and wonderfully made, and in fact, they can overcome almost anything. As Judy Mikovits said, "Just stop taking the jabs," that's all. Stop taking the jabs and start working on your health, because it can turn around. If there is permanent neurological damage, if there is a permit, permanent vascular damage, there is some major damage, but, uh, there is a whole litany of testimonies and resources to help people who have been jabbed and injured, or just jabbed and they can feel something's not right about themselves, and they need to, you know, help their immune system recover; there's plenty that can be done. So again, if you email me at gbchayward@gmail.com , I'll give you that information.

That's a great way to also be ready to help your loved ones, when their eyes open up to the reality that as Bill Gates plainly said, "We know this doesn't work." He sold his stock, he made another $100 million off of it, then he finally says, "We know it doesn't work. We need to do something else." And so, the cat's out of the bag. If people want to walk in denial, they can, but we're there to help them if they want to be helped.

Listen, thank you for the call, my dear brother. gbchayward@gmail.com Let me go to line number four before I go to break, and talk with James from the Bay. James, are you there?

JAMES:      Hey, I appreciate it. How are you doing, sir?

GISTAD:    I'm good, man. Good to hear from you. What's your thoughts?

JAMES:      I mean there's so many of them, I'm just trying, I'm just trying to, uh, get the primary one out that makes the most sense, because to me, without it, you can't go anywhere. I think the last segment, you were talking about truth and virtue.

GISTAD:    Yeah.

JAMES:      Well, to me, can there be a virtue, can there be any freedom without truth? I mean to me, uh, I think you said [unintelligible], you should know the truth, and the truth will make you free.

GISTAD:    Yeah.

JAMES:      I mean I reached the point that there's no truth outside of the Lord Jesus Christ. I mean I get…well, I want to make sure I frame that correctly. I guess the only way you can be guaranteed truth is through the Lord Jesus Christ.

GISTAD:    I agree. I agree.

JAMES:      And since we have a system that's trying to overtake us, we know it's not our God, because we belong to God.

GISTAD:    Right.

JAMES:      And as long as we know we belong to God, we know who we are and whose we are, see I think we can rest in that truth and know that He is going to give us discernment in whatever area or category we need it in. However, we just can't, we need to know the truth. It's just not enough to—let me sure I frame this, uh, it's just not enough to know the Scripture. We have to know how to apply the Scripture to our life as it, as you've been doing, as you've been helping us all do as it relates to, you know, the COVID fiasco, as it goes to politics, as it goes to every other area out there, where truth is not being, where truth is not being accepted. Truth is not being lived with a lie that is being lived [now].

GISTAD:    You said that perfectly. I've got to take a hard break. You said it perfectly; you came through. John 8:31 says that if you are my disciplines, you will continue in the truth. That is an ongoing relationship with truth. Truth is Aletheia, it means to unveil what's really there. The goal of truth is a discovery of what really He is, according to God, and that's a continual process of discovery. Biblical truth is to be plopped onto every area of life, so we can see those areas of life in light of the truth as God has said it, and then we'll be liberated. That's a long process, my dear brother. This is the Monday edition of Life Line and I'm going to take a break, and then we'll be right back.

(A break is taken.)

ANNOUNCEMENT:    And now, back to Life Line.

GISTAD:    We are indeed back. We've got about eight minutes on this program before we go to our final caller. Headlines, growing number of doctors say they won't get COVID-19 booster shots. They don't care what Newsom is saying about punishing them. In fact, that's going to be overturned shortly because it's just completely unconstitutional. "A growing number of doctors say they will not get COVID-19 vaccine boosters, citing a lack of clinical trial evidence. I would say. "I have taken my last COVID vaccine without RCT level evidence it will reduce my risk of severe disease," Doctor Todd Lee, an Infectious Disease expert at McGill University wrote in Twitter.

Doctor Vinay Prasad, somebody I kind of know a little bit more intimately, a professor of…yeah, epidemiology and biostatistics at the University of California San Francisco, also said he wouldn't take any additional shots until clinical trial data becomes available. "I took at least one dose against my will, he said. It was unethical and scientifically bankrupt." You know, he's one of those brothers too, like a lot of them, they've come around now. They were upset with several people who were, who came out the gate with the truth, but now they are seeing the folly as well and they're not doing it. So, good for them, glad they're showing up to the battle, because the battle is not over with; it will continue.

The government is going to be bent, hell-bent on seeing whether or not the American people are sheeple, that they're fearful, that they're compliant. This is what communist China has done. Until people are out in the streets, your government will continue to actually impose policies because they know they have the hearts and the minds of fearful people to do whatever they want, no matter how unscientific it is, unconstitutional it is, and how wrong it is.

Let me go to line two briefly and talk with Tim from Hayward. Tim, are you there?

TIM:    Yeah, I'm here Pastor, PJ. Hey, excellent sermon yesterday, but I just wanted to lay, uh, relay an experience I had. When I was in the Air Force.

GISTAD:    Uh-huh?

TIM:    I had to go through training because I was assigned to flight status. So, you had to go through the altitude chamber training, and what they did was you sat in this room and they were able to simulate a rapid depressurization of an aircraft when you're inside at high altitude.

GISTAD:    Yeah.

JAMES:    And what they did when they hit the button is dumped all the pressure in that altitude, all of a sudden, there's just this cloud of water vapor that you can…it's a cloud, literally a cloud. You cannot see the hand in front, you cannot see your hand [inside] of you.

GISTAD:    Right.

JAMES:      Right? So, fast forward to a few weeks ago when I was thinking about this. When all the propaganda and all the narrative came out, it was like wow, I can't believe it. It was unbelievable to me.

GISTAD:     Right.

JAMES:      Everything. The, the get the jab, stay at home, isolate, socialist distancing, all that. It was like they, they, they displaced all the truth about it with this narrative and this lie of propaganda. And I hope I'm making some sense about this. They, uh, it was just, it was just weird to me at the time, but the lie kind of clouded the, the truth about what you were talking about before the break. It's about the truth. The truth was clouded out. It was just obscured by a lie, and the propaganda, and false narrative.

GISTAD:     I get it. I get it. I totally get it. I talked about this, Tim, about a year into the COVID scam, and I told everybody we were in the fog of war. I, I've talked about being in the fog of war; I recently talked about it too. The fog of war is a strategy of, uh, of overloading your emotional senses, your, uh, your, your limbic system with fear, propaganda on all sides, to the point that you, you go into a fog, you go into a paralysis, you go into a state of, uh, it's kind of a psychological paralysis. You become vulnerable to external, uh, sources telling you what to do.

This is all part of…this is what Hitler did. Again, if people were to watch the, uh, USC Show-Up Foundation Holocaust Survivor presentations on YouTube, they would all tell you when they lied to the people to get them to go into the ghettos, and from the ghettos into the concentration camps, the propaganda of lies was always telling you something opposite of what really was going on, and what really, your own instinctive, intuitive alarm system was telling you. And then, when you finally got off the train into these concentration camps, they blitzed you with horns, and noises, and rabid dogs barking, and the, uh, the soldiers just, just screaming at you, and pushing you down, and hitting you with their guns. It was all to discombobulate you and completely paralyze your sense of organizational skills, your, your ability to what is called rationale. In your mind, you and I are, are rational creatures, and so, we have to try to rationalize what's going on, and when we are not allowed to rationalize, and this is what our, our law enforcement agencies will do when they're trying to catch a criminal. They'll, they'll blast the horns and cut the lights on, and kind of put you in a, uh, a paralysis state to, to control your next move, and this is all military stuff.

This has been going on for a long time, and this is where people have been, and some people are still in the fog, but fortunately, what has happened, as you know, Tim, many people adjusted early on and started fighting the battle in the fog, because you can fight in the fog; you just got to pray for night vision. This is what I talked to us about a few weeks ago. That God is called the believer to have night vision. It's the ability to walk by faith in the grid of scriptural truth and to be able to see the invisible hand of God as he controls what's going on, already letting us know, no way will we be harmed if we trust him. If we simply trust him, we don't have to worry about it, but that trust will mean that we have to stay within the parameters of obedience. We can't let another voice tell us to go to the left or the right. We have to hear God's voice.

This is what Jesus did with the disciples in John 14:31, when he said, "Let us go hence. We must go forward." He took them right into the fog of his suffering. He took them right into the war of the rulers and the Centurions come to take him. He took them right into the war of fatigue, and they were fearful and they were troubled. Jesus said it's going to be all right. You're going to be scattered, but I'm going to gather you back. I'm telling you before it happens, so that you can know that this is from God. And often, what you and I are going through is exactly the same thing.

And so, what we have to do is say, "Lord, at what time I am afraid, I will trust you. Give me ears to hear the right voice, so that I can move in the right direction, and do the best good in the darkness that you often are allowing to test us in." That's while we are in the light, we need to walk in the light, because when the darkness comes, the only thing we'll have is the last light that we had.

ANNOUNCEMENT:    Opinions expressed in the preceding program do not necessarily represent the views of the ownership, staff, or management of KFAX. Copyright Salem Communications. All rights reserved.

**END OF DOCUMENT**

EXHIBIT 3

**Keene Et al. v. City and County of San Francisco, Et al.**
**Court Case No.:  22-cv-01587-JSW**

**Recording of:  Life Line Radio Ministry – 02-13-23-fauci-and-bill-backtrack**
**Date:  02/13/2023**

ANNOUNCEMENT:     Opinions expressed are not necessarily those of Salem Media Group, their station, or its advertisers. Live from Northern California, it's Life Line with Jesse Gistand. He's the host of Way of Grace, a pastor, and a community leader. He's a teacher and an inspiration. He's Life Line's own Jesse Gistand.

JESSE GISTAND:      Well, welcome. Welcome to another Monday edition of Life Line. Your good host is Jesse Gistand, in the house with you, glad to be able to engage you for this next two hours in what we want to call courageous discourse—freedom of speech, engaging in the topics that people fear often and are trepidatiously cautious to want to address because we have been conditioned, quite frankly, in our country not to be as probing and analytical and critical as we ought to be, given the environment, given the circumstances, given the world we live in, and I am so glad to be able to facilitate you on that. This is Jesse Gistand, as you heard the announcer say. Uh, a lot of things true, some things not so true, but glad to be here, quite frankly. The number is 1-triple 8, 1-888-376-5329.

 Another supernatural occasion by which yours truly is chatting with you and talking with you, and engaging you, uh, and eating on some chocolate right now; I just was inspired to pick up a product at Trader Joe's. I bought a kind of a loaf bread with chocolate in it and I'll be taking a [unintelligible] shortly, just wanting to see how it tastes. You know, some of us absolutely love chocolate; it's a pretty good piece of babka bread. And yeah, today's a wonderful day. It happens to be February 13th; you know what that means. You know what that means. It happens to be February 13th, and Happy Valentine's Day soon to be for so many of you out there, who are my favorite friends and loved ones and, and people I care about.

May the love of God and Christ, and may the power of His Spirit grant you the kind of, uh, self-affirmation and dignity that you deserve, being a child of the living God. Notwithstanding what you might be going through, the Lord blesses you constantly and continually, and as you continue to walk with him, be a partaker of the Divine nature. May he grant you the ability to see everything he wants you to see, so that you can arise, move, and go wherever God is calling you to go mentally, emotionally, psychologically, theologically, uh, spiritually, practically, domestically, economically, sociologically, geographically. All of the categories of movement,

which makes up our human nest and our human being, may God grant you the ability to do exactly that.

This is the day that the Lord has made. We have already begun to rejoice. We woke up this morning with the Lord on our mind, and we are trusting that we are on his, as we are in the palms of his hand, as he loved us and gave himself for us, and the person of his son, Jesus and we are children of the living God. We are highly privileged, highly favored and highly blessed, and God is calling you and I because of that, into a greater dimension of commitment to him, and manifestation of his will and glory in our lives.

We've been going through the book of Genesis and we are in the 7th chapter of Genesis, dealing with the, uh, the plight and, uh, calling of Noah, and if you've never heard Noah expounded or preached, I guarantee you, if you go to grace-bible.com, you will hear things about the Noahic event that you never have heard before; I promise you that. Somebody better tell them God has been good to us, to unpack insights and revelations and applications of a God-exalting, Christ-centered nature, so as to move us to greater joy and commitment, to being part of this worldwide, visible, obvious, and durable enterprise, counterintuitive enterprise called the preaching of the Gospel. Men and women don't want to hear today, but it is a must message that must be heard.

