1  HEATHER FLICK (CA Bar # 184206)
   heather@binnall.com
2  BINNALL LAW GROUP, PLLC
   1537 Sage Canyon Road
3  Saint Helena, California 94574-9628
   Phone Number (703) 888-1943
4  Fax Number: (703) 888-1930

5

6  Attorneys For
   CHARLOTTE RAE SANDERS

   BENJAMIN NORTH, *pro hac vice*
   MOLLY McCANN, *pro hac vice*
   ben@binnall.com
   molly@binnall.com
   BINNALL LAW GROUP, PLLC
   717 King Street, Suite 200
   Alexandria, Virginia 22314
   Phone Number (703) 888-1943
   Fax Number: (703) 888-1930

7

8              **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

10

11  CHARLOTTE RAE SANDERS                    ) Case No.: 4:23-cv-00211-JSW
                                             )
12                     Plaintiff(s),         ) **NOTICE OF JOINDER TO DEBRUNNER**
                                             ) **PLAINTIFFS' SUPPLEMENTAL CASE**
13        vs.                                ) **MANAGEMENT CONFERENCE**
                                             ) **STATEMENT RE DISCOVERY PLAN**
14  SAN FRANCISCO PUBLIC LIBRARY, ET AL, )
                                             )
15                     Defendant(s).         ) **JUDGE: Hon. Jeffrey S. White**
                                             )
16                                           )
                                             ) Action Filed:  January 17, 2023
17                                           ) Trial Date:  Unassigned

18  _____

19        Plaintiff Charlotte Sanders, by counsel, joins Debrunner Plaintiffs' Supplemental Case

20  Management Conference Statement regarding Discovery Plan. ECF No. 130. Plaintiff Sanders agrees

21  with the Debrunner Plaintiffs' Statement in full, except to note that her counsel was unable to attend

22  the August 18, 2023 conference call with Defendant's counsel, and that while Plaintiff Sanders has

23  received a document production from Defendant, it does not appear that the document production

24  pertained to her case specifically.

25        Plaintiff Sanders also notes that in her case specifically, before it was consolidated by this

26  Court and to this date, no discovery has been exchanged, including initial disclosures pursuant to

27  General Order 71. Shortly before her case was consolidated, Plaintiff Sanders had stipulated with

28

1  Defendant to refrain from exchanging any discovery until the Court ruled on Defendant's pending

2  Motion to Dismiss, which the Court indicated that it would resolve on the papers. *See Sanders v. San*

3  *Francisco Public Library, et al.*, Case No. 4:23-cv-00211-JSW (N.D.Cal. 2023), ECF No. 37.

4  Plaintiff Sanders believes it would be most efficient, in light of consolidation, for her case to exchange

5  discovery on the same track as the other consolidated cases, pending resolution of Defendant's Motion

6  to Dismiss in the *Sanders* case. This would place her case roughly on the same track as the Debrunner

7  plaintiffs, who have also to date not exchanged any discovery, and would therefore support judicial

8  economy.

9

10                                                              Respectfully submitted,

11

12  DATED: August 30, 2023                        /s/ Benjamin North
                                                   BENJAMIN NORTH, *pro hac vice*
13                                                 MOLLY McCANN, *pro hac vice*
                                                   ben@binnall.com
14                                                 molly@binnall.com
                                                   BINNALL LAW GROUP, PLLC
15                                                 717 King Street, Suite 200
                                                   Alexandria, Virginia 22314
16                                                 Phone Number (703) 888-1943
                                                   Fax Number: (703) 888-1930
17
                                                   HEATHER FLICK (Bar # 184206)
18                                                 Binnall Law Group, PLLC
                                                   1537 Sage Canyon Road
19                                                 Saint Helena, California 94574-9628
                                                   Phone: (703) 888-1943
20                                                 Fax: (703) 888-1930
                                                   heather@binnall.com
21

22

23

24

25

26

27

28

NOTICE OF JOINDER TO DEBRUNNER PLAINTIFFS' SUPPLEMENTAL CASE MANAGEMENT
CONFERENCE STATEMENT RE DISCOVERY PLAN – 4:23-cv-00211-JSW