1

2   Kevin T. Snider, CA State Bar No. 170988          Ronn Bisbee, CA State Bar No. 207071
     *Counsel of record*                              BISBEE LAW GROUP
3   Matthew B. McReynolds, State Bar No. 234797      24040 Camino del Avion, Suite E-109
    PACIFIC JUSTICE INSTITUTE                         Monarch Beach, CA 92629
4   P.O. Box 276600                                   Tel. (949) 481-9664
    Sacramento, CA 95827                              E-mail: info@bisbeelawgroup.com
5    Tel.: (916) 857-6900
     E-mail: ksnider@pji.org
6            mmcreynolds@pji.org

7   Emily C. Mimnaugh, NV State Bar No. 15287
    *pro hac vice*
8   PACIFIC JUSTICE INSTITUTE
    1580 Grand Point Way #33171
9   Reno, NV 89533
    Tel.  (916) 857-6900
10  E-mail: emimnaugh@pji.org

11  *Attorneys for Plaintiffs*

12

13                      UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15  JOSE GUARDADO, et al.,                    Lead Case No. 22-cv-01587-JSW

16              Plaintiffs,                   *Guardado* Case No.:  3:22-cv-04319-JSW
                                              *Shaheed* Case No.:  3:22-cv-06013-JSW
17  v.

18                                            **GUARDADO/SHAHEED NOTICE OF**
    THE CITY AND COUNTY OF SAN                **JOINDER TO DEBRUNNER**
19  FRANCISCO, et al.,                        **PLAINTIFFS' SUPPLEMENTAL CASE**
                                              **MANAGEMENT CONFERENCE**
20              Defendants.                   **STATEMENT RE DISCOVERY PLAN**

21  ─────────────────────────────

22  THADDEUS SALEEM SHAEED, et al.,           Date:           N/A
                                              Time:           N/A
23              Plaintiffs,                   Judge:          Hon. Jeffrey S. White

24  v.

25  THE CITY AND COUNTY OF SAN
    FRANCISCO, et al.,
26
                Defendants.
27

28

───────────────────────────────────────────────
GUARDADO/SHAHEED JOINDER OF DEBRUNNER SUPPLEMENTAL CMC STATEMENT

Please take notice that counsel for the consolidated cases of *Guardado, et al. v. City and County of San Francisco* and *Shaheed, et al. v. City and County of San Francisco* hereby join the Debrunner Plaintiffs' Supplemental Case Management Statement re Discovery.

Respectfully submitted,

PACIFIC JUSTICE INSTITUTE

Dated: August 30, 2023

/s/ Kevin T. Snider
Kevin T. Snider
Matthew B. McReynolds
Emily C. Mimnaugh
Ronn Bisbee

*Attorneys for Plaintiffs*

GUARDADO/SHAHEED JOINDER OF DEBRUNNER SUPPLEMENTAL CMC STATEMENT