Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL ISEN Human Resources Director, City and County of San Francisco, in her official capacity; DOES 1-100,<br><br>    Defendants. | Case No.: 4:22-cv-01587-JSW<br><br>**KEENE NOTICE OF JOINDER TO DEBRUNNER PLAINTIFFS' SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT RE DISCOVERY PLAN** |

KEENE JOINDER OF DEBRUNNER SUPPLEMENTAL CMC STATEMENT

-1-

Please take notice that counsel for Plaintiffs in *Keene, et al. v. City and County of San Francisco* hereby join the Debrunner Plaintiffs' Supplemental Case Management Statement re Discovery, except for the following:

Status of Discovery: Plaintiffs and Defendant have exchanged General Order 71 documents. However, Plaintiffs have outstanding Requests for Production that are now overdue. Plaintiffs request that all outstanding discovery served before the August 18, 2023, discovery conference be responded to. As every Plaintiff will receive the responses, the likelihood of duplicate requests is minimal.

Respectfully submitted this 30th day of August 2023.

/s/ Russell Davis
Russell Davis
PACIFIC JUSTICE INSTITUTE

*Attorney for Plaintiffs*