SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Eric M. Lloyd (SBN 254390)
elloyd@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Dawn R. Solowey (*pro hac vice*)
dsolowey@seyfarth.com
2 Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 494-4801

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant.<br><br>CONSOLIDATED ACTIONS | Lead Case No. 22-cv-01587-JSW<br><br>Case No. 22-cv-04319-JSW<br>Case No. 22-cv-06013-JSW<br>Case No. 22-cv-03975-JSW<br>Case No. 22-cv-07455-JSW<br>Case No. 22-cv-04633-JSW<br>Case No. 22-cv-07645-JSW<br>Case No. 22-cv-00211-JSW<br><br>**SUBMISSION REGARDING STATUS OF DISCOVERY AGREEMENTS** |

1   TO THE COURT:

2         Pursuant to the Court's order dated August 22, 2023 (Dkt. No. 126), Defendant hereby

3   submits an updated status report regarding the Parties' negotiations about parameters and

4   scheduling on a consolidated discovery plan. On August 30, 2023, counsel for the Debrunner

5   Plaintiffs, Charlotte Sanders, the Guardado Plaintiffs, and the Keene Plaintiffs all joined in a case

6   management statement objecting to Defendant's proposed discovery plan. (Dkt. No. 130-134.)

7   Plaintiff Cook separately lodged his objections to Defendant's proposed discovery plan. (Dkt. No.

8   135.)

9         After additional meet and confer efforts between the Parties, they are unable to agree on

10  proposed timing, format, or limitations/parameters with regard to either written discovery or

11  depositions. Therefore, Defendant respectfully requests that the Court consider the positions set

12  forth by the Parties, and set forth an order regarding presumptive discovery limitations and timing

13  in the consolidated matters, so that discovery may proceed in a streamlined and consistent manner

14  between the various actions.

15

16  DATED:  September 1, 2023                  SEYFARTH SHAW LLP

17

18                                   By:  _/S/ Coby M. Turner_

19                                      Coby M. Turner

20                                      Eric M. Lloyd
                                    Dawn R. Solowey (_pro hac vice_)

21                                      Yoon-Woo Nam

22                            Attorneys for Defendant
                          CITY AND COUNTY OF SAN FRANCISCO

23

24

25

26

27

28

                                    2

SUBMISSION REGARDING STATUS OF DISCOVERY AGREEMENTS