UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SELINA KEENE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　Defendants. | Case No. 22-cv-01587-JSW (RMI)<br><br>AND CONSOLIDATED CASES[1]<br><br>**ORDER FOR STATEMENT OR RESPONSE TO DEFENDANT'S PROPOSED DISCOVERY PLAN**<br><br>Re: Dkt. No. 125 |

　　　　Currently pending before the court is Defendant's proposed discovery plan (*see* dkt. 125) ("Proposed Discovery Plan"), as well as a series of objections thereto. The Proposed Discovery Plan was presented on August 22, 2023; the same day, the court conducted a discovery conference aimed at coordinating the discovery process and schedule for the Vaccine Cases (*see* dkts. 126, 136). As provided for during the hearing, all Parties were given an opportunity to lodge their respective objections to the Proposed Discovery Plan, and several such objections were filed (*see* dkts. 130, 132, 133, 134, 135).

　　　　On August 30, 2023, more than a week after the discovery conference, an order was entered relating a new case (*Royce v. City And County Of San Francisco*, 4:23-cv-03643-JSW).

---

[1] The above-styled case is the lead case in a group of consolidated and related cases (hereafter collectively referred to as the "Vaccine Cases"). The consolidated cases are: 4:22-cv-03975-JSW, 4:22-cv-04319-JSW, 4:22-cv-07455-JSW, 4:22-cv-07645-JSW, 4:22-cv-06013-JSW, 4:22-cv-04633-JSW, 4:23-cv-00211-JSW, and 4:23-cv-03139-JSW. The related cases are 4:22-cv-09045-JSW and 4:23-cv-03643-JSW. The order granting limited consolidation was filed in *Keane et al.*, 4:22-cv-01587-JSW; therein, the court clarified that any subsequent case filed in the District that is determined to be related to the consolidated cases shall likewise be subject to the terms of the limited consolidation order (*see* dkt. 90 at 3, n.2). The consolidation order also stated that all such cases shall proceed with the same discovery and motion schedule through summary judgment, and that all submissions filed by any party in any related case shall be filed only in the lead case, *Keene et al v. City and County of San Francisco, et al*, 4:22-cv-01587-JSW). *See id*. at 3-4.

*See* Order Relating Case (dkt. 131). Likely, because of the timing of the order relating *Royce*, counsel in that case was not yet expressed assent or opposition to the Proposed Discovery Plan. Accordingly, counsel in *Royce* is **ORDERED** to file any objections he may have to the Proposed Discovery Plan no later than 12:00 noon on Friday, September 8, 2023.

**IT IS SO ORDERED.**

Dated: September 6, 2023

ROBERT M. ILLMAN
United States Magistrate Judge