1  DAVID CHIU, State Bar #189542
   City Attorney
2  LAUREN E. WOOD, State Bar #280096
   ADAM M. SHAPIRO, State Bar #267429
3  Deputy City Attorneys
   1390 Market Street, 5th Floor
4  San Francisco, California 94102-5408
   Telephone:    (415) 554-4261 (Wood)
5                (415) 554-3830 (Shapiro)
   Facsimile:    (415) 554-4699
6  Email:        lauren.wood@sfcityatty.org
                 adam.shapiro@sfcityatty.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| SELINA KEENE, MELODY FOUNTILA, MARK MCCLURE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | Lead Case No. 4:22-cv-01587-JSW<br><br>Case No. 4:22-cv-07455-JSW (*Debrunner* Action)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO COMPLAINT FILED BY PLAINTIFFS DENISE ANGELINA DEBRUNNER ET AL.**<br><br>Date Action Filed:   November 23, 2022<br>Trial Date:    Not Set |

Pursuant to Northern District of California Civil Local Rules 7-12, and 16-3(e), PLAINTIFFS DENISE ANGELA DEBRUNNER et al. ("Plaintiffs") and DEFENDANT CITY AND COUNTY OF SAN FRANCISCO ("Defendant") through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. WHEREAS, on November 23, 2022, Plaintiffs filed this action against Defendant. Dkt. No. 1. Plaintiffs are 135 individuals and former or current employees of Defendant. Plaintiffs' Complaint is 207 pages in length, of which 92 pages consist of Plaintiffs' individual factual allegations against Defendant;

2. WHEREAS, on February 2, 2023, the case was reassigned to the Honorable Jeffrey S. White. See Dkt. No. 20;

3. WHEREAS, on March 14 and March 15, 2023, attorneys at Seyfarth Shaw, LLP filed notices of appearance with the Court to serve as lead counsel for Defendant. See Dkt. Nos. 31-33;

4. WHEREAS, on September 5, 2023, Seyfarth Shaw, LLP withdrew as lead counsel for Defendant pursuant to the Court's Order.(Dkt. No. 77; Case No. 4:22-cv-04319-JSW). Defendant anticipates substitute counsel will appear in the Consolidated Actions soon;

5. WHEREAS, pursuant to the Parties' Stipulation and the Court's July 6, 2023 Order, the deadline for City to file an Answer to the Complaint is September 6, 2023. (Dkt. No. 63; 4:22-cv-07455-JSW);

6. WHEREAS, the Parties have agreed and respectfully submit that an extension of time for Defendant to file an Answer is necessary for the transition of Defendant's defense.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Parties have agreed and respectfully submit that the withdrawal of former counsel for Defendant and its anticipated substitution of new counsel necessitate an extension for Defendant to file an Answer to Plaintiffs' Complaint.

2. Defendant shall file its Answer by September 27, 2023.

1
2    **IT IS SO STIPULATED.**
3
4
5 DATED: September 6, 2023          LIMANDRI & JONNA LLP
6
7
                                                    By: *Robert E. Weisenburger*
8                                                         ROBERT E. WEISENBURGER
                                                        *Attorney for Plaintiffs*
9                                                         *Denise Debrunner et al.*
10
11 DATED: September 6, 2023          DAVID CHIU
                                                        City Attorney
12                                                         LAUREN E. WOOD
                                                        ADAM SHAPIRO
13                                                         Deputy City Attorneys
14
15                                                    By: *Lauren E. Wood*
                                                        LAUREN E. WOOD
16
17                                                      Attorneys for Defendant
                                                     CITY AND COUNTY OF SAN FRANCISCO
18
19
20
21
22
23
24
25
26
27
28

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER

The Court finds the withdrawal of former counsel for Defendant and its anticipated substitution of new counsel necessitate an extension for Defendant to file an Answer to Plaintiffs' Complaint. Defendant shall file its Answer by September 27, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 6, 2023

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE