UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA B. DISMUKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | LEAD CASE NO: 22-cv-01587-JSW<br><br>Case No. 23-cv-06505-JSW<br><br>**ORDER TO SHOW CAUSE RE REGARDING PENDING MOTION TO DISMISS**<br><br>Re: Dkt. No. 198 |

Now before the Court is the motion to dismiss filed in Case No. 23-cv-06505-JSW (related to lead case no. 22-cv-01587-JSW). Pursuant to Local Civil Rule of the Northern District of California 7-3, plaintiff Sasha Dismuke's opposition or statement of non-opposition was due to be filed by no later than April 3, 2024. To date, the Court has not received any opposition or statement of non-opposition from Plaintiff.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing, by no later than April 19, 2024, why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition. If Plaintiff wishes to file a substantive response to the motion to dismiss, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In his response to this Order, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. **Plaintiff is admonished that her failure to respond to this Order by April 19, 2024, shall result in dismissal without further notice.**

If Plaintiff files a substantive response to the pending motion to dismiss (and demonstrates good cause for her delay), the Court will allow the City and County of San Francisco to file a reply by no later than April 26, 2024.  The hearing set for April 26, 2024, at 9:00 a.m. is HEREBY VACATED and may be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated:   April 8, 2024

_____
JEFFREY S. WHITE
United States District Judge