1  MICHAEL BRUNO (SBN: 166805)
   ALYSON CABRERA (SBN: 222717)
2  PAMELA NG (SBN: 273036)
   MANA KOLEINI (SBN: 304381)
3  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054
   mbruno@grsm.com
6  acabrera@grsm.com
   png@grsm.com
7  mkoleini@grsm.com

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | SELINA KEENE,                  ) LEAD CASE NO.: 22-cv-01587-JSW
                                    )
13 |              Plaintiff,        )
                                    ) **MOTION FOR SUBSTITUTION OF**
14 |     vs.                        ) **FIRM**
                                    )
15 | CITY AND COUNTY OF SAN         )
   | FRANCISCO et al.               )
16 |                                )
   |              Defendants.       )
17 |                                )
   | JOANNA BURTON                  ) CASE NO.: 3:25-cv-08247-JSW
18 |                                )
   |              Plaintiff,        )
19 |                                )
   |     vs.                        )
20 |                                )
   | CITY AND COUNTY OF SAN FRANCISCO )
21 | AND DOES 1 TO 100,             )
   |                                )
22 |              Defendant.        )
                                    )
23

24
   ///
25
   ///
26
   ///
27
   ///
28

-1-
MOTION FOR SUBSTITUTION OF FIRM

1  Pursuant to Civil L.R. 5-1 (c) (2) and Civil L.R. 11-5, Defendant CITY AND COUNTY
2  OF SAN FRANCISCO hereby seeks to have all of its current attorneys of record removed from
3  the lead and all related cases and to have the following attorneys substitute in as counsel of
4  record:

**NEW COUNSEL:**
Michael Bruno (SBN: 166805)
315 Pacific Avenue
San Francisco, CA 94111
Phone:  (415) 986-5900
Fax: (415) 986-8054
Email:  mbruno@grsm.com

Alyson Cabrera (SBN: 222717)
315 Pacific Avenue
San Francisco, CA 94111
Phone: (415) 986-5900
Fax: (415) 986-8054
Email: acabrera@grsm.com

Pamela Ng (SBN: 273036)
315 Pacific Avenue
San Francisco, CA 94111
Phone:  (415) 986-5900
Fax: (415) 986-8054
Email: png@grsm.com

Mana Koleini (SBN: 304381)
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone:  (415) 986-5900
Fax: (415) 986-8054
Email: mkoleini@grsm.com

The current attorneys of record who need to be removed are as follows:

Joanna Burton; Case No. 3:25-CV-08247-JSW: Deputy City Attorneys Katherine Dulany and Adam Michael Shapiro.

///

///

///

///

**CONSENT TO SUBSTITUION OF COUNSEL**

Defendant City and County of San Francisco hereby consents to the aforementioned substitution of counsel.

By: ___/s/ Katherine Dulany_____

Its:  Deputy City Attorney Katherine Dulany on behalf of City and County of San Francisco

Dated:  October 9, 2025

The substitution of firm is hereby approved and so ORDERED:

DATE: _____

                                                  Jeffrey S. White
                                                  United States District Judge

# CERTIFICATE OF SERVICE

I, Vanessa Santellan, hereby certify that on October 9, 2025 the foregoing document was filed and served electronically using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　/s/      *Vanessa Santellan*

1186710/48039815v.1