UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELINA KEENE, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 22-cv-01587-JSW

**ORDER GRANTING PLAINTIFF COOK'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Re: Dkt. No. 285

Now before the Court is the unopposed motion for leave to file an amended complaint filed by Plaintiff Joseph Cook. (Case No. 22-cv-07645.) The Court GRANTS the motion. Mr. Cook shall file his amended complaint within seven days of entry of this order. It must be substantially similar to the draft complaint attached as Exhibit A to his motion papers. Defendant City and County of San Francisco may, but is not required to, file a response to the amended complaint as allowed by the Federal Rules of Civil Procedure. If it does not, the Court will deem its answer on file to Mr. Cook's earlier complaint as the answer to the amended complaint.

**IT IS SO ORDERED.**

Dated: December 18, 2025

_____
JEFFREY S. WHITE
United States District Judge