Men and women don't want to hear that they're sinners, don't want to hear that they're under the wrath of God, don't want to hear that there's only one, one way of escape. Don't want to hear the proclamation of the exclusivity of the crown rights of Jesus. He is Lord of all, and by and large, many of our faith communities are accommodating the world by not preaching sin, righteousness, and judgement, and that's very bad for them, quite frankly. Can you imagine what the world would have been like without Noah and his universal enterprise being the talk of the town and the talk of subject, the discourse of subject for 100 years? It would have been total darkness, a period of which our Master said in Matthew:24, "Describes the day in which he lived and would be shortly thereafter for 37 years," and it would apply very much to the culture in which you and I live today. We are living in a Noah-like society, in a Sodom and—Sodomite, Sodomite society, Sodom and Gamora society. That is without a doubt, and the people of God need to be more visible, obvious, and enduring.

So glad you could come along for the ride. This week, like I said, it's been kind of a mixed bag of, of emotions for me, high and lows. I have long-recognized that any, on any given day, God gives me [personally], and probably you too, uh, a heart filled with sorrow and joy, both at the same time. We, we all have, uh, we've lost a lot of loved ones over the last couple of years. Uh, either I've heard about it with others that I care about who have lost loved ones, or as myself, having lost loved ones as well. Just a lot of people gone, never to return again on this side of eternity; hopefully, we will see them again. They have suffered mortality and transitioned.

Some, we know were saved and joyfully released to the Savior. To be absent from the body is to be present with the Lord, but others, in a more precarious and painfully difficult scenario, even in some cases, tragic. As you know, we have been dealing with a diabolical, uh, pandemic of sorts, and it has caused a very clear reduction of living human beings on the planet, and that has made many of us sad. At the same time, babies are being born, families are restructuring what the, what the value of life is really all about. I can tell you this, this whole COVID [led] thing and reset that the world is trying to go through has really opened a number of our eyes, as to what really is going on, and what really is important.

So, you know how God makes all things work together for good to them that love him? That's what was going on here. Now, we're not going to, we're not going to give up on justice and righteousness, and, uh, and, and critique, and the pursuit of vindication for people who were harmed or even killed by this diabolical scheme; we're not going to do that. You're not going to, you're not going to hear the Prophet closing his eyes, ears, and mouth, and acting like everything is okay and folks can walk away. When a crime is committed, as God told us in Deuteronomy:17-08, and many of other portions of Scripture, you are to do due diligence, and make sure that evil does not continue to persist in the land; I am the Lord your God. So, we are observing all kinds of great, great scenarios around the world, where people are becoming brave, which is a characteristic of the prophets and Christ himself. The spirit of prophecy requires boldness and actually speaking out against the corruptions of our world, and the evils that have been perpetrated over the last several years.

I'm thanking God for that and I pray for every whistleblower, and everyone that stands up with a conscience, who says I am my brother's keeper, and I must be about my Father's business. I must expose the unfruitful works of Darkness. I must tear down every stronghold that exalts itself against the knowledge of Christ. When you tell me that we must bow down to Science as we know it, it is an idolatry that must be rejected and deposed, exposed, and, uh, if, if you will, just completely done away with. There's no room in our society for a false savior to rise up, to not only create the crisis that we're in, but then to pretend to give us the remedy for it; we're not going to have it.

We've got our problems here in America, for sure. We are a lost people. That's evident by our inability to even know our identity. We are a lost people for sure, but we are still a free people, and I'm going to share some news with you about that. Over in Australia, one of the, one of the strongest expressions of tyranny, along with Canada and other parts of the UK, which are, which were remarkably unkind and wicked toward their people, when their people simply wanted answers as to two things:  Why are you forcing something on us, and why won't you admit that you have harmed us with the thing that you have forced on us?

Well, we're going, we're going to have some good news today, and just know that justice is slow, but it's sure; it comes in its own time. We might not see it in our lifetime, but it's going to come. And the people of God walk by faith and as [unintelligible], I was told, "Go and tarry, wait for it." When it comes, it won't tarry. I've got two lines open, in fact, three. 1-triple 8-367-5329. 1-triple 8-367-5329. Let me hear your comments, questions, observations, your concerns, your requests on this Monday edition of Life Line. Gonna pay some bills, and we'll be right back.

(A break is taken)

ANNOUNCEMENT:   And now, back to Life Line.

GISTAD:   Indeed, we're back. One line open, 1-triple 8-367-5329. No, two, but you can imagine it's ten, so you can call me. Particularly if you've never called before, I'd love to have you join us on our show. 1-triple 8-367-5329. 1-triple 8-367-5329. Two lines for very brand-new callers. Here's a question I'm going to pose, before I read to you an article. For those of you who have been keeping up with, with me on this whole, uh, COVID fiasco and the worldwide harm that it's done, and the backtracking that's taking place now. I mean there's so much to be able to talk about here at the backtracking.

Big, Big Pharma's not backtracking. They've made so much money, trillions of dollars, and they're sure they can pay their way out of any, uh, successful lawsuits, because they own our government. Our government is in their back pocket, and our DOJ, and many of the judges as well, and because of that, they're pretty sure that they won't go to jail. Besides, unfortunately, many of my fellow American citizens took a jab that they knew nothing about at all. Neither was it told to them, which is a criminal, uh, failure of the hypocritic oath, on the part of the doctors, but it also, the pharmaceutical companies have complete freedom of liability from any harm or danger. This is why they can sit up and just…even after massive, massive, massive misrepresentations of the data, and we're going to see this in an article, and overt manifestations of sickness, and illness, and death by our dear brothers and sisters who thought that they were going to war against a biological disease.

By the way, we're being now, distracted by something else—balloons from China, if you will, as if somehow that is the next existential threat that the pseudo savior of our government has to now save you and me from, and we are to give them our everlasting thanks and an increase in our taxes, because they're doing the job for us; they are doing the job of the American people. They're lying to you. Now, let me get back to something I want to pose as a question, and I'd love to hear your answer on it. Why would Tony Fauci, Anthony Fauci, the face of science, as he says, "If you go against me, you go against science." What hubris. And Bill Gates is collaborator in these global, uh, agendas, and everybody that knows anything about what's going on, know that this is true. Why would Bill Gates and Anthony Fauci, after two years of supporting tyranny and suffering and vicious, cold-hearted separation of loved ones, uh, during a time where a medical protocol was really amounted to nothing but more suffering and death, the policies were horrendous. Why is it that now both of them are going about doing interviews, telling the world that they never really believed that the vaccines would cure the virus? Why would they do that?

Page **4** of **25**

Why would Barbara [Kirsch], one of Fauci's other hitch women, speak out in a book she wrote, where she, she made it very plain that she never believed that these products could have solved the evolutionary dynamic of a virus, because she knows that it doesn't happen with the, with the flu or any other sustained viral strain that is among us, so-called permanently. Why is it now, ladies and gentlemen, that Fauci can come out explicitly, over the last couple of weeks, and say well, you know, we didn't quite believe that the vaccines could ever catch up with the ever-evolving strains of the viruses out there. We did the best job we could, but we recognized and knew. Our science told us when you're behind the gun, it's virtually impossible to catch up with the new variant.

Well, many, many scientists, whom the media, being paid by Big Pharma shut down, Geert Vanden Bossche, being the earliest of them, warned them that when you give a jab, a pseudo vaccine anything that's chasing after the virus, the virus is going to be intelligent enough to look for leaks in that particular product, and then evolve. You were warned about that earlier on, and this is how a virus actually secures its permanent existence among you, by some foolish product having no capacity to actually subdue the virus, and therefore, bring it into herd immunity on the, on the masses of the people. All it does is now hang out with the rest of the different viruses; your flu viruses and everything else. They're here now, to stay.

Why are they talking like that? I have a clue, but it's just quite amazing to me how the criminal can stand in front of the microphone, after having lied to you talking about safe and effective, and now say we never did think it was going to be effective. They wouldn't say safe, because that's like really telling on yourself, but we really didn't think it would be completely effective. So, so why are they doing it? That's what I want to know from you if, if you're keeping up with this. 1-triple 8-367-5329, because they got half of the nation to go against the other half of the nation in making a mockery of people, and ridiculing people, and isolating people, and, and, uh, pejoratively punishing people. Why, why are they being so cass, so crass, open, and blatant about what they knew all along was an impossible thing? Vaccine herd immunity has never, ever occurred in the history of the world. Why now?

I'm asking you, because I can tell you. This here's another switch and bait; this is another three-card Monte. For me, this is another distractive mode of propaganda, but I'm just asking you because, you know, I just want to know if there's some sharp enough people out there that could scratch their chin and go like Sherlock, Sherlock Holmes. I think it was Detective Columbo who said, "Hmm." When these gentlemen open their mouth, we know they're pointing us in the wrong direction. Why are they saying this? Why would they have us do, uh, have to take the crow that they should be eating, and suffering legitimate criminal investigation and charges for, and having us to swallow it, right along with our shameful, and begrudging, and reluctant, uh, history, short-lived history of having done exactly what they said, like a bunch of sheeple, and have not benefitted at all from it. We know the harms and dangers residing in our bodies if we've taken that vaccine. We know that; the evidence is in.

Why would they do that? That's what I'm saying, you know, because I've learned from, for many years now, the word of God has taught me experiences, taught me, uh, you just don't trust authorities until they can actually demonstrate the integrity of saying what they mean, mean what

they say, and then actually bring the proof. That's not too hard, that's not too much to ask for. Listen, you guys, when everything that's taking place we're paying for. I don't know if you understand that. Whenever the government opens its mouth, from the president on down to your local congressman, we're paying for everything that takes place. Did you know that? No, I bet you didn't.

You don't go around thinking that 20 to 30 to 35 to 40 percent, if not more, of your hard-earned money goes into the coffers of the government to spend billions and trillions of dollars on things that do not matter for you and me—military expansion, pseudo pharmaceutical drugs are, like some have said, pharmacolonialistic drugs that are bringing people into all kinds of medical and biomedical traps, and gins, and snares. Drugs that are addictive, drugs that are toxic, drugs that are, that destroy the quality of life, quite frankly; they destroy the quality of life. I, I'm just asking you what, what are, what are they doing by openly, uh, disregarding the pain, and harm, and hurt that our brothers and sisters are going through? I want you to think about that. Give me a call on that as well, I want us to talk about it.

"Australia regulators concealed fatal vaccine induced myocarditis from the public." You don't say. Australia, they, their medical industry concealed fatal vaccine induced myocarditis from the public. No, your government wouldn't give you something that harms you and then hide the evidence. I know that, you know that too. No way would your government give you something that, according to all of the trials before it was given to you, that it could never prove safe nor effective, and in many cases, people died. And then, when people started dying from the product that they gave you that we paid for, uh, they hide it from you. Right?

Now, this is the problem when you remove officials who have been in office for a long time, who have been paid handsomely by these big corporate industries, and uh, and they have done their bidding, and have lied to the American people or to the Canadian people, as is the case here, and this is the problem when they leave. You might just get a brave brother or sister. In this case, it's a sister who has come in to take over from a wicked brother, John Skerrit, M.D. Ph.D., has been removed or has stepped down, and Doctor Melissa McCann, uh, has come in to unpack and discover all of what went on, to let her Canadian constituents, for whom she works as a public official. She's letting them know they were hiding things from you, of which I have no right to continue to hide from you because I'm not like them. I fear God and I know there's a day of account, so I'm going to tell you exactly what it was that they hid from you.

Now, that's not me talking. I'm speaking in the voice of Miss, of Miss, of Doctor Melissa McCann, and when I come back from the break, I am going to share with you what she has discovered. Can you imagine if it happened in Canada that way, how much stuff has been put under the cover, under the rug, hidden in boxes, are just sitting on the desk of Biden and many of the people on the left, who told you over and over and over that what we were using as a solution was safe and effective when there was no evidence to it. Just, can you imagine them all really knowing what the heck they were doing? I can. I can easily imagine that when you don't fear God and when you don't obey him, and when by nature you're a liar and a murderer and a thief. That's what we are as human beings by nature, and if they're children of the Devil, as I suspect in many cases, the works of their Father they will do. 1-triple-8-367-5329. 1-triple 8-367-5329. I'll be right back.

(A break is taken.)

ANNOUNCEMENT:     And now, back to Life Line.

GISTAND:     Indeed, we are. I shared with you before the break that I would read an article to you. I just want to make sure it's in the archives of my labors of love and my work of faith for the Bay Area, in addition to my preaching of the gospel of the grace of God for almost 30 years now, here in the Bay Area, and abroad. The article in front of us, while we are exercising our right of speech, free speech, and we have the privilege of being allowed to meet on this forum by, by Salem Radio, KFAX 1100 on your AM dial. Probably one of the most prestigious Christian radio stations in California, I might say myself.

Uh, the article is about the fiasco going on in Australia. "Regulators concealed fatal vaccine induced myocarditis from the public." Again, don't, don't let your eyes glaze over. Myocarditis is a heart problem. Can you imagine that? Can you imagine taking something that messes your heart up and everybody in the nation wants to keep quiet about it? Can you imagine that? Listen, I can understand if it, you know, created a little bit of micro thrombosis, blood clotting, if you will, some small [toxilogical] effects, but when you're talking about ruining the heart's capacity for full function, and many of the doctors know that people who will get myocarditis or pericarditis will not be able to function [at length] for 20, 30, 40 years. The heart fundamentally, is aged quickly, even when they're children. This is why the notion of giving them vaccines, giving them these particular mRNA technology, spike protein, induced, foreign spike protein, synthetic, artificially induced spike protein is just beyond conscionable.

Here's what it says. "The Therapeutic Goods Administration in Australia, led by Doctor John Skerrit, has been the face of regulatory decisions for Australia during the pandemic crisis." Like the CDC here, FDA. "This week in an explosive set-up of public lectures," an explosive set of public lectures, it wasn't by John Skerrit. It is by the incoming Doctor Melissa McCann, the sister I told you that's taking the place of John Skerrit. This is what Proverbs:18, 17-18, Proverbs:18-17 says, "The one that is first in its own cause." You guys heard me talk about this many times. "The one that's coming first will present an argument that will seem like a shut and closed case, until the neighbor comes and shows you where he's fudging the data, gaming the data, manipulating the data, blacking out the data, modifying the data, and showing you that he is actually rigging the game.

Here she comes, Miss Melissa McCann, bless your heart, who also holds a graduate certificate in allergic disease that Skerrit and the TGA had determined that several young, several young, previously healthy children died of COVID-19 vaccine-induced myocarditis; knows what she says. She says that Skerrit and the TGA, the TGA is the Therapeutic Goods Administration, it's like the CDC and the FDA, had determined that several young previously healthy children died of COVID-19 vaccine-induced myocarditis. I guarantee you that somebody listening to me who's had this experience will wonder. I guarantee you, because we already know the numbers; the numbers are in. Okay? Less than one in 800, that's just ridiculous. One in 800 kids are going to suffer serious myocarditis effects.

That means here in California, where there's 40 million people, and a good 70 to 80 percent of folks comply. That means some of you listening to me have children who are suffering from, uh, shortness of breath, fatigue, uh, and other debilidading, debilitating expressions as a consequence of myocarditis and pericarditis, even if their doctors are not wanting to actually go down that path and prove it. You can though, with D-dimers and troponin tests. You can find troponin tests; you can find out. Look at your troponin levels, they give you the history. You doctors know this, you nurses know this, you PAs know this; you know it. This is not a game when a product impacts your heart like this, and especially children. They didn't even ask to be brought into this crazy world.

Uh, they redacted letters from the TGA to McCann, indicating these facts, and an admission of willful concealment. Listen to it again, this is what it says, "Miss McCann is stating that Doctor Skerrit and the TGA had determined that several young, previously healthy children died of COVID-19 vaccine-induced myocarditis. Redacted letters of the TGA. Do you know what redacted letters are? It's the stuff the DOJ and the FBI, the CIA give you after they sit around and use up $50 worth of black markers to erase every line and sentence of what would be clear evidence of criminal behavior on their part. And by the time they give it to you, as Pfizer did, to some of our brothers in these other countries who were outraged when they got the paperwork looking for the science, looking for the trials, and the paperwork was almost completely blacked out. They said what is this? And that's when Pfizer said, you know what? We're not obligated to show you the evidence. You signed the contract. We can black this thing all the way out, down to the John Doe or John Hancock, and you can't do anything to us legally.

So there you have it. She has, uh, she has been loyal to her Canadian constituents. Professor John Skerrit will retire as head of the Australian Therapeutic Goods Administration. Yeah, all these cats are retiring now. Did you notice that, they're all retiring? They're all pulling out, they're all going to play golf. They're all going to bask in the tens of millions of dollars that they received from Big Pharma and Fauci. We know this and people are like wounded soldiers on the side of the road, because they stood up for their government.

See, this will, this will, this will change your world view. This will, this will wake you up to the reality that as God has said, you are to trust no one; you are to test everybody. You never trust people just in a blanket submission to them as an authority. Your bible is explicitly clear. Governments are under God's authority, they must do what's right, and when they don't do what's right, they are to be held accountable by the people they govern. Without that kind of reprisal, your government will just continue to lie to you as our is right now too, to today. It's so very, it's so very distressing.

"The dossier included letters of concern from McCann and other doctors, and the responses from Skerrit, alarmingly, Skerrit and the TGA did not want to go public with these cases, in order"— listen—"To keep the vaccine campaign going, without vaccine hesitancy among a weary public who are witnessing countless injuries, disabilities, and deaths with repeated injections. McCann," this is the sister, "Was shown each letter and the causality, the causality determination with the vignette of victim after victim. Doctor McCann was supported by faculty, including Doctor Peter McCullough, Doctor Pierre Kory, author John Leake, Mr. Clive Palmer, former MP Craig Kelly, and Senator Ralph [Bobbit] or Babet," whatever. "The shocked crowds were emotional and

angry." The shocked crowds were emotional and angry. "The shocked crowds were emotional and angry at the breach in public safety by Skerrit and the TGA." He that is first in his own cause, eventually will be exposed, because his neighbor will come with all the evidence. Thank you, Miss McCann.

"The United Australian Party hosted these large public programs across the Sunshine Coast, Melbourne, and Sydney. Australia will never be the same. Never has such courage been shown from a rural GP," this is a term for a politician. "In the face of a menacing regulatory agency and physician certification board." Doctor McCullough and Doctor Kory know that. Our certification boards have been weaponized by Big Pharma, to go after any doctor that wants to stand up and tell the truth. The Australian Practitioner Regulatory Authority, "We will find out what the TGA and the AHPRA's next move will be in the months to come. This week has been a historic reawakening in the land down under."

"If you find *Courageous Discourse* enjoyable and useful to your endeavors, please subscribe as well." McCullough is saying, this is so interesting too, because here you and I are talking. Some of this stuff is going to be epic. What we're talking about is going to be epic in years to come. Our grandkids will listen to our dialogue, our conversation, our discourse, our communication, and will go, wow. There were chats talking like PJ in those days, when everybody wanted to keep silent. Wow. Wow, how come there wasn't more? Wow. How come, how come free people didn't act like freedom is worth speaking up for [unintelligible]? Wow. That's what our grandkids are going to say, that's what our great-grandkids are going to say, because you know what?

This is being recorded by somebody else, it's being logged by somebody else. You can't keep the word down; you can't keep it hid. At some point, it's going to come out of the concrete, out of the dirt. Out of the, uh, concrete, uh, what would I call them? Uh, control sequestering authorities who want to suppress the truth and unrighteousness; this is all going to come out. I'm just doing my job now, because I just got a feeling things are going to get worse way before they get better; so glad.

I've got to take a break. One line open, 1-triple 8, 367-5329. Jesus says you shall know the truth because you're my disciples, because you'll continue in it, you won't stop, you won't be distracted. You won't be turned away. We'll be right back.

      (A break is taken.)

ANNOUNCEMENT:    And now, back to Life Line.

GISTAD:    We are back at 5:51. This hour has swung by quickly. Let's go to line number one and talk with Jermaine in Alameda. Jermaine, are you there?

JERMAINE:    Uh, yes, I am.

GISTAD:    How are you doing, my brother?

JERMAINE:    I'm doing very well tonight.

GISTAD:    Good, good. What's your thoughts?

JERMAINE:    You know, I was, I was contemplating the question you asked earlier, as far as why, I guess how and why people, you know, continue to do what they do. From my perspective, one aspect is, is almost, it's almost like the powers of evil mostly are flaunting it because they know they can. Because we see a lot of people who are smart enough to recognize what's going on, but they don't have the courage to do anything about it.

GISTAD:    Right.

JERMAINE:    I know, uh, friends of mine and people that I know, where they can tell you word-for-word just what you're discussing, but yet they're still going to give in, because it's easier to do that. Easier to just, just kind of roll over and play dead versus actually having to put in some kind of resistance, because it's going to be comfortable for them.

GISTAD:    Wow.

JERMAINE:    And, uh…

GISTAD:    I agree.

JERMAINE:    I, I think you can correlate some of the stuff we've seen with, you know, the [hardest], the perverse performance of the last couple of performances where they're overtly satanic at the Grammys or whatever. Then, at the end of those, those rituals, you see like, sponsored by Pfizer. You, you just see it out in the open and there's this distance that people have. They just don't want the challenges, they, they don't want to have any kind of conflict. So why wouldn't somebody continue to do what they're doing, if someone is going to continue to give in?

GISTAD:    And as you stated—this is absolutely remarkable. I wasn't going to talk about it because I don't even…I mean once COVID hit, I, I really restructured my orientation towards deep study of what's going on, on a global level, as well as, uh, what I would consider more prophetically oriented. You know, developments of the biblical text, and you've been a product of that as you know. So, you know, what used to be a leisure for me, Jermaine, like basketball, the NBA; I would love to watch the NBA. Haven't watched it, haven't watched it in years, and then the same thing would be true for the NFL as well. Haven't watched it. Haven't watched it for years.

My ears perked up when Hamlin got hurt and everybody tried to avoid the reality that his heart attack was vaccine induced. He knows it in his own heart. He was in the stands at the, uh, at the Super Bowl and people saw him. He will never play again, and they'll wonder why he won't play again. I mean, if all he did was have a heart attack, other guys have had natural heart attacks in the NFL and, and come back to play. He won't, he won't. They won't give him a release, particularly, if in fact, we know what has happened is really myocarditis, because his heart won't

be able to take it, it just won't be able to take it. And they'll, they'll pay him hush-hush money, but he will be miserable for the rest of his life, for not standing up for the truth, for him and others as well. Particularly for young people that are coming down the line, who are also suffering from these, uh, these jab bombs.

But to your point, which I think is also insightful, the reason our white coat devils can, uh, can be as bodacious and crass and open about the criminal activity is exactly what happened in the days of Hitler, Auschwitz, and the Holocaust. Many of those doctors got away with it for up to 10 years, 15 years, 20 years. It took a long time to bring them to justice, and the common people on the ground were trying to get back to normal. They didn't want to hear about it, they didn't want to, they didn't want to have to evaluate how is it that right around the corner from them, hundreds and hundreds of Jewish people were just hauled off without their protest or their concern or their human rights? They didn't want to hear about it; they were hoping that it went away. That's what they're hoping here.

In addition to that kind of cowardice, failure of commitment to our fellow man, what you and I…and you rightly stated it, because I watched a Super Bowl game and I regretfully hung around for halftime; often what I would do. The only thing I liked about any kind of halftime Super Bowl stuff or some of the weird, funny, and non-perverse commercials. So, me and my wife would often, you know, measure the commercials to see which ones were the funniest, or the most coy, or the most witty, just because humor is a beautiful thing; very little of that I saw in the Super Bowl halftime or throughout the game. Very little wit. A lot of it was a jab at God, a lot of it was a jab at good people, uh, but the halftime show with [Brihanna] was, uh, a demonic display of overt sexual perversion, which is at the heart of the, uh, devilish agenda to destroy masculinity and men.

One of the commercials that had just come on, on this program was talking about infidelity on the part of husbands is escalating, uh, and this happens, you know, on both sides of the sexes, believe you me. Because when we violate that precious and delicate, uh, covenant called marriage, we then become animals, and as animals, all we are susceptible to is the perversion that today is so overtly open. It was Doctor Jordan B. Peterson, who is just recently having a discourse with a female Ph.D. who has written a book on soft porn; the ubiquitous, pervasive soft porn. It's not really even soft porn; I guess it is. I don't even know how hard porn is. God has delivered me so, uh, fully from that for multiple decades—almost a half-a-century now, so you know, I don't have that struggle; other brothers do, but I don't.

But the perversion and the demonic expression that's overt like you're saying, definitely in my opinion, I agree with you, Jermaine, justifies the white coats, and the pseudo-self-righteous, and the pseudo-dignified rulers of our nation to feel like if the American people can sit up and swallow that kind of BS hook, line, and sinker straight, no chaser, and stay asleep, and continue to play church, and continue to live the Babylonian lifestyle, then certainly they're not going to have the intestinal fortitude, nor the virtue, nor the strength, nor the conviction, nor the righteousness, the righteous anger to stand up against all these other atrocities.

It falls into play what you and I have learned by Yuri Bezmenov. You first use first propaganda to demoralize the people, and once you demoralize the people, you create conditions of chaos,

because chaos coupled with demoralization makes people vulnerable to pseudo authorities. Then once they are in a state of discombobulation, you can come in and control them, and that's where we are today. I will definitely let you have the last word before we take a break, my brother.

JERMAINE:     Right. Well, you know, uh, one thing I like to do is use slogans that were against the former regimes like, Resist. We Can Do This. We got this. You know, Together We Can. When I use those slogans to the same people who use them for what their purpose is…

GISTAD:     Yes.

JERMAINE:     They look at me like I'm crazy. [Unintelligible]. That's how you know you've been deceived is the very same thing you were saying.

GISTAD:     Yeah.

JERMAINE:     Is not for the very thing [inaudible].

GISTAD:     Absolutely true. I, I think I can bear record with that as well on a number of occasions. When we think about how the Left was acting so holy and high and righteous in the days in which Donald Trump was in office, and they were acting like [white] had saviors and coming in, and doing things like saying, Silence is Violence, and yet today, silence is absolutely virtuous for them. And as you said, you know, yes, we can, we can, we can win. We can win, and here we are now, no heart to stand up for righteousness, uh, because as the Bible made it very plain, they're all engaging in the suppression of the truth in righteousness, and loving darkness rather than light, and that's where we are today; men love darkness rather than light. They won't come to the light. That their days may be manifest, that they're wrought in God. And see, this is the trap that the enemy has definitely caused us in the West to succumb to.

So, when we're not brave people, the best we can do is lie and say I don't know, but God says you do know, and one day he'll bring it to bear that we knew, and we'll have to, we'll have to answer to that. Thank you for your call, my dear brother. Very good observations. The question still remains. Two lines are open. 1-triple 8-367-5329. Two lines are open. 1-triple 8-367-5329. Why would Gates and Fauci just open wide-up now and just say you know, we didn't think it was going to work. It's just kind of too bad, you know. It didn't, the jabs don't work now and, uh, you know, we got to try something else. This is what we got to do. Why would they do that? I, I have my ideas. I like Jermaine's, but I have my ideas too. When I come back, I'll share them with you on the Monday edition of Life Line. Three lines open. 1-triple 8-367-5329. Let's talk. I'll be right back.

          (A break is taken.)

[44:40 to 49:35  News update and commercials.]

ANNOUNCEMENT:     And now, back to Life Line.

GISTAD:     Indeed we're back. The time is 6:06, we are in the second hour. We've got one line open. 1-triple 8-367-5329, if you want to answer the question, why does the diabolical duo, Gates and Fauci, with the support of Big Pharma, the NIH, the CDC, and FDA, all are suffering all kinds of ignominy right now. A lot of people are leaving those institutions, as you heard me reading the article from Australia, and I'm glad to be presenting it to the few voices out there— few thousands of voices out there, and ears that are listening to me. You can take it and do with it as you will. Why would they just come out and say, well, we didn't…Gates said, I'm surprised that it didn't work. That's not really true, he knew better. Fauci says, well, we kind of knew it wouldn't work, because no vaccine ever works completely. Why would they do that?

I like the way that my previous caller Jermaine put it. They're doing it out of arrogance because they don't think that people will care; just want it to disappear. They don't feel like they'll ever have to answer for it. That's a good reason. I've got a deeper one; I'ma make sure I share it with you too, but we're going to go to line number three. Idris, we're glad to have you with us. We'll get you in a second. Let's go to James from the Bay on line three. We'll get Idris and Dave later. James, are you there?

JAMES:     Yes, my brother. How you doing, Pastor?

GISTAD:     Man, I'm good. I'm good. What's your thoughts?

JAMES:     Uh, man. Well, to kind of chime in on what Jermaine said, uh, it's they don't care because they have the covering of the oligarchs and a chorus to mainstream media or what have you, but also, as any lies, it eventually can't stay the same; it's going to have to change directions. You know? So they're going to look for another place to land you know.

GISTAD:     Yeah.

JAMES:     They'll, they'll be somewhere. I don't, I don't know where, but even in all of that, I'm still encouraged. You know, I [unintelligible] between being a re…we talked about an optimist and you know, and a pessimist. I been [unintelligible] between being a realist and an optimist.

GISTAD:     Absolutely.

JAMES:     And, and the Scripture obviously supports that. Why do I do that? Because in the article that you brought up, the, the truth never has to change. So the other names in that article like McCullough, and Kory, and [unintelligible], the people who we've been talking about for, uh, the last couple of years, they haven't relented or they haven't recanted at all.

GISTAD:     That's right.

JAMES:     They have the truth and the challenge is getting it out. So, we have to, we have to do the lifting. We have to do the digging; we have to find the truth. I mean we're not going to expect mainstream media, uh, to flip on their narrative, no more than we're going to expect them to turn on and be sharing the, the Noah account or the Genesis account.

GISTAD:     I agree.

JAMES:     It's just not, it's just not going to happen, but that does not mean that the truth is not coming out. When you're operating in lies you spend time trying to, you know, plug up the holes in the dam.

GISTAD:     Amen.

JAMES:     But when there are so many holes in the dam, you know, you can't, so they end up backpedaling.

GISTAD:     I agree.

JAMES:     You know, trying to find another way. And I don't know what the next move is going to be, whether it's going to be the finances, the food, I don't know what they're going to try next, but like I said, the faith that I have is my God is still out in front; he's in control. He wasn't asleep during COVID and he's never asleep.

GISTAD:     Right.

JAMES:     As we know that. And the other thing, encouragement that I had—I just had a conversation with a sister who was really interesting. There's another segment of the population that is not talked about, because we know there's people that took the jab, hook, line and sinker, and some of us wouldn't go anywhere near it. But there's also that part of the population who did take it, but…initially. Took it initially, but did not go for the booster. It actually, they are actually waking up.

GISTAD:     Absolutely.

JAMES:     They're seeing what we see. I don't know how many it is, but I think it's a lot more than what we suspect, simply because everybody is looking for a place to fit in.

GISTAD:     Right.

JAMES:     You want to be with the vax or do you want to be with the people who didn't take the vax, but like myself, are still standing for truth and righteousness, and understandingness you know. They see what's going on around us, with a number of people that have fallen ill and they're dying, and so, I'm still encouraged. I mean I don't think they want to have the conversation, because it's sort of like they, I mean there's a certain amount of conviction there. Uh, I think there's, I don't want to say the willful blindness, because they, we can't, I can't use that term because they're waking up.

GISTAD:     Yeah.

JAMES:      Maybe they're just not quite sure how to articulate their position right now, and as long as we as, when I say we as believers could engage them, like I say, in courageous discourse, in love.

GISTAD:    Yes.

JAMES:      To let them know that it's okay, because only by the grace of God that either one of us is still alive, whether we took it, we took it, whether we took it or not. You know, God is still in control of this thing.

GISTAD:    Absolutely. Let me, uh, let me take it and, and basically, uh, codify all your points. In addition to what Jermaine has said, I love this. Definitely, we are, uh, we are not pessimists but we are skeptical, we must be. That's called discernment, but we're also optimists because we understand that the game ultimately is rigged. It's rigged, but not in a way which causes us to abrogate our responsibility. I don't ever feel comfortable, let Christians, letting Christians think that they can be laissez faire, careless, and diabolical just because God is sovereign. That's not, that's not leaning on sovereignty, that is secular fatalism when you do that. Sovereignty is a recognition that the god who is in control has called us to correspond with him, to integrate with him, to participate. This is a participatory knowing.

This is what you and I are learning about Noah. He has participated in God's vision, participated in God's plan, participated in God's [relatory] objective, participated in the end game at such a visceral, practical, obvious, consistent, enduring level. This is what constitutes faith in Hebrews:11. It's never just running off at the mouth, talking about God as [unintelligible], God as [unintelligible], God is [unintelligible]. No. It's getting on God's side of the vision and then serving God in the contents of that vision, no matter what the consequences are. So, the case was for [unintelligible] Noah. They were alone largely, in an agenda where the world was going the opposite direction; that is the believer.

In addition to what you're saying, what we know is if the believer has enough time, if the righteous people have enough time, if people that God has designated to stand for the truth have enough time, the truth will begin to seep through the cracks and, uh, permeate the air, and penetrate the conscience, and eventually disrupt the darkness to a degree that you will, metaphorically speaking, see static and distortion in the narrative, the optics, the escapade of the darkness. Will recognize that the technology of the darkness does not allow them to paint a smooth enough picture to sustain their deception. The screen distorts, it bleeps on and on. The narrative is disrupted. You can tell that there is something deeply flawed in their presentation, and as you said, now they look like they're doing the Michael Jackson moon walk, and they are on many, many levels, while the truth is gradually, uh, coming to the forefront.

And people who have been jabbed are now starting to wake up and admit that they have fallen prey for fear, and would pray that many of them—in fact, if they are indeed believers, just simply tell the truth. What God wants you and I to do, whenever we are wrong in a way in which we hurt people, because you can be wrong privately, and if you don't hurt people, that's just between you and God. But if you hurt people and you are wrong, you got to, you got to make the public, uh, that public reparation good by acknowledging the wrong that you did, and then you'll

be available for data information that has been out there all this time to strengthen you with all might and the [inner man], so that you can from here on out, stand on the truth, be one of those who are like a believer. You can go to those folks who have been jabbed, four, five, six, seven, eight, ten times and say, "Hey, I was like you. I was on that path. I was on that rollercoaster wheel, but God opened my eyes. Too many things were inconsistent and were not right, and now I see it for what it is, and I want my conscience to be clear. I want to stop pretending that I don't know; I do know. I want to stop pretending that I don't see. I do see. I want to stop pretending that I don't care. I do care, and I do actually believe that at some point, righteousness is going to prevail."

That's what you're seeing, James. You're seeing righteousness rising up. The raindrops are coming down and people are realizing that Noah was right, and, and fortunately today, the door to the ark is still open for men and women to enter in and find safety. The Lord is a strong tower, the righteous run therein and are safe, and we're hoping that that continues to be the continued journey here. I've got to take a hard break. More can be said when I come back; we'll pick up Dave, uh, interest, and then Dave. Uh, two other lines are open. 1-triple 8, 367-5329. 1-triple 8, 367-5329. Let's continue the conversation. I'll be right back.

(A break is taken.)

ANNOUNCEMENT:     And now, back to Life Line.

GISTAD:     So much, so much to talk about. If you guys heard that commercial that just came on about the couple, the company that has been fighting against homosexuality, now transgenderism for years, this has been a battle for years. Way before COVID, way before George Floyd, this battle with this company that wants to stand on biblical rights. If, if you guys know what's going on there, this is an omen. This here is a sign. You must know the notion that pink on the inside and blue on the outside is not a political statement, and a judge would make that, that assessment. It's utter nonsense and absurd. It is a travesty of justice when a judicial system doesn't have the ability itself to maintain honor for that which has been a long-standing tradition, clearly a biological integrity, and, uh, and, and a, uh, a constitutional right on the part of the people who say we don't want to promote that, we don't want to sell that.

What do you say when you're saying we're blue? Pink on the inside, blue on the outside, call me a man. You're saying you must buy into my delusion. You must buy into my post-modernistic, uh, neo-Marxist, uh, fabrication of, of tyrannical control over your convictions. Your convictions do not outweigh my convictions. You must submit to my fantasy, my foolishness, my errors, my, my dystopian, uh, gender confusion; you must submit to it. And the baker appears to be in this case, having lost the right to stand on science and biblical truth.

This is what we must be concerned about, courts that become diabolically anti-scientific and soon they will be fearless and careless about the biblical argument, and ladies and gentlemen, when they feel like they have unchecked authority, as Jermaine was saying and James echoed, that's when you'll see the persecution. This is why the Christian needs to start practicing standing for the truth now. This is why we need to stand, start practicing standing for the truth now, because you're losing your freedoms at the logic level, and therefore, at the theological

level, and at the sociological level, and at the psychosociological level. When men become hardened like they are, and they're able to exercise that hardness in the context of authority, wielding the sword of unrighteousness because they simply say so. This is when you and I are in tribulation, but may I say, the rain is coming anyway. The rain is coming anyway, as the prophet said. It's going to rain and that behavior will have its own consequences. Let's go to line number one and talk with Idris from Hayward on line number one. Idris, are you there?

IDRIS:     Hey, hey, Pastor Jesse. Can you hear me?

GISTAD:     Yeah and it's been a long time, boy. Where you been?

IDRIS:     Man, between work and you know, I don't stay in Hayward no more. I moved to Lathrop, man [inaudible].

GISTAD:     I know, we talked about that.

IDRIS:     Yeah, yeah, yeah, but I get to catch up every now and again, and I just happened to have a Monday off, and I was like, let me see if I can catch my favorite, one of my favorite pastors. And you, and you going strong, but I mean honestly, uh, I caught a little bit of the beginning, but I think they're just trying to maintain the illusion that they, they have everything under control.

GISTAD:     Yes.

IDRIS:     And, and they're just like, uh, yeah, we—of course we knew it wasn't going to work. Like wait, what? What do you mean it wasn't going to work? So, it's just they're trying to [invest], like they're testing the waters with the people, and what I'm seeing, especially in the Bay Area is people are kind of aware. Like a lot of my family members who are going against me with the whole jab and everything, now they're kind of just like, "Okay, Idris. We're not ready to admit that clearly we got got."

GISTAD:     Right.

IDRIS:     "But we're not trusting them like we used to." You know?

GISTAD:     Right.

IDRIS:     So and, and, and the whole [unintelligible] comes to me like, you know what, just be cool, like because I felt myself coming in 2023, I'm not about to argue about the same thing for the last three years. Either you're going to accept it or you're not.

GISTAD:     I agree with you.

IDRIS:     We [unintelligible] because yeah. So, so it's like, it's like, look. You…and, and now that it's coming out, but the one thing I want to point out is, and I've seen this. It's like a lot of

people are so caught up in their pride and hatred of the other side, they don't even want to see the truth for what it is.

GISTAD:   I agree.

IDRIS:   They're like, they're like, it's like, it's like okay, you can get caught up in the Trump stuff or the conservative stuff or the Left stuff, but truth is truth.

GISTAD:   Yes.

IDRIS:   And you can call it, you know…when, when you see the truth, if you're not ready to accept, okay, you know what, this is what it is, then we've got a much bigger problem.

GISTAD:   Yes.

IDRIS:   And it's like when I see people that when you can, when God is revealing the truth in every angle, perspective, and you're still saying well…

GISTAD:   Exactly.

IDRIS:   Now it's to the point to where it's like, you know what? What my bible teaches me is like because you reject the truth, God is going to help you stumble. He going to help you fail.

GISTAD:   Absolutely.

IDRIS:   He going to give you over [the delusion of the mind]. So that what dude don't understand, like right now, he's doing everything in his power, all these new scandals, all these, "Did you know this?" and people are still acting as if they don't want to see it. And I'm like, do you know where it's going to get to the point to where God is going to help you be deceived? Not the devil. God is going to make sure you receive the light, so that's where I'm at. And, uh, yeah, that's pretty much I got [unintelligible].

GISTAD:   Now, you listen. I'm going to let you go in a second. I just want to say it's good to hear from you and, uh, your head is on clear. I think you're in a good position. I totally agree with, uh, we don't need to continue fighting battles we've already won, and, and now it is a good time. 2023 is great for many of my soldiers, as yourself, to really reposition yourself. I'm teaching a theme now in our, in our 2023 series. If you can, go online and catch us, you'll hear it, Arise, Move, and Go. Listen carefully to God, stay alert, and be flexible enough to move and reposition yourself so you can be more effective this year. That's the whole plan, because as you said, there's a paradigm shift in people's consciousness. So many of them are listening, even though pride won't let them, uh, be able to get the whole picture as of yet. Uh, at some point, the pressure's going to come down a little bit more, and some of them will actually fall back into that darkness, a few will come our way, and the ones that will be moving toward the light, you'll get a chance to minister to, as long as you continue to stay in the center of God's will, and stay up on what's going on.

Now, when I put you off the line here, I want you to keep listening, because I'm going to tell you the reason why they're doing it, in my opinion, and I think I have a pretty good opinion, a good handle on what's going on. I'm going to let you guys know what they're up to. Listen, man, it's good to hear from you. Make sure you check-in from time to time, and the Lord bless you. Let me go to line number, uh, four, and talk with Dave in San Leandro, and [Corinne], we'll get you after the break. Dave, are you there?

DAVE:     Hey, uh, yeah. Pastor Jesse, uh…

GISTAD:    What's up, man?

DAVE:     Many thanks for exploring, uh, this subject. Lots of amazing things going on that God is, is orchestrating obviously.

GISTAD:    Sure.

DAVE:     And a couple of things. I'm, I'm thinking that Fauci and some of the other folks that are so heavily involved in this, this criminal enterprise, uh, I think they're getting nervous. I think they're, I think they're looking at all the people that are, that are dying or, or being disabled and otherwise having their lives destroyed. You figure, if you think, you know 70 to 80 percent of the population was vaccinated, then that mean we're going to have a whole bunch of folks that are either dying or are going to be injured in a whole bunch of other ways, and they're going to, they're going to want payback. They're going to want payback.

GISTAD:    Yeah.

DAVE:     And I think Fauci and those guys are, are waking up and smelling some of the roses, and they're getting nervous. I think they're getting nervous, and quite frankly, I don't understand why some Right attorney can't come up with very straightforward legal grounds for contesting this legislation that has, quote/unquote, "Prohibits anybody from suing the pharmaceutical companies." This legislation is obviously illegal and the harm that's been done is totally egregious, and I just, I, I, you know, it, it needs to be fixed.

GISTAD:    I think… I don't, this is not the law of the [unintelligible], and I think it can. This is not, you know, this is not a constitutional, uh, precedent that needs to be amended. I think this particular policy, Dave, can and will be—right now it's hiding under children vaccine mandate. That's what they did. Once they put this on the children vaccine schedule, and they just did that. Jessica Rose unpacked this a couple of days ago and we knew they were going to do it. When they pushed this, this jab into the children vaccine regimen, uh, it protects the jab now, because as long as it's under children's vaccine schedule, it's protected, but I do believe they are going to be many cases that will overthrow that and turn it on its head and there will be reprisal. That they are afraid is an obvious, uh, an obvious base.

I am going to share with you guys more before I close. Sure, they're fearful, in the sense that God makes sure that men and women who do evil know they're doing evil, and they are backpedaling in certain ways, because they could have just, just held a gun. So you know they

have some concerns. Uh, they really do, but, but they're also giving out another narrative for another reason. When I come from the break, I'll, I'll talk about that, but we have more to do, in terms of exalting Christ, preaching the word of God, and standing prophetically for this wicked world. Also being priestly, for those who are willing to seek the Lord. He is a reconciling God, but He is not someone that compromises his truth just because you, you know, one wants to, uh, forego the embarrassment of having done wrong.

No, God says you must confess your sins and he will be just and faithful to forgive you, if we confess them and forsake them, we will prosper. If we hide them, we will not prosper. As a nation, we've been hiding our sins instead of confessing them. That's why we're not prospering. Our nation is under the wrath of God at multiple levels, and it's unfortunate that the church does not see that, because if it saw it, it could absolutely serve as a prophetic and priestly voice to let men and women know the chaos that you're seeing is going to continue until men and women know that Jehovah, who sits on his throne, is Lord of all. Got to take a hard break. When I come back, Corinne from Burlingame. Three lines open. 1-triple 8-367-5329. Three lines open, I'll be right back.

       (A break is taken.)

ANNOUNCEMENT:    And now, back to Life Line.

GISTAD:    Indeed we are. We have two segments left. I wish we had a third hour, you know, we could actually, really get at some stuff. Uh, pink on the inside, blue on the outside; how outrageous. How outrageous. "And God shall give them up to a strong delusion that they should believe a lie. Who all had pleasure in unrighteousness, that they should not believe the truth and; therefore, perish because of their rejection of what is so clearly, clearly the truth." I will be laying out some of the reasons, and they're going to be sober when…I'll make this my closing monologue. I want you to, I want you to listen, because I'm going to be making some very insightful and somewhat prophetic, prophetically framed arguments for what's coming down the line and you'll be able to say you were wrong PJ, or you were right, whatever the case may be. In the next year or two, things are going to happen. Let me go to line number three and talk with Corinne, and then we'll catch you, Melody. Corinne, are you there?

CORINNE:    I'm here, Pastor Jesse. Good evening, how are you?

GISTAD:    I'm great. Good to hear your voice. What are you thinking about?

CORINNE:    I'm thinking these guys are thinking if they come out in the public and pull on our heartstrings and say hey, you know, we did it, it didn't work, but we're going to do better next time. Because we all know in 2025, they're going to shoot something back at us, and they're going to want us to come in and bow down on our knees, and take another jab, so that's my thought.

GISTAD:    I love it and I'll tell you why. You know obviously, you're part of my crew of, uh, of diligent, pursuant, facing the dragon, dealing with the data, not being afraid to look at all the information, good, bad, and ugly. You have some insight, and that's going to be one of three

things I talk about in the last segment, Corinne. You didn't get into it particularly, but I am going to get into it to let us know why they have this kind of pseudo confidence. Like you said, they really do believe that people are conditioned to the point of trusting them again, because we've done it in the past.

Uh, what Fauci did in destroying the potential for hundreds of thousands, and probably millions of people who had HIV back in the 70s and 80s, and he got away with it then, and we know this and he knows it. He figures he'll get away with it this time. For so many other reasons, he did not have anywhere near the army that he does now. You have the media on your side, the International Monetary Fund, when you have the World Economic Forum, when you have the Council For Foreign Relations, when you have Big Pharma, when you have the World Health Organization, these are all the, uh, these are the constituents on the Senate of Satan. You know I'm teaching you guys about God's Senate and military army of angels. Well, the Devil has his Senate and military army of demons; these are all parts of his Senate.

We'll unpack this Tuesday night and then Friday as well. Daniel will help us to begin to understand the warfare at a deeper level. They have a false confidence that, uh, like you said that people…Humans beings are predictable. They are quick to forgive their government when their government pats them on the head. This here is your, uh, [home stalker's] syndrome, as you, as you know. The very person that perpetrates the crime on you is able to get you in your heartstrings and have you feel like you can't do without them, and yes, false confidence, but we will definitely talk about why we need to be eternally vigilant for that. Good to hear from you my dear sister. We will talk with you soon. Uh, let's move on to line number two and talk with Melody from Antioch. Melody, are you there?

MELODY:     Yeah, I'm here, Pastor Jesse, and good evening to you.

GISTAD:     You too, sister. What's your thoughts? Glad to hear from you.

MELODY:     Uh…

GISTAD:     Have you…hold on. Melody?

MELODY:     Yes?

GISTAD:     Have you ever called the show before?

MELODY:     Years ago.

GISTAD:     Okay. All right, good. What's your thoughts?

MELODY:     So my thought is, I'm kind along the same line of, with Corinne and what she said, because I, this is just a ploy to put everybody at ease, and for them, for them to be saying that it's safe and effective—because they're still saying that it's safe and effective, when time and time again it's been proven that you have harmed millions and millions and killed millions and millions, and nobody is wanting to come to the table, nor will any news, uh…

GISTAD:     Organization.

CORINNE:    Channel talk about it or anything like that. And to me, they're just going to come another way to bring, roll out something different; it's going to have the same deceptive stuff. They're going to roll out something different and then people are hopefully, they will have recognized from this time around. And the other thing I wanted to say, Pastor Jesse, before I forget that we, the unvaccinated, those that are unvaccinated, we want to welcome those who are real, who realize now that they've been deceived.

GISTAD:     We have been and we do. You know that, that's our disposition. You know that.

CORINNE:    We don't want to, you know, make the people that, you know, feel some kind of way, like know, you know? And so, just realize it and let's move on with our lives together as one, because they keep wanting to divide us.

GISTAD:     Absolutely. No, I so, I…absolutely. And you know we've been working with that policy. This is why I've been constantly—and people have been asking me for a long time what can I do? And, and you know, detoxing and building your health up is absolutely critical. It's critical for people who have succumbed to the jab, and for people who haven't. This is not a time not to be taking care of your health. We have to, because now, getting sick and dying comes with these stigmas, and we, we just want to try to, you know, not be part of that, uh, that collateral damage, if you will. So, you're, you're so right about that on, on a number of points. I'm glad you have that instinct because I'm definitely going to talk about it for this last segment, and while I have, uh, a couple of minutes, that's what I want to do. Thank you for that observation, you and Corinne, and of course, my other soldiers have got it.

So, I'll start like this. First of all, uh, what they…so here's how this works. This is a Marxist tactic. Once the leaders, and this is Stalin, this is Mao Zedong, this is Lenin, this is, uh, this is Marx, this is China. When you are ignorant, the government will get you to say, four of them, what they often won't say for themselves. So like right now, what people don't know is that Fauci and Gates are saying that it was not safe and effective; they're saying that now. But the media is going to continue to say it's safe and effective because it's protected by the children's vaccine regimen. And that's how all of the medicines have been, all of the vaccines have been protected by the [unintelligible] children's regimen.

So, liability now can never fall on the company, so long as it's there, but see, that's the consequence of the FDA approving of it, that's the consequence of the CDC closing its eyes. It's also the consequence of your government. Your government. See, your government is in bed with Big Pharma because it gives them so much money. It is bigger than any other special interest group in Washington. It gives hundreds of billions of dollars to your Congress, to your Senate; hundreds of billions.

And this is why the Bible says the love of money is the root of all evil. This is the fundamental rationale. It's the root of evil, and it means more than just you've got a pocketful of money. You've got a pocketful of demons, it's what you have, and you're under a sense of false power. Now, I'm going to come back and talk about three or four things that are coming down the pike

as to why they now want to pretend concession. This is the Monday edition of Life Line. I'll be right back.

(A break is taken.)

ANNOUNCEMENT:    And now, back to Life Line.

GISTAD:    We are indeed, back with the last segment. I will just talk you, uh, talk you out. It's a beautiful day, and take care of your loved ones tomorrow, that's what you do. In a culture in which things are very challenging in our world, you don't want to stick your head in the sand. Don't go to sleep, you are not made to go to sleep, but let's start with point number one. The reason why they're backpedaling in the pharmaceutical industry, and largely the medical industry is the changing of the guards. You know, Fauci is out, others are in, and this is across the NIH, the CDC, and FDA. You don't, you don't know it because your major media outlet is continuing to hold the front line.

This is like a war that has been lost, but the propaganda aspect of the war goes on, as if you're winning. Some of you who have fought in Vietnam would know what I'm talking about. They lost, but they're pretending that they're winning. There has been enough people saying no. Enough nations have rejected Pfizer, AstraZeneca, and Moderna over the last two years. Enough nations have said no to Pfizer. They've said no. They've sent their products back and they're actually suing them. India is suing Bill Gates and wants to actually put him on trial for absolute murder. They want to catch him and, and put him in jail; they all know this.

There are multiple, significant law firms, number two, multiple, significant law firms that are doing magnificent jobs in producing what is called discovery of data. They have been able to get the files, get the records, get the trials, get the evidence, as we saw with the, uh, the article we read in the opening of my, uh, my program. From Australia, "Discoveries and alternative media outlets, including Twitter, is getting this information out," you guys, "To the tune of tens of hundreds of millions of people." So the conversation is being had significantly enough, James, around the world. Uh, your major media outlets are minor media outlets; everybody knows that now. They are not getting significant viewers.

This is why your administration, the Biden Administration really got into cahoots with, uh, with Facebook and with Google, to shut down alternative messages around the jab, because these newer platforms are just fabulously informing hundreds of millions of people around the world, and largely, no one's watching their local media anymore who's in the know. You know that and so, if you have people saying no, because parents now are saying no. It's down to less than 12 percent, probably lower now; they're just not doing it. They already see the evidence, they already see the impact, they're not doing it.

There will be no significant desire for this particular disastrous mechanism, but two, two other things. It's the reason why Corinne was right and, uh, and, and also Melody. The platform is in hundreds of millions of people in America and hundreds of millions of people around the world, this mRNA technology. It's already in millions of people around the world, so they did win in that regard, because they have no evidence that the spike protein, which is induced by the mRNA

technology, ever goes away. They have no evidence of that whatsoever and in fact, the evidence coming out by other legitimate virologists and scientists, pathologists, et cetera, is the evidence of the mRNA technology and spike protein still being in the body of people who have died, where there are people who are being brave enough to do autopsies and demonstrate the cause for which people are dying.

You see the, uh, the Big Pharma and your government has told the hospitals to demand that the mortuary, uh, cremate the bodies or make sure they don't do autopsies, which is just horrendous. It's just horrendous, but the platform, the mRNA technology, the, uh, the alien, uh, spike protein induced by the mRNA technology, as you guys know how it works, is in the body for a long time. So they've won that battle. What's next, and you won't hear this as a major media expression, is that this platform, this technology will be used in other products, other vaccines, other pill forms, aerosols, and droplets. It's already being done and it will continue to pollute people's bodies, their blood, their neurological system, and many unsuspecting men and women will find themselves, once again, suffering all of the various symptoms—1279 symptoms.

People will still be suffering these symptoms coming down the line and, and, uh, the gag order on your doctors to not attribute it to this platform and technology is, this is criminal that your doctors would not be free to tell the truth, is a real problem. So, I'm going to tell you now, you have to be vigilant. You're going to have to read, uh, what's going, what's on these, uh, products, in terms of what's in them. You're going to have to find out for yourself what's in them, because they're going to be coming out en masse.

There are somewhere upwards of 250 to 300 vaccines that are coming out in the next couple of years, period. And as I stated, the nanotechnology that they have refined, this here has all been an experiment. What you're dealing with is an experiment. They have refined the technology of lino, uh, nano particles, lipid-nano particles. They've learned how to utilize it now; they've been doing it for decades upon decades, but they've learned how to utilize it now. They feel like if they could just get it in products and get it in people's bodies, they will accomplish what they need to do, because other things are going on besides trying to fight a virus. Whenever you have technology that has the potential to code your DNA, you, you got some real serious, some real serious stuff going on. In the name of healing you, you've got some real serious stuff going on, and really good doctors are screaming out, saying we're nowhere near ready for this kind of wholesale application.

So, if your life is precious to you, and you believe in real science, and you realize that the organic body made by God is marvelously and wonderfully made, then, then fight to make sure it's not toxified. That your body is not polluted, your blood is not polluted, your neurological system is not polluted, because once your head is jacked up, and they've already got evidence in, in tow right now that many people who have taken these jabs have had an alteration of their mental capacities and their, their character. And that's a sad reality, but they saw it in animals. Animals changed their behavior. They changed their attitude, their disposition. Some of them became aggressive, others became, uh, less alert, others became more or less people who have dementia and Alzheimer's.

So, there's a lot of stuff going on because these lipid-nano particles get into the brain. Okay? They, they get into the brain. We know that because of the thrombosis and blood clotting that that shows up in the brain as well. This is not a joke, so for them to just, for Fauci and for Gates and the rest of them to stand up and say we're sorry about this, you know, this happened to you, they're not sorry enough to, to pull this technology. Actually [it is], because it's higher than that. It goes all the way up to your, uh, to your military, your State department, your military. This is military and therefore, government. This is, this is what they want to do. They want to have everybody operated on this platform for other reasons, and we'll hear about it in weeks, and months, and years to come. Thank you.

It's important for you to know that. You need to be vigilant; you need to be watchful. You need to believe your bible. You need to listen to good men and women who are telling the truth. You and I need to repent of, uh, of our shallow thinking and fear and do the research so you can know, and then be open to discussion. Just, you know, a dialogue about it. If you disagree, so what, disagree, but don't just write somebody off because you don't agree with them. We're going to have to be more vigilant because you're going to see people get sick and die too.

This is the Monday edition of Life Line. By the grace of God, we will see you guys next week. Until then, look to Christ. He's your only hope [for the glory].

ANNOUNCEMENT:    Opinions expressed in the preceding program do not necessarily represent the views of the ownership, staff, or management of KFAX. Copyright Salem Communications. All rights reserved.

**END OF DOCUMENT**

EXHIBIT 4

Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
ksnider@pji.org
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELENA KEENE, MELODY FOUNTILA, MARK MCCLURE, DARRELL TAKASATO, SHANNON HARTMAN, KATIE LIGHTFOOT, MD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN, Human Resources Director, City and County of San Francisco, in her official capacity; SANTA CLARA VALLEY MEDICAL CENTER; PAUL E. LORENZ, Executive Director of Santa Clara Valley Medical Center, in his official capacity; DR. DAVID JACOBSON, Director of Medicine Residency at Santa Clara Valley Medical Center, in his official capacity; JEFFREY V. SMITH, Executive Officer for Santa Clara County, in his official capacity; DOES 1-100, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, DAMAGES** <br><br> [Demand for Jury Trial] |

1. COME NOW Plaintiffs SELINA KEENE, MELODY FOUNTILA, and MARK MCCLURE, employees of Defendant CITY and COUNTY OF SAN FRANCISCO hereinafter CCSF), Plaintiffs SHANNON HARTMAN, DARRELL TAKASATO, and KATIE LIGHTFOOT, MD, employees of Defendant SANTA CLARA VALLEY MEDICAL CENTER (hereinafter SCVMC), seeking declaratory and injunctive relief, in the form of a preliminary and permanent injunction, barring Defendants, and all those in active concert, from abridging Plaintiffs' constitutionally and statutorily protected rights guaranteed by Title VII of the Civil Rights Act of 1964, and the California Fair Employment and Housing Act. Plaintiffs also seek damages for violation of their fundamental civil rights.

## JURISDICTION AND VENUE

2. This Court has jurisdiction and venue over this action pursuant to 28 U.S.C. §§ 1331, 1343, and 42 U.S.C. §§ 1983 and 1988 because the Defendants are violating Plaintiffs' civil rights; and 42 U.S.C. § 2000e-5(f)(3), which confers original jurisdiction on federal district courts to address the deprivation of rights, privileges, and immunities secured by the United States Constitution and federal law, and the general legal and equitable powers of this Court, which empower this Court to grant the requested relief.

3. Plaintiffs' claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201-2202, and Federal Rules of Civil Procedure, Rule 57 and 65.

4. Supplemental Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1367 over the State law claims which are so related to the federal claims in this action that they form part of the same case or controversy under Article III of the U.S. Constitution.

5. This Court has the authority to award Plaintiffs' attorneys' fees and costs associated with this action pursuant to 42 U.S.C. §§ 1988 and 1983 and other applicable laws.

6. Venue is proper within this judicial district and division, pursuant to 28 U.S.C. § 1391(b) because the relevant events have occurred and are threatened to occur in this jurisdictional district and division.

**The Vaccine Mandates**

7. On June 23, 2021, CCSF demanded that all 35,000 of its employees be vaccinated against COVID-19 or risk losing their jobs. The requirement would take effect once a COVID-19 vaccine received full authorization from the Food and Drug Administration. Due to the FDA's authorization of the Pfizer vaccine, the mandate was revised.   Thereafter, in a mandate issued by Defendant LONDON BREED, all CCSF workers were to be vaccinated by November 1, 2021.

8. On August 5, 2021, Defendant JEFFREY V. SMITH, County Executive for Santa Clara County, issued an order that all County employees were to be vaccinated by November 1, 2021, or risk losing their jobs. Defendant PAUL E. LORENZ, Executive Director of Santa Clara County Medical Center, implemented the County vaccine mandate at SCVMC.

**PARTIES**

**Plaintiffs**

9. Plaintiff SELENA KEENE, is and was at all times relevant to this action, a qualified/eligible employee of Defendant CCSF, within the meaning of the California Fair Employment and Housing Act and Title VII of the Civil Rights Act. Plaintiff resides in San Francisco County, California. Based on her sincerely held religious beliefs she requested, and was denied, a religious accommodation to the vaccine mandate imposed by Defendant LONDON BREED. That mandate was implemented by Defendant CAROL ISEN, who as head of the CCSF's HR Department is responsible for implementing the vaccine mandates against all CCSF employees.

10. Plaintiff MELODY FOUNTILA is and was, at all times relevant to this action, a

qualified/eligible employee of Defendant CCSF, working for the CCSF within the meaning of the California Fair Employment and Housing Act and Title VII of the Civil Rights Act. Plaintiff resides in Contra Costa County, California. She was infected with and survived COVID-19. Based on her sincerely held religious beliefs she requested, and was denied, a religious accommodation to Defendant LONDON BREED's vaccine mandate. She also requested a medical exemption based on the fact that she has natural immunity to COVID-19 and the antibodies to prove it. Her medical exemption request was also denied.

11. Plaintiff MARK MCCLURE is and was, at all times relevant to this action, a qualified/eligible employee of Defendant CCSF, within the meaning of the California Fair Employment and Housing Act, and Title VII of the Civil Rights Act. Plaintiff resides in San Mateo County, California. His request for a religious accommodation to Defendant LONDON BREED's vaccine mandate, based on his sincerely held religious beliefs, was denied.

12. Plaintiff DARRELL TAKASATO is and was, at all times relevant to this action, a qualified/eligible employee of Defendant SCVMC hospital, within the meaning of the California Fair Employment and Housing Act and Title VII of the Civil Rights Act. Plaintiff resides in Santa Clara County, California. His religious accommodation request to SCVMC's vaccine mandate, based on his sincerely held religious beliefs, was provisionally granted; however, no reasonable accommodation was made. He was put on administrative leave using his paid vacation time. In order to keep his medical benefits he was forced to resign on December 1, 2021.

13. Plaintiff SHANNON HARTMAN is and was, at all times relevant to this action, a qualified/eligible employee of Defendant SCVMC, working for SCVMC within the meaning of the California Fair Employment and Housing Act and Title VII of the Civil Rights Act. Plaintiff resides in Santa Clara County, California. Her request for religious accommodation to the vaccine mandate, based on her sincerely held religious beliefs, was provisionally granted; however, no

reasonable accommodation was made. She is a radiation therapist and was offered a demotion to clerical worker at a loss of $120,000.00 per year in pay. In lieu of this demotion, Plaintiff elected to take paid administrative leave using her vacation time. Due to her loss of income she was forced to sell her house.

14. Plaintiff KATIE LIGHTFOOT, MD is and was, at all times relevant to this action, a qualified/eligible employee of Defendant SCVMC, working for SCVMC within the meaning of the California Fair Employment and Housing Act and Title VII of the Civil Rights Act. Plaintiff resides in San Mateo County, California. She was and is a resident in internship at SCVMC, with a one-year contract for said residency that has now been breached by SCVMC. When she started in June 2021, Plaintiff was not informed that she would be required to get the COVID-19 vaccine as a condition of employment. She filed a request for a religious accommodation, which was provisionally granted through October 2021. However, despite DR. LIGHTFOOT's willingness to undergo daily testing and to wear an N95 mask at all times while in the hospital, SCVMC denied her request for a permanent accommodation that would allow her to complete her residency. Instead, LIGHTFOOT was allowed to conduct eight weeks of non-patient-facing research/reading block time, which will expire in January 2022. After that, she must use her paid vacation time, which will run out on or about the end of January 2022. Thereafter she will be forced to take an unpaid leave of absence. SCVMC's unwillingness to provide an accommodation that will allow her to meet with patients severely prejudices her chance of finishing her residency, and thereby her career. Although DR. LIGHTFOOT would be willing to transfer to another program that does not have a vaccine mandate, most programs do not have funding for an additional resident. She thus asked SCVMC to write a letter to the Accreditation Council for Graduate Medical Education (ACGME), asking them to invoke their policy for displaced residents, which would allow a transfer program to request additional funding. However, SCVMC flatly refused to assist DR.

LIGHTFOOT because it did not want to lose the funding for her position (even though it is no longer allowing her to continue her training). Instead of assisting her with a transfer, Plaintiff's program director, DR. JACOBSON, further sabotaged her medical career by reporting on her vaccine status to a residency program in New York where she is scheduled to complete another, different residency. In the course of numerous meetings in which he interrogated DR. LIGHTFOOT about her religious beliefs, DR. JACOBSON repeatedly warned her that her religious beliefs may preclude her from practicing medicine. At no point has anyone at SCVMC called into question the sincerity of Dr. LIGHTFOOT'S religious beliefs.

15. All Plaintiffs have union contracts which do not mention COVID-19 or mandatory vaccinations. Because those contracts, in some cases, are hundreds of pages long, Plaintiffs herein provide URLs to those contracts which will not be appended to this Complaint.[1] The contracts for Plaintiff LIGHTFOOT are attached as Exhibit 1 and 2. All Plaintiffs have received right to sue letters from the EEOC or the DFEH.

**Defendants**

16. Defendant CCSF is a qualified/eligible employer within the meaning of the California Fair Employment and Housing Act and Title VII and conducting its operations in San Francisco County. It employs Plaintiffs FOUNTILA, KEENE, and MCCLURE. It is an administrative and political subdivision of California that consists of a geographic region with specific boundaries and some level of governmental authority.

---

[1] Union contract for Plaintiffs TAKASOTA and HARTMAN: https://employeeservices.sccgov.org/sites/g/files/exjcpb531/files/SEIU%20Local%20521%203-9-20%20-%206-25-23.pdf; union contract for Plaintiffs KEENE and FOUNTILA: san-francisco-city-and-county_cba_7.1.2019-6.30.2022_not_signed_0.pdf (seiu1021.org); union contract for Plaintiff MARK MCCLURE: https://sfdhr.org/sites/default/files/documents/MOUs/Laborers-International-Union-Local-261-MOU-2019-2022.pdf.

17. Defendant LONDON BREED is and was, at all times relevant to this action, Mayor of the City of San Francisco. She resides in San Francisco County. She is sued in her official capacity. The Mayor of the City and County of San Francisco is the head of the executive branch of the San Francisco City and County government. This officeholder has the duty to enforce city laws and the power to either approve or veto bills passed by the San Francisco Board of Supervisors. Because of San Francisco's status as a consolidated city-county, the Mayor also serves as the head of government of the County and can issue executive orders and/or mandates, and did in fact issue a vaccine mandate for all CCSF employees.

18. Defendant CAROL ISEN is and was, at all times relevant to this action, head of the Human Resources Department of CCSF. She is being sued in her official capacity. The HR Department is tasked with maximizing employee productivity and protecting CCSF from any issues that may arise within the workforce. HR responsibilities include compensation and benefits, recruitment, firing, and keeping up to date with any laws that may affect the company and its employees. The Human Resources Department executes the Mayor's vaccine mandate by terminating employees that are not vaccinated. For purposes of this litigation, termination includes, but is not limited to, being placed on forced administrative leave or having employees use up their accrued benefits, such as FMLA time, sick time, and vacation time while waiting out the results of this litigation.

19. Defendant SCVMC, commonly known as Valley Medical Center or simply Valley Medical, is a prominent 731-bed public tertiary, teaching, and research public hospital in San Jose. It employs Plaintiffs TAKASATO, HARTMAN, and LIGHTFOOT.

20. Defendant PAUL E. LORENZ is the Executive Director of SCVMC. He is directly responsible for enforcing Santa Clara County's vaccine mandate at SCVMC.

21. Defendant DR. DAVID JACOBSON is the Program Director for internal medicine residents at SCVMC. He has repeatedly interrogated DR. LIGHTFOOT about her religious beliefs, insinuating that they are somehow insincere, which they are not. DR. JACOBSON is primarily responsible for denying Dr. LIGHTFOOT an accommodation that would allow her to continue her training, such as by wearing personal protective equipment, face shields, or masks (as healthcare providers did for nearly a year before the vaccines became available) and being tested either daily or twice weekly. He has also acted improperly by contacting DR. LIGHTFOOT's future employer and disclosing her vaccination status. Instead of advocating for DR. LIGHTFOOT, he has repeatedly warned her that her religious beliefs would likely preclude her from ever practicing medicine. DR. LIGHTFOOT understood these comments as threats designed to induce her to violate her religious beliefs by taking the vaccine. On information and belief, DR. JACOBSON was also involved in SCVMC's decision to reject DR. LIGHTFOOT's request to assist her in asking ACGME (the Accreditation Council of Graduate Medical Education–which is the governing body over graduate medical education) to designate her as a displaced resident. As a result, DR. LIGHTFOOT will likely be unable to transfer to a program that does not have a vaccine mandate (of which there are several). This decision to not assist DR. LIGHTFOOT was apparently motivated by a desire to prevent the federal funding provided for DR. LIGHTFOOT's training from going to another program.

22. Defendant JEFFREY V. SMITH is the County Executive for Santa Clara County. The office of the County Executive provides analytical support, strategic planning, policy analysis, and budgetary oversight for the Santa Clara County. In addition, it seeks to safeguard the civil rights, and to educate, inform, and advise both those who administer and those who receive County services. Defendant SMITH is directly responsible for issuing the Santa Clara County vaccine

mandate at issue in this case. That mandate required all employees of Santa Clara County to be vaccinated or face termination.

23. The true names and capacities, whether individual, corporate, associate, or otherwise, of DOES 1 through 100, inclusive are unknown to Plaintiffs at this time, who therefore sues said Defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each of the fictitiously named Defendants are in some way responsible for, or participated in, or contributed to, the matters and things complained of herein, and are legally responsible in some manner. Plaintiffs will seek leave to amend this Complaint when the true names, capacities, participation, and responsibilities have been ascertained.

24. Plaintiffs are informed and believe, and thereon allege, that at all times herein mentioned, the CCSF Defendants named in this action, and in turn the SCVMC and County defendants, as well as the fictitiously named Defendants, and each of them, were agents and employees of the remaining Defendants, and in so doing the things hereinafter complained of, were acting within the course and scope of such agency and/or employment and with the knowledge and consent of the remaining Defendants.

## STATEMENT OF FACTS

25. Due to the vaccine mandates, supra, Plaintiffs have been forced to take administrative leave and to use sick time, vacation time and FMLA time in order to mitigate their damages and to "buy" time while this litigation progresses.

26. Plaintiff TAKASOTA, after exhausting his vacation time, has been forced to resign and to take an early retirement that is not sufficient for him to continue living in California.

27. Plaintiff HARTMAN has been forced to sell her house because she can no longer afford the payments.

28. Plaintiff LIGHTFOOT might lose her career, not to mention having to pay back student loans without the requisite income from being a doctor.

29. Plaintiff FOUNTILA experienced hostility from vaccinated co-workers and had to check her feelings and emotions. She now loses sleep over the prospect of not being able to support herself. Assuming that CCSF wants their staff to have immunity to COVID-19, FOUNTILA's termination is especially egregious because she has natural immunity to the disease.

30. Plaintiff MCCLURE lost his pension and at age sixty (60) worries about trying to search for another job. His employment with the City and County had been a reliable source of income, and at his age it is a hardship to seek full time employment. His family income has been cut in half. He can no longer afford health care, his mortgage payments are in jeopardy, and his utility bills are now unaffordable.

31. Plaintiff KEENE has an a-fib condition. That condition was exacerbated by stress incident to her fear of loss of income, medical benefits, promotional opportunities, retirement income, and payments for her medical insurance. As a result, she was forced to take disability leave on October 27, 2021.

32. The Defendants arbitrarily and unreasonably implemented the mandates. The mandates fail to address  the reality that unvaccinated employees with accommodations can safely perform their job duties protecting themselves, fellow employees, and the community they serve through non-pharmaceutical interventions, such as daily health screenings, wearing masks, quarantine, taking the new COVID-19 pill and, in some cases, telecommuting for work. Before the mandates were implemented, the Plaintiffs were called heroes for staying on the job and working through the worst of the COVID-19 pandemic. During that time, the Defendants relied on weekly testing, wearing of masks, PPE, and telecommuting as the primary means of protecting the peace, health, and safety of the public, other employees, and themselves. Now Plaintiffs are being terminated

because they do not want to take an experimental drug that violates their protected religious beliefs, and because the Defendants will not admit the efficacy of the prior means of protecting the public and their employees.

33. The mandates at issue ignore peer-reviewed studies comparing naturally acquired and vaccine acquired immunity. Those studies show overwhelmingly that natural immunity provides equivalent or greater protection against severe infection from COVID-19 than immunity generated by mRNA vaccines. CCSF, LONDON BREED, SCVMC, and the Santa Clara County Executive do not and cannot point to any evidence that vaccinated individuals have longer lasting or more complete immunity than those who have recovered from COVID-19. Early data also suggests that naturally acquired immunity may provide greater protection against COVID variants than vaccine-induced immunity.

34. CCSF and Santa Clara County's refusal to allow an opt out, especially for employees with naturally acquired immunity, is not based on science. In line with this unreasonable and arbitrary refusal, the CCSF and Santa Clara County do not provide any process for employees to submit test results showing antibodies that provide natural immunity from COVID-19.

35. The mandates further presume that requiring vaccination of an individual that has already contracted and recovered from COVID-19 will not cause any short-term or long-term injuries. This presumption is based on absolutely no evidence and is purely conjectural.

36. The mandates are also based on a misunderstanding that an FDA-approved vaccine is currently available in the United States. On information and belief, all of the vaccines for COVID-19 currently being used in the United States remain under Emergency Use Authorization (herein "EUA"). The only COVID-19 vaccine granted full approval (Comernity) by the FDA in August 2021 has not yet been administered in the United States. It is still unavailable for the employees now subject to the vaccination mandate.

**FIRST CAUSE OF ACTION**
**Violation of Title VII of the Civil Rights Act of 1964**
**42 U.S.C. § 2000e et seq.**
**(Against All Named Defendants)**

37. The preceding paragraphs are hereby incorporated and realleged as though fully set forth herein.

38. Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., provides broad workplace protections for people of sincere religious faith.

39. Among other protections, it is generally unlawful for an employer to "exclude or to suspend an employee, or otherwise to discriminate against, any individual because of his race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(c)(1).

40. Within this framework, Title VII requires an employer to reasonably accommodate an employee's sincere religious observances and practices, unless such an accommodation would impose an undue hardship on the employer.

41. Pursuant to 42 U.S.C. § 2000e (j), "religion" in the employment context is defined as "all aspects of religious observance and practice, as well as belief." In view of this broad definition by Congress, it cannot be said that any employer covered by Title VII may legally or constitutionally require an employee to belong to any "bona-fide" religious organization as a condition for receiving an accommodation.

42. Title VII protects the Plaintiffs and other City employees' rights to request religious or medical accommodations, as needed. The employer is required to evaluate the request and determine through an interactive process whether reasonable accommodations can occur and the employee must be provided a reasonable opportunity to submit such requests. Defendants have utterly failed to make reasonable accommodations for the Plaintiffs' religious accommodation requests. Given that employees could submit to daily health screenings, wearing of masks,

quarantine, taking the new COVID-19 pill, and telecommuting for work, those requests for accommodation would not amount to an undue hardship on the Defendants.

43. Plaintiffs' right to free exercise of religion cannot be conditioned on the Defendants' irrational mandates. All Defendants, in denying the Plaintiffs' exemptions, were doing so under color of law. Plaintiffs have been damaged as a result, and also seek equitable relief from these irrational mandates.

44. Plaintiffs herein seek declaratory and injunctive relief, mandating that Defendants accommodate their religious accommodation requests. Plaintiffs further request the same relief for medical exemptions based on having had COVID-19 and its concomitant antibodies.

## SECOND CAUSE OF ACTION
**Violation of the California Fair Employment and Housing Act (Cal. Govt. Code § 12900 et seq.) – Failure to Provide Religious Accommodation
(Against All Named Defendants)**

45. Plaintiffs hereby incorporate and reallege the preceding paragraphs as though fully set forth herein.

46. Under FEHA, it is an unlawful employment practice for an employer to discriminate against any employee or other covered person because of a conflict between the person's religious belief or observance and any employment requirement, unless the employer demonstrates that it has explored any available reasonable means of accommodating the religious belief or observance, including the possibilities of excusing the person from those duties that conflict with their belief and observance, or permitting those duties to be performed at another time or by another person.

47. Plaintiffs are persons and employees of Defendants within the meaning of FEHA.

48. Defendants were at all times relevant herein employers for purposes of FEHA.

49. Plaintiffs are able to perform the essential functions of their jobs with Defendants

and have been doing so successfully and commendably for many years, including working during the height of the pandemic.

50. The positions for which Plaintiffs were hired, and their union contracts, did not mention mandatory vaccines in their job postings, descriptions, or essential duties.

51. Nevertheless, the mandates at issue make clear that accepting certain vaccines are suddenly a de facto expectation for their positions.

52. Plaintiffs have strong, sincerely held religious beliefs that taking the COVID-19 vaccines would be morally wrong for them.

53. Plaintiffs have notified their supervisors of the conflict and in fact requested accommodations.

54. Accommodation would permit Plaintiffs to continue performing their essential functions as they have been doing for many years.

55. Defendants refused to explore available reasonable alternatives to the stated vaccine requirement or engage in any timely, interactive, meaningful, or good faith process with Plaintiffs to ascertain whether, in light of their extensive backgrounds and experience, they could in fact perform the essential functions of their positions without being vaccinated.

56. Defendants' refusal to accommodate, or even explore possible accommodation of Plaintiffs' religious beliefs, was a substantial motivating factor in Defendants' decision to restrict the terms and conditions of their employment.

57. As a result of Defendants' discriminatory actions, Plaintiffs suffered harm and are entitled to recover damages including but not limited to mental suffering, past and future lost earnings and benefits, and other compensatory damages in an amount according to proof.

58. Defendants intentionally violated Plaintiffs' rights with malice and recklessness in violation of FEHA, subjecting them to punitive or exemplary damages.

**THIRD CAUSE OF ACTION**
**Breach of Contract**
**(Against All Named Defendants)**

59. The preceding paragraphs are hereby incorporated and realleged as though fully set forth herein.

60. All Plaintiffs have union-negotiated contracts with their respective employers. All Plaintiffs are third party beneficiaries of those contracts and thereby have the right to enforce said contracts. None of the contracts reference COVID-19, nor do they give the employers a unilateral right to coerce vaccinations upon pain of losing employment. Changes to the union contracts must be bargained for in good faith. On information and belief, that has not happened.

61. All Plaintiffs have performed their contractual duties.

62. The Defendant employers breached their contracts with Plaintiffs by requiring Plaintiffs to comply with their vaccine mandates. Such forced compliance, given upon threat of job loss, is a material breach of the Plaintiffs' employment contracts.

63. As a result of the Defendant employers' breaches of contract, the Plaintiffs have been damaged in an amount to be determined at trial.

**FOURTH CAUSE OF ACTION**
**Intentional Infliction of Emotional Distress**
**(Against All Named Defendants)**

64. The preceding paragraphs are hereby incorporated and realleged as though fully set forth herein.

65. Defendants failed to engage in meaningful negotiations to accommodate the Plaintiffs' religions. Defendants knew that they were violating FEHA yet continued their reckless behavior. Given that Plaintiffs' civil rights were being violated, the intentional failure to accommodate Plaintiffs constituted extreme and outrageous conduct. Defendants knew Plaintiffs would suffer irreparable harm from loss of employment, earnings, and professional standing as a result of their

religiously motivated refusal to be vaccinated and their termination resulting therefrom. Defendants' conduct was made with the intention of causing, or reckless disregard of the probability of causing, emotional distress. The Plaintiffs have suffered severe or extreme emotional distress caused by the Defendants' outrageous conduct in violating a public policy of California. Plaintiffs have been damaged as a result.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs move the Court for:

1. A preliminary and permanent injunction requiring Defendants to accept all sincere requests for religious accommodations to the taking of the COVID-19 vaccinations;

2. A preliminary and permanent injunction requiring Defendants to accept all sincere requests for medical exemptions based on having COVID-19 antibodies acquired as a result of surviving a COVID-19 infection;

3. Plaintiffs request compensatory damages in an amount according to proof;

4. Plaintiffs request reasonable costs of suit and attorneys' fees;

5. Plaintiffs request punitive damages for Defendants' willful, malicious, intentional, and reckless violations of Plaintiffs' civil rights;

6. Plaintiffs request such other and further relief as the Court may deem appropriate.

Dated:  December 21, 2021

 s/ Russell Davis
Russell Davis, Esq.
Kevin T. Snider, Esq.
PACIFIC JUSTICE INSTITUTE

*Attorneys for Plaintiffs*

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial on all causes of action and claims to which they have a right to a jury trial.

s/ Russell Davis
Russell Davis, Esq.
Kevin T. Snider, Esq.
PACIFIC JUSTICE INSTITUTE

*Attorneys for the Plaintiffs*

# EXHIBIT 5

Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
ksnider@pji.org
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA KEENE, MELODY FOUNTILA, MARK MCCLURE, DARRELL TAKASATO, SHANNON HARTMAN, KATIE LIGHTFOOT, MD, <br><br>     Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL EISEN, Human Resources Director, City and County of San Francisco, in her official capacity; SANTA CLARA VALLEY MEDICAL CENTER; PAUL E. LORENZ, Executive Director of Santa Clara County Medical Center, in his official capacity; DR. DAVID JACOBSON, Program Director for internist residents at Santa Clara County Medical Center, in his official capacity; JEFFREY V. SMITH, County Executive for Santa Clara County, in his official capacity; DOES 1-100, <br><br>     Defendants. | Case No.: 4:21-cv-09879-JST <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1       Pursuant to FRCP 41(a)(1)(A)(ii), the Plaintiffs SELENA KEENE, et al., by and through

2 their counsel of record, and Defendants CITY AND COUNTY OF SAN FRANCISCO, et al., by

3 and through their respective counsel of record, stipulate as follows:

4       WHEREAS, on December 21, 2021, Plaintiffs filed a Complaint for Injunctive and

5 Declaratory Relief.

6       The undersigned parties hereby stipulate that this Court dismiss this action without

7 prejudice. The parties shall bear their own attorneys' fees, costs, and expenses.

8       IT IS SO STIPULATED.

9

10      Dated: February 24, 2022

                         /s/ Russell Davis
                         Russell M. Davis, Esq.
                         Kevin T. Snider, Esq.
                         PACIFIC JUSTICE INSTITUTE
                         P.O. Box 276600
                         Sacramento, CA 95827

14

15      Dated: February 24, 2022

                         /s/ James Moxon Emery
                         James Moxon Emery
                         City Attorney's Office
                         City of San Francisco
                         1 Dr. Carlton B. Goodlett Place
                         City Hall, Suite 234
                         San Francisco, CA 94102-5408

20      Dated: February 25, 2022

                         /s/ Jose Luis Martinez
                         Jose Luis Martinez
                         Office of the County Counsel
                         County of Santa Clara
                         70 W. Hedding Street
                         East Wing, 9th Floor
                         San Jose, CA 95110

1

**[PROPOSED] ORDER**

Having considered the stipulated request of the parties to dismiss the Complaint, and finding good cause therefor, the Court hereby issues the following Order:

The action is dismissed without prejudice as against Defendants pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated: February 28 , 2022

_____
The Honorable Jon S. Tigar
Judge of the Northern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants on February 25, 2022.

Date: February 25, 2022                    /s/ Russell Davis
                                           Russell Davis